SHARTSIS FRIESE LLP
JAMES P. MARTIN (Bar #170044)
JOSEPH V. MAUCH (Bar #253693)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: jmartin@sflaw.com

Attorneys for Plaintiff
PH(X) GLASS, LLC and CHRISTOPHER CARSTENS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PH(X) GLASS, LLC and CHRISTOPHER CARSTENS,<br><br>Plaintiff,<br><br>v.<br><br>ROLAND CLARKE, PIC GLASSWARE, LLC and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. C 08-02533-HRL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE.

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED:    May 20, 2008                              SHARTSIS FRIESE LLP


                                                    By: /s/ Joseph V. Mauch
                                                        JOSEPH V. MAUCH

                                                    Attorneys for Plaintiff
                                                    PH(X) GLASS, LLC AND CHRISTOPHER CARSTENS

7583\004\JMAUCH\1511750.1

- 1 -