# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

PH(X) GLASS, LLC and CHRISTOPHER CARSTENS

**E-filing** SUMMONS IN A CIVIL CASE

CASE NUMBER:

V.

PIC GLASSWARE, INC., ROLAND CLARKE and DOES 1 through 10, inclusives

**HRL**

TO: (Name and address of defendant)
PIC Glassware, Inc., Roland Clarke, and DOES 1 through 10, inclusive, 1820A Encinal Ave., Alameda, CA 94501

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James P. Martin, Esq., Shartsis Friese LLP, One Maritime Plaza, 18th Floor, San Francisco, CA 94111

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

DATE _____

Richard W. Wieking
CLERK

MARY ANN BUCKLEY

(BY) DEPUTY CLERK

NDCA0440