UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PH(X) Glass, LLC, et. al., | No. C08-02533 |
| Plaintiffs, | |
| v. | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| Roland Clarke, et. al., | |
| Defendants. / | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for September 9, 2008 before the Honorable Judge Howard R. Lloyd has been vacated.

Dated: May 22, 2008                           RICHARD W. WIEKING,
                                              United States District Court

                                              */s/ Patty Cromwell*
                                              By: Patty Cromwell
                                              Courtroom Deputy Clerk to
                                              Magistrate Judge Howard R. Lloyd

**United States District Court**
For the Northern District of California

1
2   THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:
3
4   James Patrick Martin    jmartin@sflaw.com
5   Joseph Vincent Mauch    jmauch@sflaw.com
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28