UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
JUN 1 2 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

E-filing

PH(X) GLASS, LLC and CHRISTOPHER CARSTENS

**SUMMONS IN A CIVIL CASE**

V.

PIC GLASSWARE, INC., ROLAND CLARKE and DOES 1 through 10, inclusives

CASE NUMBER:

CV 08 2533

HRL

TO: (Name and address of defendant)
PIC Glassware, Inc., Roland Clarke, and DOES 1 through 10, inclusive, 1820A Encinal Ave., Alameda, CA 94501

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James P. Martin, Esq., Shartsis Friese LLP, One Maritime Plaza, 18th Floor, San Francisco, CA 94111

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

DATE  MAY 1 9 2008

NDCAO440