AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

PH(X) GLASS, LLC and CHRISTOPHER CARSTENS )
_____ )   **E-filing**
               Plaintiff                 )
                                         )
            v.                           )   Civil Action No. C 08-02533 PJH
PIC GLASSWARE, INC., ROLAND CLARKE, JAMN EXACT, )
INC. and DOES 1 through 10 inclusive     )
               Defendant                 )

**Amended Summons in a Civil Action**

To: ROLAND CLARKE, 1820A Encinal Ave., Alameda, CA 94501
        *(Defendant's name)*

A lawsuit has been filed against you.

   Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

James P. Martin, Esq., Shartsis Friese LLP, One Maritime Plaza, 18th Floor, San Francisco, California 94111

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JUN 1 2 2008

Richard W. Wieking
Name of clerk of court

*Felicia Reloba*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

NDCAO440

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| PH(X) GLASS, LLC and CHRISTOPHER CARSTENS ) <br> _____ ) <br> Plaintiff ) <br> v. ) <br> PIC GLASSWARE, INC., ROLAND CLARKE, JAMN EXACT, ) <br> INC. and DOES 1 through 10 inclusive ) <br> Defendant ) | **E-filing** <br><br> Civil Action No. C 08-02533 PJH |

### Amended Summons in a Civil Action

To: JAMN EXACT, INC., 809 San Antonio Rd., #6, Palo Alto, CA 94303
_(Defendant's name)_

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

James P. Martin, Esq., Shartsis Friese LLP, One Maritime Plaza, 18th Floor, San Francisco, California 94111

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JUN 1 2 2008

Richard W. Wieking
Name of clerk of court

_Felicia Reloba_
Deputy clerk's signature

_(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)_

NDCAO440

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

PH(X) GLASS, LLC and CHRISTOPHER CARSTENS )
_____ )   **E-filing**
            Plaintiff                    )
                                         )
              v.                         )   Civil Action No. C 08-02533 PJH
PIC GLASSWARE, INC., ROLAND CLARKE, JAMN EXACT, )
INC. and DOES 1 through 10 inclusive     )
            Defendant                    )

**Amended Summons in a Civil Action**

To: PIC GLASSWARE, INC., 1820A Encinal Ave., Alameda, CA 94501
         *(Defendant's name)*

A lawsuit has been filed against you.

   Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

James P. Martin, Esq., Shartsis Friese LLP, One Maritime Plaza, 18th Floor, San Francisco, California 94111

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JUN 12     JUN 1 2 2008

                                             Richard W. Wieking
                                             Name of clerk of court

                                             *[signature]*
                                             Deputy clerk's signature
                                             **Felicia Reloba**

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

NDCAO440