
SHARTSIS FRIESE LLP
JAMES P. MARTIN (Bar #170044)
JOSEPH V. MAUCH (Bar #253693)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: jmartin@sflaw.com, jmauch@sflaw.com

Attorneys for Plaintiffs
PH(X) GLASS, LLC and CHRISTOPHER CARSTENS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PH(X) GLASS, LLC and CHRISTOPHER CARSTENS,<br><br>Plaintiffs,<br><br>v.<br><br>ROLAND CLARKE, PIC GLASSWARE, INC., JAMN EXACT, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 08-02533 PJH<br><br>**NOTICE OF EX PARTE MOTION AND MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Date:<br>Time:<br>Judge: Hon. Phyllis J. Hamilton<br>Location: Courtroom 3, 17th Floor<br>Trial Date: Net Yet Set<br>Amended Complaint Filed: June 12, 2008 |

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on _____, 2008, at _____ a.m., or as soon thereafter as these matters can be heard, in the United States District Court, Northern District of California, 450 Golden Gate Avenue, Courtroom 3, San Francisco, California 94102, Plaintiffs PH(X) GLASS, LLC and CHRISTOPHER CARSTENS will bring on for hearing an Ex Parte Motion and Motion for Temporary Restraining Order against Defendants ROLAND CLARKE, PIC GLASSWARE, INC, and JAMN EXACT, INC. (collectively "Defendants"). This Motion is made pursuant to Rule 65 of the Federal Rules of Civil Procedure and Northern District Local Rules 65-1 and 7-10.

1  Plaintiffs bring this Motion to enjoin Defendants, their officers, agents and employees, and all others in active concert or participation with them, and each of them, from: (a) falsely representing himself, herself, or itself to be Christopher Carstens or a representative of PH(X) Glass, LLC; (b) manufacturing, selling, offering for sale, marketing, or distributing any glass water pipes or other products with the marks "PH(X)" or "PH(X) GLASS," or any logos incorporating the letters "PHX"; and (c) engaging in any other acts or conduct that is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendants with Plaintiffs, or as to the origin, sponsorship, or approval of Defendants' goods, services, or commercial activities by Plaintiffs.  Defendants' actions have caused and will continue to cause Plaintiffs irreparable harm in the absence of immediate injunctive relief.

This motion is based upon this Notice, the Memorandum of Points and Authorities, the Declaration of Christopher Carstens, the Declaration of James P. Martin, the Declaration of Heather Gillette, the other pleadings filed herewith, and upon such other oral or documentary evidence as may be presented at the hearing of this Motion.

Plaintiffs have respectfully requested the Court to set this matter for hearing at the earliest date convenient to the Court's schedule.  No previous application for similar relief has been filed by Plaintiffs.  Plaintiffs' efforts to provide Defendants with advance notice of this ex parte Motion pursuant to Northern District Local Rule 65-1 are set forth in detail in the accompanying Declaration of James P. Martin.

DATED:      June 24, 2008              SHARTSIS FRIESE LLP


                                        By:/s/ Joseph V. Mauch
                                              JOSEPH V. MAUCH

                                        Attorneys for Plaintiffs
                                        PH(X) GLASS, LLC AND CHRISTOPHER CARSTENS

7583\004\JMAUCH\1516769.2

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111