SHARTSIS FRIESE LLP
JAMES P. MARTIN (Bar #170044)
JOSEPH V. MAUCH (Bar #253693)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: jmartin@sflaw.com, jmauch@sflaw.com

Attorneys for Plaintiffs
PH(X) GLASS, LLC and CHRISTOPHER CARSTENS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PH(X) GLASS, LLC and CHRISTOPHER CARSTENS,<br><br>Plaintiffs,<br><br>v.<br><br>ROLAND CLARKE, PIC GLASSWARE, INC., JAMN EXACT, INC., and DOES 1 thorugh 10, inclusive,<br><br>Defendants. | Case No. C 08-02533 PJH<br><br>**DECLARATION OF HEATHER GILLETTE IN SUPPORT OF PLAINTIFFS' EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:<br>Time:<br>Judge: Hon. Phyllis J. Hamilton<br>Location: Courtroom 3, 17th Floor<br>Trial Date: Net Yet Set<br>Amended Complaint Filed: June 12, 2008 |

I, HEATHER GILLETTE, declare:

1.  I am a member of PH(X) Glass, Inc ("PH(X) Glass"), a plaintiff in this action. I am a citizen of the State of California, residing in Woodside, California. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify thereto under oath.

2.  I am engaged to Plaintiff Christopher Carstens ("Carstens") and live with him at 17287 Skyline Boulevard, Woodside, California. We share a telephone number at that residence.

- 1 -

Case No.
C 08-02533 PJH

DECL. GILLETTE ISO EX PARTE MOTION FOR TRO & ORDER SETTING BRIEFING SCHEDULE

7583\004\JMAUCH\1516933.1

3.      On June 15, 2008, at approximately 7:00 P.M., I received at telephone call at that shared number. When I answered the phone, the caller asked if I was Heather. When I responded that I was, the caller asked to speak to Carstens. When I informed the caller that Carstens was not home and asked who was calling, the caller refused to identify himself and repeatedly asked where Carstens was and how he could be reached. Although the caller refused to identify himself, I have spoken to Clarke on numerous occasions and recognized his voice. The caller himself even stated to me during the call that "you know who this is." After I repeatedly asked him if I could take a message for Carstens, the caller replied, "Just tell him that someone is looking for him." The call then ended immediately.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 23, 2008 at Woodside, California.

_____
HEATHER GILLETTE

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

- 2 -

| Case No. | DECL. GILLETTE ISO EX PARTE MOTION FOR TRO & |
| C 08-02533 PJH | ORDER SETTING BRIEFING SCHEDULE |