SHARTSIS FRIESE LLP
JAMES P. MARTIN (Bar #170044)
JOSEPH V. MAUCH (Bar #253693)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: jmartin@sflaw.com, jmauch@sflaw.com

Attorneys for Plaintiffs
PH(X) GLASS, LLC and CHRISTOPHER CARSTENS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PH(X) GLASS, LLC and CHRISTOPHER CARSTENS,<br><br>Plaintiffs,<br><br>v.<br><br>ROLAND CLARKE, PIC GLASSWARE, INC., JAMN EXACT, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 08-02533 PJH<br><br>**[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:<br>Time:<br>Judge:     Hon. Phyllis J. Hamilton<br>Location:  Courtroom 3, 17th Floor<br>Trial Date: Net Yet Set<br>Amended Complaint Filed: June 12, 2008 |

Plaintiffs PH(X) GLASS, LLC and CHRISTOPHER CARSTENS having filed an Amended Complaint for breach of contract, patent infringement, trademark infringement, false advertising, unfair competition, unfair business practices, constructive trust, and declaratory relief, and having further brought an Ex Parte Motion for Temporary Restraining Order and Order Setting Briefing Schedule For Plaintiffs' Motion for Preliminary Injunction, and such Ex Parte Motion having been supported by the Amended Complaint, a Memorandum of Points and Authorities, the Declaration of Christopher Carstens, the Declaration of James P. Martin, and the Declaration of Heather Gillette; this Court, having reviewed and considered the pleadings, the supporting declarations, the other evidence submitted and the arguments of counsel, in

accordance with Federal Rule of Civil Procedure 65(b), hereby Adjudges and Orders:

1. Plaintiffs have demonstrated the following: (1) a sufficient likelihood of success on the merits of their trademark infringement, unfair competition and unfair business practices claims; (2) irreparable harm if they are not granted a temporary restraining order pending hearing on their motion for a preliminary injunction; (3) the balance of hardships tips in Plaintiffs' favor; and (4) no public interest factors militate against the interim relief sought in Plaintiffs' application.

IT IS THEREFORE ORDERED THAT Plaintiffs' Application for Temporary Restraining Order is GRANTED.

IT IS FURTHER ORDERED that Defendants Jamn Exact, Inc., PIC Glassware, Inc., and Roland Clarke (collectively "Defendants"), their officers, agents and employees, and all others in active concert or participation with them, and each of them, are hereby preliminarily enjoined and restrained from:

    a. falsely representing himself, herself, or itself to be Christopher Carstens or a representative of PH(X) Glass, LLC;

    b. manufacturing, selling, offering for sale, marketing, or distributing any glass water pipes or other products with the marks "PH(X)" or "PH(X) GLASS," or any logos incorporating the letters "PHX".

    c. engaging in any other acts or conduct that is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendants with Plaintiffs, or as to the origin, sponsorship, or approval of Defendants' goods, services, or commercial activities by Plaintiffs.

2. Plaintiffs shall post a bond in the amount of $5,000 in accordance with Local Rule 65.1-1 within ten days of entry of this Order.

3. A preliminary injunction hearing shall take place on July ___, 2008 at ___ a.m., in the courtroom of the Honorable Phyllis J. Hamilton, located at 450 Golden Gate Avenue, San Francisco, California 94102. Plaintiffs already-filed Memorandum of Points and Authorities shall serve as its opening brief in connection with the motion for preliminary injunction. Defendants

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

shall file any opposition to the motion by no later than July ___, 2008.  Plaintiffs shall file its reply by July ___, 2008.

      IT IS SO ORDERED.

DATED: _____, 2008

                                            Hon. Phyllis J. Hamilton
                                    UNITED STATES DISTRICT JUDGE

7583\004\JMAUCH\1516897.3

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111