UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PH(X) GLASS, LLC, et al.,

        Plaintiff,

    v.

ROLAND CLARKE, et al.,

        Defendants.
_____/

No. C 08-2533 PJH

**ORDER**

    PLEASE TAKE NOTICE that the court will hear plaintiffs' application for a temporary restraining order on Wednesday, July 2, 2008, at 9:00 a.m., in Courtroom 3 of the Federal Building, 450 Golden Gate Avenue, San Francisco, California.

    Any written opposition shall be filed no later than Monday, June 30, 2008. In addition, no later than Thursday, June 26, 2008, plaintiffs' counsel shall file a supplemental declaration describing the efforts made to serve defendants with a copy of this notice, as required by Federal Rule of Civil Procedure 65.

**IT IS SO ORDERED.**

Dated: June 24, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge