| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and address) | | | | FOR COURT USE ONLY |
|---|---|---|---|---|
| SHARTSIS FRIESE LLP<br>JAMES P. MARTIN (BAR NO. 170044)<br>JOSEPH V. MAUCH (BAR NO. 253693)<br>ONE MARTIME PLAZA, EIGHTEENTH FLOOR<br>SAN FRANCISCO, CA 94111<br>Attorney(s) for: PLAINTIFFS, PH(X) GLASS, LLC<br>and CHRISTOPHER CARSTENS<br>Ref: 3023685 | | (415) 421-6500 | | |
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN FRANCISCO DIVISION | | | | |
| PH(X) GLASS, LLC and CHRISTOPHER CARSTENS<br>vs. ROLAND CLARKE, PIC GLASSWARE, INC., et al. | | | | |
| **PROOF OF SERVICE** | DATE: | TIME: | DEPT | CASE NUMBER:<br>C 08-02533 PJH |

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:
NOTICE OF EX PARTE MOTION AND MOTION FOR TEMPORARY RESTRAINING ORDER; PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; AMENDED COMPLAINT FOR BREACH OF CONTRACT, PATENT INFRINGEMENT, FALSE ADVERTISING, UNFAIR COMPETITION, UNFAIR BUSINESS PRACTICES, CONTRUCTIVE TRUST, AND DECLARATORY; DECLARATION OF HEATHER GILLETTE IN SUPPORT OF PLAINTIFFS' EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; DECLARATION OF CHRISTOPHER CARSTENS IN SUPPORT OF PLAINTIFFS' EX PARTE MOTION FOR TEMORARY RESTRAINING ORDER AND ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; DECLARATION OF JAMES P. MARTIN IN SUPPORT OF PLAINTIFFS' EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; ORDER

2. a. Party served: JAMN EXACT, INC. c/o BUSINESS FILINGS INCORPORATED

   b. Witness served: JENNIFER R. CHURCHILL, FULFILLMENT MANAGER, ACCEPTED SERVICE FOR JAMN EXACT, INC. c/o BUSINESS FILINGS INCORPORATED

   c. Address: 1232 "Q" STREET, 1ST FLOOR
   SACRAMENTO, CA 94230

3. I served the party named in item 2a. by personally delivering the copies to the person served as follows:

(1) on: 06-25-08        (2) at: 9:35AM

4. I received this documents for service on (date): JUNE 24, 2008

5. Person serving:
GUILLERMO TALAMANTES
NATIONWIDE LEGAL, INC.
1255 POST STREET, SUITE #500
SAN FRANCISCO, CALIFORNIA 94109
(415) 351-0400

a. Fee for service $

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 25, 2008

Rule 982(a)(23) Judicial Council of California

PROOF OF SERVICE