SHARTSIS FRIESE LLP
JAMES P. MARTIN (Bar #170044)
JOSEPH V. MAUCH (Bar #253693)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: jmartin@sflaw.com, jmauch@sflaw.com

Attorneys for Plaintiffs
PH(X) GLASS, LLC and CHRISTOPHER CARSTENS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PH(X) GLASS, LLC and CHRISTOPHER CARSTENS,<br><br>Plaintiffs,<br><br>v.<br><br>ROLAND CLARKE, PIC GLASSWARE, INC., JAMN EXACT, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 08-02533 PJH<br><br>**SUPPLEMENTAL DECLARATION OF JOSEPH V. MAUCH IN SUPPORT OF PLAINTIFFS' EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: July 2, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. Phyllis J. Hamilton<br>Location: Courtroom 3, 17th Floor<br>Trial Date: Net Yet Set<br>Amended Complaint Filed: June 12, 2008 |

I, JOSEPH V. MAUCH, declare:

1.  I am an associate at Shartsis Friese LLP and represent Plaintiffs PH(X) GLASS, LLC and CHRISTOPHER CARSTENS (collectively "Plaintiffs") in this case against Defendants ROLAND CLARKE, PIC GLASSWARE, INC., and JAMN EXACT, INC. (collectively "Defendants"). I have personal knowledge of the facts stated herein, except as to matters stated on the basis of information and belief, and I believe such matters to be true. I offer this Supplemental Declaration in support of Plaintiffs' Ex Parte Motion for Temporary Restraining

1  Order and Order Setting Briefing and Hearing Schedule for Plaintiffs' Motion for Preliminary
2  Injunction (the "Motion"). If called as a witness, I would testify as follows:

3      2. I have made every effort to provide Defendants with advance notice of the Motion.
4  On June 17, 2008, I sent an email to roland.clarke@gmail.com, the email address which
5  Defendant Roland Clarke (Clarke) had previously used to correspond with me. A true and correct
6  copy of this email, excluding attachments, is attached hereto as Exhibit A. In the email I
7  informed Clarke of Plaintiffs' intention to file the Motion, enjoining him from passing himself off
8  as a representative of PH(X) Glass and enjoining Defendants from selling, marketing, or
9  distributing all products that infringe on Plaintiffs' trademarks. I attached to the email copies of
10 all documents that had already been served on Defendant Jamn Exact, Inc. ("Jamn Exact") by
11 means of its agent for service of process. Immediately thereafter, I received an email in response
12 that appeared to have been generated automatically. The email purported that Clarke was "on
13 extended vacation" and that he would "respond to [the] request as soon as possible." A true and
14 correct copy of this email is attached hereto as Exhibit B.

15     3. On June 20, 2008, I sent another email to Clarke, informing him that Plaintiffs
16 intended to file the Motion on Monday, June 23, 2008. A true and correct copy of this email is
17 attached hereto as Exhibit C. I received no response, automatic or otherwise, to this email.

18     4. On June 24, 2008, immediately after Plaintiffs filed the Motion with this Court, I
19 provided Defendants with notice of the Motion by three different means. First, I had all the
20 documents filed in connection with the motion transmitted to a process server hired by my law
21 firm to serve Jamn Exact by means of its registered agent for service of process. Second, I had
22 these same documents sent via overnight courier to 909 Marina Village Parkway, Unit 249,
23 Alameda, California 94501. On information and belief, this address is a post office box used by
24 Clarke and Defendant PIC Glassware, Inc. ("PIC Glassware"). Third, I sent an email to Clarke,
25 informing him that Plaintiffs had filed the Motion and that Plaintiffs were serving the documents
26 filed in connection with the Motion on Jamn Exact and sending the documents to the post office
27 box. I also attached to the email all the documents filed in connection with the Motion. A true
28 and correct copy of this email, excluding attachments, is attached hereto as Exhibit D.

- 2 -

Case No.
C 08-02533 PJH

SUPP. DECL. MAUCH ISO EX PARTE MOTION FOR TRO &
ORDER SETTING SCHEDULE FOR PRELIM. INJUNCTION

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

Immediately thereafter, I received the same response email, purporting that Clarke was "on extended vacation" and that he would "respond to [the] request as soon as possible." A true and correct copy of this email is attached hereto as Exhibit E.

     5.     On June 25, 2008, after receiving this Court's Order setting the time and briefing schedule for the hearing of the Motion (the "Order"), I provided Defendants with notice of the time, date, and briefing schedule for the hearing by the same three means. First, I sent another email to Clarke, reiterating Plaintiffs' filing of the Motion and providing the information contained in this Order. I also attached the Order itself to the email. A true and correct copy of this email, including the attachment, is attached hereto as Exhibit F. I received no response, automatic or otherwise, to this email. Second, I had the Order sent via overnight courier to the post office box believed to be used by Clarke and PIC Glassware. Third, I had the Order transmitted to the process server in order to serve Jamn Exact by means of its registered agent for service of process. The process server then served both the documents filed in connection with the Motion and the Order on Jamn Exact by means of its registered agent for service of process on June 25. A true and correct copy of the Proof of Service on Jamn Exact, which has been filed with this Court, is attached hereto as Exhibit G.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the State of California.

Executed this 26th day of June 2008, at San Francisco, California.

_____
JOSEPH V. MAUCH

7583\004\JMAUCH\1518427.1

- 3 -

Case No.
C 08-02533 PJH

SUPP. DECL. MAUCH ISO EX PARTE MOTION FOR TRO &
ORDER SETTING SCHEDULE FOR PRELIM. INJUNCTION

**EXHIBIT A**

**Mauch, Joseph V.**

| | |
|---|---|
| From: | Mauch, Joseph V. |
| Sent: | Tuesday, June 17, 2008 5:57 PM |
| To: | 'roland.clarke@gmail.com' |
| Cc: | Martin, James |
| Subject: | PH(X) Glass v. Clarke et al. |
| Attachments: | Amended Summons R Clarke.pdf; Amended Summons PIC Glassware.pdf; Amended Summons Jamn Exact.pdf; Amended Complaint.pdf; Declination to Proceed before Magistrate.pdf; Order re Case Management Conference.pdf; ADR Forms.pdf |

Mr. Clarke,

As a threshold matter, we want to confirm our understanding that you are no longer represented by an attorney. If you are, in fact, represented by counsel, please forward this email to your attorney and ask him or her to contact us immediately.

As you know, we have filed an amended complaint against you; PIC Glassware, Inc.; and Jamn Exact, Inc. We know that you are aware of the amended complaint that was served on your registered agent for service of process last week, but as a courtesy to you we attach copies of all of the relevant documents. If you would prefer to receive service in any other way, please let us know and we will accommodate your reasonable requests.

We are writing to inform you of our clients' intention to file a motion for a temporary restraining order against you and the other defendants. We will be asking the court to (1) enjoin you from passing yourself off as Christopher Carstens and/or as a representative of PH(X) Glass, Inc. and (2) enjoin you, PIC Glassware, and Jamn Exact from selling, marketing, or distributing all products that infringe upon the PH(X) mark.

We have become aware of recent activity by you that warrants such immediate action. We are aware of your attempts to pass yourself as Christopher Carstens and/or as a representative of PH(X) Glass in order to market and sell infringing water pipes and merchandise. We are also aware of your sales and distribution of products bearing the PH(X) trademarks, which activities have escalated since you were put on notice of the infringement. We are also aware that on Sunday, June 15, at 7:00 P.M., you attempted to harass our clients by making a phone call to their residence. Our clients are concerned that your misrepresentations, infringement, and harassment will continue and could escalate into conduct more harmful for you and them.

We will be filing our motion for a temporary restraining order in the near future. When we attempted to serve you with the original complaint in this case, our process servers reported that you refused to answer your door despite being present at your residence. Subsequently, you have vacated that residence and have attempted to evade service in various ways, all of which have been chronicled. We were successful in serving Jamn Exact through your registered agent for service of process in Sacramento, and we intend to continue serving you through such agent.

If you would prefer to receive the documents filed in connection with our application for a temporary restraining order in some other way, please let us know. In addition, if you wish to receive further communications regarding this case in a manner other than by means of this email address, please let us know. Although we intend to take immediate action to protect our clients' rights, we will continue to provide you with notice of such actions and will consider any reasonable requests that you may suggest.

Very truly yours,

Joseph Mauch

**Joseph V. Mauch**
Shartsis Friese LLP
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
jmauch@sflaw.com
415.421.6500


Amended Summons
R Clarke.pdf (...


Amended Summons
PIC Glassware....


Amended Summons
Jamn Exact.pdf...


Amended
Complaint.pdf (2 MB


Declination to
Proceed before ...


Order re Case
Management Confe..


ADR Forms.pdf (74
KB)

The information contained in this email is confidential and may also be privileged. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please immediately notify us by forwarding the message to info@sflaw.com and deleting the original message. Thank you.

# EXHIBIT B

**Mauch, Joseph V.**

| | |
|---|---|
| From: | Roland Clarke [roland.clarke@gmail.com] |
| Sent: | Tuesday, June 17, 2008 5:57 PM |
| To: | Mauch, Joseph V. |
| Subject: | Dr. Clarke is on vacation Re: PH(X) Glass v. Clarke et al. |

So sorry to have missed your message. I am now on extended vacation.
Please be patient. I will respond to your request as soon as possible.

**EXHIBIT C**

## Mauch, Joseph V.

| | |
|---|---|
| From: | Mauch, Joseph V. |
| Sent: | Friday, June 20, 2008 5:15 PM |
| To: | 'roland.clarke@gmail.com' |
| Cc: | Martin, James |
| Subject: | PH(X) Glass v. Clarke et al. |

Mr. Clarke,

We are writing to inform you that, per our email to you on June 17, 2008, our clients Christopher Carstens and PH(X) Glass, LLC, intend to file a motion for a temporary restraining order against you and the other defendants on Monday, June 23, 2008. We will be asking the court to (1) enjoin you from passing yourself off as Christopher Carstens and/or as a representative of PH(X) Glass and (2) enjoin you, PIC Glassware, and Jamn Exact from selling, marketing, or distributing all products that infringe upon the PH(X) mark.

We intend to serve the documents filed in connection with our motion for a temporary restraining order on Jamn Exact through your registered agent for service of process in Sacramento. As we stated in our previous email, if you would prefer to receive the documents filed in connection with our motion in some other way, please let us know. In addition, if you wish to receive further communications regarding this case in a manner other than by means of this email address, please let us know.

Very truly yours,

Joseph Mauch

**Joseph V. Mauch**
Shartsis Friese LLP
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
jmauch@sflaw.com
415.421.6500

The information contained in this email is confidential and may also be privileged. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please immediately notify us by forwarding the message to info@sflaw.com and deleting the original message. Thank you.

**EXHIBIT D**

## Mauch, Joseph V.

| | |
|---|---|
| From: | Mauch, Joseph V. |
| Sent: | Tuesday, June 24, 2008 3:42 PM |
| To: | 'roland.clarke@gmail.com' |
| Cc: | Martin, James |
| Subject: | PH(X) Glass v. Clarke et al. |
| Attachments: | Notice of Ex Parte Motion.pdf; MPA ISO TRO.pdf; Carstens Decl.pdf; Gillette Decl..pdf; JPM Decl ISO TRO.pdf; Proposed TRO.pdf; Proposed Order Granting Prelim Injunc.pdf; Amended Complaint.pdf |

Mr. Clarke,

Per our emails to you on June 17 and June 20, 2008, our clients Christopher Carstens and PH(X) Glass, LLC, today filed an ex parte motion for a temporary restraining order against you and the other defendants. In the motion and underlying documents, we asked the Court to (1) enjoin you and the other defendants from passing yourself off as Christopher Carstens and/or as a representative of PH(X) Glass and (2) enjoin you and the other defendants from selling, marketing, or distributing all products that infringe upon the PH(X) mark.

We have served the motion and underlying documents on Jamn Exact through your registered agent for service of process in Sacramento. We have also sent these documents to you at 909 Marina Village Parkway, Unite 249, Alameda, California 94501. We have also attached these same documents to this email.

We are now awaiting the Court's selection of a time and date for the hearing. When we receive notice from the Court regarding the time and date of the ex parte hearing, we will send notice of that information by the same three means by which we sent notice of the motion to you. As always, if you wish to receive further communications regarding this case in a manner other than by means of this email address, please let us know.

Very truly yours,

Joseph Mauch

**Joseph V. Mauch**
Shartsis Friese LLP
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
jmauch@sflaw.com
415.421.6500

      

Notice of Ex Parte   MPA ISO TRO.pdf   Carstens Decl.pdf   Gillette Decl..pdf   JPM Decl ISO   Proposed TRO.pdf   Proposed Order
   Motion.pdf ...         (75 KB)            (649 KB)            (75 KB)       TRO.pdf (1 MB)        (15 KB)       Granting Prelim...



Amended
mplaint.pdf (693 KB

The information contained in this email is confidential and may also be privileged. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please immediately notify us by forwarding the message to info@sflaw.com and deleting the original message. Thank you.

# EXHIBIT E

**Mauch, Joseph V.**

| | |
|---|---|
| **From:** | Roland Clarke [roland.clarke@gmail.com] |
| **Sent:** | Tuesday, June 24, 2008 3:42 PM |
| **To:** | Mauch, Joseph V. |
| **Subject:** | Dr. Clarke is on vacation Re: PH(X) Glass v. Clarke et al. |

```
So sorry to have missed your message. I am now on extended vacation.
Please be patient. I will respond to your request as soon as possible.
```

Mauch, Joseph V.

**EXHIBIT F**

## Mauch, Joseph V.

| | |
|---|---|
| From: | Mauch, Joseph V. |
| Sent: | Wednesday, June 25, 2008 8:25 AM |
| To: | 'roland.clarke@gmail.com' |
| Cc: | Martin, James |
| Subject: | PH(X) Glass v. Clarke et al. |
| Attachments: | SKMBT_75008062507480.pdf |

Mr. Clarke,

As stated in our email of June 24, 2008, our clients Christopher Carstens and PH(X) Glass, LLC, filed an ex parte motion for a temporary restraining order in the United States District Court for the Northern District of California against you, PIC Glassware Inc., and Jamn Exact Inc. on June 24. We have now received from the Court an order setting the time and briefing schedule for the ex parte hearing. The hearing will be held on July 2, 2008, at 9:00 a.m., in Courtroom 3 of the Federal Building, 450 Golden Gate Avenue, San Francisco, California. According to the order, any written opposition by you and the other defendants must be filed no later than Monday, June 30, 2008.

A true and correct copy of the Court's order setting the time of the hearing is attached to this email. We are serving this order on Jamn Exact through your registered agent for service of process in Sacramento. We are also sending this order to you at 909 Marina Village Parkway, Unite 249, Alameda, California 94501, which we believe to be a post office box at which you receive mail.

If you no longer receive mail at the address listed above, please let us know where we can send correspondence to you. Also, as always, if you wish to receive further communications regarding this case in a manner other than by means of this email address, please let us know.

Very truly yours,

Joseph Mauch

**Joseph V. Mauch**
Shartsis Friese LLP
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
jmauch@sflaw.com
415.421.6500



SKMBT_750080625
07480.pdf (27 K...

The information contained in this email is confidential and may also be privileged. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please immediately notify us by forwarding the message to info@sflaw.com and deleting the original message. Thank you.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PH(X) GLASS, LLC, et al.,

    Plaintiff,

v.

ROLAND CLARKE, et al.,

    Defendants.
_____/

No. C 08-2533 PJH

**ORDER**

    PLEASE TAKE NOTICE that the court will hear plaintiffs' application for a temporary restraining order on Wednesday, July 2, 2008, at 9:00 a.m., in Courtroom 3 of the Federal Building, 450 Golden Gate Avenue, San Francisco, California.

    Any written opposition shall be filed no later than Monday, June 30, 2008. In addition, no later than Thursday, June 26, 2008, plaintiffs' counsel shall file a supplemental declaration describing the efforts made to serve defendants with a copy of this notice, as required by Federal Rule of Civil Procedure 65.

**IT IS SO ORDERED.**

Dated: June 24, 2008

PHYLLIS J. HAMILTON
United States District Judge

DOCKET

JUN 2 4 2008

**EXHIBIT G**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and Address) | | | | FOR COURT USE ONLY |
|---|---|---|---|---|
| SHARTSIS FRIESE LLP<br>JAMES P. MARTIN (BAR NO. 170044)<br>JOSEPH V. MAUCH (BAR NO. 253693)<br>ONE MARTIME PLAZA, EIGHTEENTH FLOOR<br>SAN FRANCISCO, CA 94111<br>Attorney(s) for: PLAINTIFFS, PH(X) GLASS, LLC<br>and CHRISTOPHER CARSTENS<br>Ref: 3023685 | (415) 421-6500 | | | |
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN FRANCISCO DIVISION | | | | |
| PH(X) GLASS, LLC and CHRISTOPHER CARSTENS<br>vs. ROLAND CLARKE, PIC GLASSWARE, INC., et al. | | | | |
| **PROOF OF SERVICE** | DATE: | TIME: | DEPT | CASE NUMBER:<br>C 08-02533 PJH |

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:
NOTICE OF EX PARTE MOTION AND MOTION FOR TEMPORARY RESTRAINING ORDER; PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; AMENDED COMPLAINT FOR BREACH OF CONTRACT, PATENT INFRINGEMENT, FALSE ADVERTISING, UNFAIR COMPETITION, UNFAIR BUSINESS PRACTICES, CONTRUCTIVE TRUST, AND DECLARATORY; DECLARATION OF HEATHER GILLETTE IN SUPPORT OF PLAINTIFFS' EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; DECLARATION OF CHRISTOPHER CARSTENS IN SUPPORT OF PLAINTIFFS' EX PARTE MOTION FOR TEMORARY RESTRAINING ORDER AND ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; DECLARATION OF JAMES P. MARTIN IN SUPPORT OF PLAINTIFFS' EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; ORDER

2. a. Party served:      JAMN EXACT, INC. c/o BUSINESS FILINGS INCORPORATED

   b. Witness served:   JENNIFER R. CHURCHILL, FULFILLMENT MANAGER, ACCEPTED SERVICE FOR JAMN EXACT, INC. c/o BUSINESS FILINGS INCORPORATED

   c. Address:           1232 "Q" STREET, 1ST FLOOR
                         SACRAMENTO, CA 94230

3. I served the party named in item 2a. by personally delivering the copies to the person served as follows:

(1) on:      06-25-08         (2) at:      9:35AM

4. I received this documents for service on (date): JUNE 24, 2008


5. Person serving:                                              a. Fee for service $
GUILLERMO TALAMANTES
NATIONWIDE LEGAL, INC.
1255 POST STREET, SUITE #500
SAN FRANCISCO, CALIFORNIA 94109
(415) 351-0400

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 25, 2008                                        _____

Rule 982(a)(23) Judicial Council of California
PROOF OF SERVICE