SHARTSIS FRIESE LLP
JAMES P. MARTIN (Bar #170044)
JOSEPH V. MAUCH (Bar #253693)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: jmartin@sflaw.com, jmauch@sflaw.com

Attorneys for Plaintiffs
PH(X) GLASS, LLC and CHRISTOPHER CARSTENS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PH(X) GLASS, LLC and CHRISTOPHER CARSTENS,<br><br>Plaintiffs,<br><br>v.<br><br>ROLAND CLARKE, PIC GLASSWARE, INC., JAMN EXACT, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 08-02533 PJH<br><br>**SECOND SUPPLEMENTAL DECLARATION OF JOSEPH V. MAUCH IN SUPPORT OF PLAINTIFFS' EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: July 2, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. Phyllis J. Hamilton<br>Location: Courtroom 3, 17th Floor<br>Trial Date: Net Yet Set<br>Amended Complaint Filed: June 12, 2008 |

I, JOSEPH V. MAUCH, declare:

1. I am an associate at Shartsis Friese LLP and represent Plaintiffs PH(X) GLASS, LLC and CHRISTOPHER CARSTENS (collectively "Plaintiffs") in this case against Defendants ROLAND CLARKE, PIC GLASSWARE, INC., and JAMN EXACT, INC. (collectively "Defendants"). I have personal knowledge of the facts stated herein, except as to matters stated on the basis of information and belief, and I believe such matters to be true. I offer this Supplemental Declaration in support of Plaintiffs' Ex Parte Motion for Temporary Restraining

Order and Order Setting Briefing and Hearing Schedule for Plaintiffs' Motion for Preliminary Injunction (the "Motion"). If called as a witness, I would testify as follows:

2. On June 28, 2008, service of process was effectuated on Defendants Roland Clarke (Clarke) and PIC Glassware, Inc. ("PIC Glassware"). Clarke was personally served in his individual capacity and on behalf of PIC Glassware. Service of process was effectuated by Mark Webster. A true and correct copy of the Proof of Service on Clarke will be filed with this Court as soon as possible. A true and correct copy of the Proof of Service on PIC Glassware will be filed with this Court as soon as possible.

3. At the same time, Clarke and PIC Glassware were also served all the documents filed in connection with the Motion, as well as this Court's Order setting the timing and briefing schedule for the hearing of the Motion. A true and correct copy of the Proof of Service of such documents on Clarke will be filed with this Court as soon as possible. A true and correct copy of the Proof of Service of such documents on PIC Glassware will be filed with this Court as soon as possible.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the State of California. Executed this 1st day of July, 2008, at San Francisco, California.

/s/ Joseph V. Mauch
JOSEPH V. MAUCH

7583\004\JMAUCH\1518946.1

- 2 -

Case No.
C 08-02533 PJH

SEC. SUPP. DECL. MAUCH ISO EX PARTE MOTION FOR TRO & ORDER SETTING SCHEDULE FOR PRELIM. INJUNCTION

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111