SHARTSIS FRIESE LLP
JAMES P. MARTIN (Bar #170044)
JOSEPH V. MAUCH (Bar #253693)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: jmartin@sflaw.com

Attorneys for Plaintiff
PH(X) GLASS, LLC and CHRISTOPHER CARSTENS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PH(X) GLASS, LLC and CHRISTOPHER CARSTENS,<br><br>Plaintiff,<br><br>v.<br><br>ROLAND CLARKE, PIC GLASSWARE, LLC and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. C 08-02533 PJH<br><br>**PROOF OF SERVICE OF AMENDED SUMMONS AND AMENDED COMPLAINT AND ADR RELATED DOCUMENTATION (ROLAND CLARKE ON BEHALF OF PIC GLASSWARE, LLC)**<br><br>Date:      July 2, 2008<br>Time:     9:00 a.m.<br>Judge:    Hon. Phyllis J. Hamilton<br>Location: Courtroom 3, 17th Flr.<br><br>Trial Date: Not yet set<br>Amended Complaint filed: June 12, 2008 |

PLEASE SEE ATTACHED.

- 1 -

| Case No.<br>C 08-02533 PJH | POS OF AMENDED SUMMONS & AMENDED COMPLAINT<br>AND ADR RELATED DOCUMENTATION (RC/PIC GLASS) |
|---|---|

7583\004\JMAUCH\1519346.1

2:40 BLADIUM SPORT CLUB

## Proof of Service

I declare under penalty of perjury that I served the Summons, Complaint and Declination to Proceed before a Magistrate Judge in this case on PJC GLASSWARE, INC., by:

1. personally delivering a copy of each to the individual at this place, BLADIUM SPORT CLUB 800 West Tower Ave; or ALA CA. 94501

2. leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

3. delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

4. returning the summons unexecuted to the court clerk on _____ .

My fees are $_____ for travel and $_____ for services, for a total of $_____ .

Date: 2:40 PM 6/28/08

_____
Server's signature

MARK WEBSTER
Printed name and title

8683 Vineyard Ave
Server's address
PLEASANTON CA 94566
925 462-0536

7583\004\JMAUCH\1514795.1