r: Christopher Carstens Fax: +1 (866) 748-4749     To: Kinkos Pleasanton     Fax: +1 (925) 416-0523     Page 8 of 9 7/1/2008 11:41

SHARTSIS FRIESE LLP
JAMES P. MARTIN (Bar #170044)
JOSEPH V. MAUCH (Bar #253693)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: jmartin@sflaw.com

Attorneys for Plaintiff
PH(X) GLASS, LLC and CHRISTOPHER CARSTENS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PH(X) GLASS, LLC and CHRISTOPHER CARSTENS,<br><br>Plaintiff,<br><br>v.<br><br>ROLAND CLARKE, PIC GLASSWARE, LLC and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. C 08-02533 PJH<br><br>**PROOF OF SERVICE OF NOTICE OF EX PARTE MOTION AND MOTION FOR TEMPORARY RESTRAINING ORDER AND RELATED DOCUMENTS INCLUDING ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION (Roland Clarke on behalf of PIC Glassware, LLC)**<br><br>Date:     July 2, 2008<br>Time:     9:00 a.m.<br>Judge:    Hon. Phyllis J. Hamilton<br>Location: Courtroom 3, 17th Flr.<br><br>Trial Date: Not Yet Set<br>Amended Complaint filed: June 12, 2008 |

I, MARK WEBSTER, declare:

1.    At the time of service, I was at least 18 years of age and not a party to this action and I served copies of the following documents:

    a. Notice of Ex Parte Motion and Motion for Temporary Restraining Order;

    b. Plaintiffs' Memorandum of Points and Authorities in Support of Ex Parte Motion for Temporary restraining Order and Order Setting Briefing and Hearing Schedule for Plaintiffs' Motion for Preliminary Injunction;

- 1 -

| Case No.<br>C 08-02533 PJH | POS NTC. EX PARTE MTN & MTN. FOR TEMPORARY<br>RESTRAINING ORDER & ORDER SETTING BRIEFING ETC. (PIC) |
|---|---|

07/01/2008  18:48    925-416-0523    FEDEX KINKO'S 5155    PAGE 08

c. Declaration of Heather Gillette in Support;

d. Declaration of Christopher Carstens in Support;

e. Declaration of James P. Martin in Support;

f. [Proposed] Order Granting Plaintiffs' Motion for Preliminary Injunction; and

g. Order.

2. I served ROLAND CLARKE on behalf of Defendant PIC GLASSWARE, LLC;

3. The manner of service was done in compliance with Federal Rules of Civil Procedure;

4. Service was made by **personally** delivering a copy of the above documents to ROLAND CLARKE at BLADIUM SPORT CLUB, 800 West Tower Avenue, Alameda, California 94501 at **2:40 p.m. on June 28, 2008.**

5. At the time of service I was at least 18 years of age and not a party to this action.

6. Name and address and telephone number of person serving:

Mark Webster
3683 Vineyard Avenue
Pleasanton, CA 94566
Ph. 925.462.0536

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Proof of Service was executed on July 1, 2008.

_____
MARK WEBSTER

7583\004\JMAUCH\1519187.1

Case No. C 08-02533 PJH

POS NTC. EX PARTE MTN & MTN. FOR TEMPORARY RESTRAINING ORDER & ORDER SETTING BRIEFING ETC (PIC)

- 2 -