**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

**Date:** July 2, 2008                                                          **JUDGE:** Phyllis J. Hamilton

**Case No:** C-08-2533 PJH

**Case Name:** PH(X) Glass, LLC, et al. v. Roland Clarke, et al.

**Attorney(s) for Plaintiff:**        James P. Martin; Joseph V. Mauch
**Attorney(s) for Defendant:**     No Appearance

**Deputy Clerk:** Nichole Heuerman                **Court Reporter:** Jim Yeomans

**PROCEEDINGS**

    Plaintiffs' Motion for Temporary Restraining Order-GRANTED as stated on the record. The court will approve the proposed order submitted by counsel.

**Order to be prepared by:**    [] Pl [] Def  []  Court

**Notes:**

**cc:** file