1  SHARTSIS FRIESE LLP
   JAMES P. MARTIN (Bar #170044)
2  JOSEPH V. MAUCH (Bar #253693)
   One Maritime Plaza, Eighteenth Floor
3  San Francisco, CA 94111
   Telephone: (415) 421-6500
4  Facsimile: (415) 421-2922
   Email: jmartin@sflaw.com
5
   Attorneys for Plaintiff
6  PH(X) GLASS, LLC and CHRISTOPHER
   CARSTENS
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12  PH(X) GLASS, LLC and CHRISTOPHER    Case No. C 08-02533 PJH
    CARSTENS,
13                                      **NOTICE OF ENTRY OF TEMPORARY
              Plaintiff,                RESTRAINING ORDER AND ORDER
14                                      SETTING BRIEFING AND HEARING
         v.                             SCHEDULE FOR PLAINTIFFS' MOTION
15                                      FOR PRELIMINARY INJUNCTION**
    ROLAND CLARKE, PIC GLASSWARE,
16  LLC and DOES 1 through 10, inclusive,  Date:      August 6, 2008
                                           Time:      9:00 a.m.
17            Defendant.                   Judge:     Hon. Phyllis J. Hamilton
                                           Location:  Courtroom 3, 17th Flr.
18                                         Trial Date: Not Yet Set
                                           Amended Complaint filed: June 12, 2008
19

20       PLEASE TAKE NOTICE that a Temporary Restraining Order and Order Setting Briefing

21  and Hearing Schedule for Plaintiff's Motion for Preliminary Injunction, attached hereto as Exhibit

22  A, was signed and entered on July 2, 2008.

23  DATED:    July 3rd, 2008              SHARTSIS FRIESE LLP

24

25                                        By: /s/ Joseph V. Mauch
                                              JOSEPH V. MAUCH
26
                                          Attorneys for Plaintiff
27                                        PH(X) GLASS, LLC AND CHRISTOPHER
                                          CARSTENS
28

- 1 -
Case No.        NOTICE OF ENTRY OF TEMPORARY RESTRAINING ORDER
C 08-02533 PJH  AND ORDER SETTING BRIEFING & HEARING SCHED.

Ex. A

1  SHARTSIS FRIESE LLP
   JAMES P. MARTIN (Bar #170044)
2  JOSEPH V. MAUCH (Bar #253693)
   One Maritime Plaza, Eighteenth Floor
3  San Francisco, CA 94111
   Telephone: (415) 421-6500
4  Facsimile: (415) 421-2922
   Email: jmartin@sflaw.com, jmauch@sflaw.com
5
   Attorneys for Plaintiffs
6  PH(X) GLASS, LLC and CHRISTOPHER
   CARSTENS
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | PH(X) GLASS, LLC and CHRISTOPHER    | Case No. C 08-02533 PJH
   | CARSTENS,                            |
13 |                                      | [~~PROPOSED~~] TEMPORARY
   |         Plaintiffs,                  | RESTRAINING ORDER AND ORDER
14 |                                      | SETTING BRIEFING AND HEARING
   |    v.                                | SCHEDULE FOR PLAINTIFFS' MOTION
15 |                                      | FOR PRELIMINARY INJUNCTION
   | ROLAND CLARKE, PIC GLASSWARE,        |
16 | INC., JAMN EXACT, INC., and DOES 1   | Date:
   | through 10, inclusive,               | Time:
17 |                                      | Judge:    Hon. Phyllis J. Hamilton
   |         Defendants.                  | Location: Courtroom 3, 17th Floor
18 |                                      | Trial Date: Not Yet Set
                                            Amended Complaint Filed: June 12, 2008
19

20     Plaintiffs PH(X) GLASS, LLC and CHRISTOPHER CARSTENS having filed an

21 Amended Complaint for breach of contract, patent infringement, trademark infringement, false

22 advertising, unfair competition, unfair business practices, constructive trust, and declaratory

23 relief, and having further brought an Ex Parte Motion for Temporary Restraining Order and Order

24 Setting Briefing Schedule For Plaintiffs' Motion for Preliminary Injunction, and such Ex Parte

25 Motion having been supported by the Amended Complaint, a Memorandum of Points and

26 Authorities, the Declaration of Christopher Carstens, the Declaration of James P. Martin, and the

27 Declaration of Heather Gillette; this Court, having reviewed and considered the pleadings, the

28 supporting declarations, the other evidence submitted and the arguments of counsel, in

- 1 -

1. accordance with Federal Rule of Civil Procedure 65(b), hereby Adjudges and Orders:

   1. Plaintiffs have demonstrated the following: (1) a sufficient likelihood of success on the merits of their trademark infringement, unfair competition and unfair business practices claims; (2) irreparable harm if they are not granted a temporary restraining order pending hearing on their motion for a preliminary injunction; (3) the balance of hardships tips in Plaintiffs' favor; and (4) no public interest factors militate against the interim relief sought in Plaintiffs' application.

   IT IS THEREFORE ORDERED THAT Plaintiffs' Application for Temporary Restraining Order is GRANTED.

   IT IS FURTHER ORDERED that Defendants Jamn Exact, Inc., PIC Glassware, Inc., and Roland Clarke (collectively "Defendants"), their officers, agents and employees, and all others in active concert or participation with them, and each of them, are hereby preliminarily enjoined and restrained from:

   a. falsely representing himself, herself, or itself to be Christopher Carstens or a representative of PH(X) Glass, LLC;

   b. manufacturing, selling, offering for sale, marketing, or distributing any glass water pipes or other products with the marks "PH(X)" or "PH(X) GLASS," or any logos incorporating the letters "PHX".

   c. engaging in any other acts or conduct that is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendants with Plaintiffs, or as to the origin, sponsorship, or approval of Defendants' goods, services, or commercial activities by Plaintiffs.

   2. Plaintiffs shall post a bond in the amount of $5,000 in accordance with Local Rule 65.1-1 within ten days of entry of this Order.

   3. A preliminary injunction hearing shall take place on ~~July ___, 2008 at ___ a.m.~~ August 6, 2008 at 9:00 a.m., in the courtroom of the Honorable Phyllis J. Hamilton, located at 450 Golden Gate Avenue, San Francisco, California 94102. Plaintiffs already-filed Memorandum of Points and Authorities shall serve as its opening brief in connection with the motion for preliminary injunction. Defendants

- 2 -

1  shall file any opposition to the motion by no later than July 16, 2008. Plaintiffs shall file its
2  reply by July 23, 2008.
3      IT IS SO ORDERED.
4
5  DATED: July 2, 2008
6                                                              JUDGE
   *IT IS SO ORDERED*
   *Judge Phyllis J. Hamilton*
7
8  7583\004\JMAUCH\1516897.3

## PROOF OF SERVICE

I, Linda M. Rodrigues, declare:

I am a citizen of the United States and employed in the City and County of San Francisco, California by Shartsis Friese LLP at One Maritime Plaza, Eighteenth Floor, San Francisco, California 94111. I am over the age of eighteen years and am not a party to the within-entitled action.

On 7/3/2008, at Shartsis Friese LLP located at the above-referenced address, and, pursuant to California Rules of Court, Federal Rules of Civil Procedure, and local rules, I served on the interested parties in said cause a copy of the within document(s):

**TEMPORARY RESTRAINING ORDER AND ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid in accordance with the firm's practice, of which I am familiar, of collection and processing correspondence for mailing on the same day to the person(s) at the address(es) set forth below:

[ ] by consigning the document(s) listed above to an express delivery service for guaranteed delivery on the next business day to the person(s) at the address(es) set forth below:

[ ] by personal delivery by messenger service of the document(s) above to the person(s) at the address(es) set forth below:

[ ] by facsimile transmission on this date before 5:00 p.m. (PST) of the document(s) listed above from sending facsimile machine main telephone number (415) 421-2922, and which transmission was reported as complete and without error (copy of which is attached), to facsimile number(s) set forth below:  ([ ] by agreement / [ ] not by agreement)

[ ] by electronically delivering the document(s) listed above on this date from electronic address sflaw.com, and after which transmission I did not receive within a reasonable time any electronic message or other indication that the transmission was unsuccessful, to electronic mail address(es) set forth below: ([ ] by agreement / [ ] not by agreement)

1  Roland Clarke
2  P. O. Box 909
   Marina Village Parkway, Unite 249
3  Alameda, CA  94501

4  *Defendant*
   ROLAND CLARKE

5

6  Roland Clarke
   On behalf of PIC Glassware, Inc.
7  P. O. Box 909
   Marina Village Parkway, Unit 249
8  Alameda, CA  94501

9  *On Behalf of Defendant*
   PIC GLASSWARE, INC.

10

11
        I declare under penalty of perjury under the laws of the State of California that the
12
   foregoing is true and correct.  Executed on 7/3/2008, in San Francisco, California.
13

14  _____
15  Linda M. Rodrigues

16
   7583\004\JMAUCH\1519956.1
17

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111