SHARTSIS FRIESE LLP
JAMES P. MARTIN (Bar #170044)
JOSEPH V. MAUCH (Bar #253693)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: jmartin@sflaw.com

Attorneys for Plaintiff
PH(X) GLASS, LLC and CHRISTOPHER CARSTENS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PH(X) GLASS, LLC and CHRISTOPHER CARSTENS,<br><br>Plaintiff,<br><br>v.<br><br>PIC GLASSWARE, LLC, ROLAND CLARKE and JAMN EXACT, INC. and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. C 08-02533 PJH<br><br>**MESSENGER'S PROOF OF SERVICE of JAMN EXACT, INC. RE NOTICE OF ENTRY OF TEMPORARY RESTRAINING ORDER AND ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:     August 6, 2008<br>Time:    9:00 a.m.<br>Judge:   Hon. Phyllis J. Hamilton<br>Location: Courtroom 3, 17th Flr.<br>Trial Date: Not Yet Set<br>Amended Complaint filed: June 12, 2008 |

PLEASE SE ATTACHED.

DATED:   July 9, 2008

SHARTSIS FRIESE LLP

By: _/s/ Joseph V. Mauch_
       JOSEPH V. MAUCH

Attorneys for Plaintiff
PH(X) GLASS, LLC AND CHRISTOPHER CARSTENS

- 1 -

Case No.
C 08-02533 PJH

MESSENGER'S PROOF OF SERVICE RE NOTICE OF ENTRY
OF TEMPORARY RESTRAINING ORDER AND ORDER
SETTING BRIEFING & HEARING SCHED.

7583\004\JMAUCH\1520728.1

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE | FOR COURT USE ONLY |
|---|---|---|
| SHARTSIS FRIESE LLP<br>JAMES P. MARTIN (BAR NO. 170044)<br>JOSEPH V. MAUCH (BAR NO. 253693)<br>ONE MARITIME PLAZA, 18TH FLOOR<br>SAN FRANCISCO, CA 94111<br>**Attorney(s) for:** PLAINTIFF, PH(X) GLASS, LLC and CHRISTOPHER CARSTENS<br>Ref: 3024539 | (415) 421-6500 | |
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN FRANCISCO DIVISION | | |
| PH(X) GLASS, LLC and CHRISTOPHER CARSTENS<br>vs. ROLAND CLARKE, PIC GLASSWARE, LLC, et al. | | |

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT | CASE NUMBER:<br>C 08-02533 PJH |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:
NOTICE OF ENTRY OF TEMPORARY RESTRAINING ORDER AND ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

2. a. Party served:      JAMN EXACT, INC.

   b. Witness served:   JENNIFER CHURCHILL, FULFILLMENT MANAGER, ACCEPTED SERVICE OF PROCESS ON BEHALF OF JAMN EXACT, INC.

   c. Address:          1232 "Q" STREET, 1ST FLOOR
                        SACRAMENTO, CA 94230

3. I served the party named in item 2a. by personally delivering the copies to the person served as follows:

   (1) on:    07-07-08        (2) at:    10:20AM

4. I received this documents for service on (date): JULY 3, 2008

5. Person serving:
LAVE MAZZIER
NATIONWIDE LEGAL, INC,
1255 POST STREET, SUITE #500
SAN FRANCISCO, CALIFORNIA 94109
(415) 351-0400

a. Fee for service $

d. Registered California process server
   (1) Employee or independent contractor
   (2) Registration No.: 39
   (3) County : SACRAMENTO

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Date: July 7, 2008                                            /s/ Lave Mazzier

Rule 982(a)(23) Judicial Council of California

PROOF OF SERVICE

# PROOF OF SERVICE

I, Linda M. Rodrigues, declare:

I am a citizen of the United States and employed in the City and County of San Francisco, California by Shartsis Friese LLP at One Maritime Plaza, Eighteenth Floor, San Francisco, California 94111. I am over the age of eighteen years and am not a party to the within-entitled action.

On 7/9/2008, at Shartsis Friese LLP located at the above-referenced address, and, pursuant to California Rules of Court, Federal Rules of Civil Procedure, and local rules, I served on the interested parties in said cause a copy of the within document(s):

**MESSENGER'S PROOF OF SERVICE OF JAMN EXACT, INC. RE NOTICE OF ENTRY OF TEMPORARY RESTRAINING ORDER AND ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

X     by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid in accordance with the firm's practice, of which I am familiar, of collection and processing correspondence for mailing on the same day to the person(s) at the address(es) set forth below:

☐     by consigning the document(s) listed above to an express delivery service for guaranteed delivery on the next business day to the person(s) at the address(es) set forth below:

☐     by personal delivery by messenger service of the document(s) above to the person(s) at the address(es) set forth below:

☐     by facsimile transmission on this date before 5:00 p.m. (PST) of the document(s) listed above from sending facsimile machine main telephone number (415) 421-2922, and which transmission was reported as complete and without error (copy of which is attached), to facsimile number(s) set forth below: (☐ by agreement / ☐ not by agreement)

☐     by electronically delivering the document(s) listed above on this date from electronic address sflaw.com, and after which transmission I did not receive within a reasonable time any electronic message or other indication that the transmission was unsuccessful, to electronic mail address(es) set forth below: (☐ by agreement / ☐ not by agreement)

Roland Clarke
P. O. Box 909
Marina Village Parkway, Unite 249
Alameda, CA 94501

*Defendant*
ROLAND CLARKE

Roland Clarke
On behalf of PIC Glassware, Inc.
P. O. Box 909
Marina Village Parkway, Unit 249
Alameda, CA 94501

*On Behalf of Defendant*
PIC GLASSWARE, INC.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on 7/9/2008, in San Francisco, California.

*[signature]*
Linda M. Rodrigues

7583\004\JMAUCH\1519956.1

- 2 -
PROOF OF SERVICE

7583\004\JMAUCH\1520728.1