SHARTSIS FRIESE LLP
JAMES P. MARTIN (Bar #170044)
JOSEPH V. MAUCH (Bar #253693)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: jmartin@sflaw.com; jmauch@sflaw.com

Attorneys for Plaintiffs
PH(X) GLASS, LLC and
CHRISTOPHER CARSTENS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PH(X) GLASS, LLC and CHRISTOPHER CARSTENS,<br><br>Plaintiffs,<br><br>v.<br><br>ROLAND CLARKE; PIC GLASSWARE, INC.; JAMN EXACT, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 08-02533 PJH<br><br>**PLAINTIFFS' MOTION TO CHANGE TIME OF PRELIMINARY INJUNCTION HEARING**<br><br>Date:       August 6, 2008<br>Time:      9:00 a.m.<br>Courtroom: 3, 17th Floor<br>Trial Date: Not Set<br>Amended Complaint Filed: June 12, 2008 |

Plaintiffs PH(X) GLASS, LLC and CHRISTOPHER CARSTENS ("Plaintiffs") hereby bring this Motion, pursuant to Northern District Loal Rule 6-3, requesting the Court to issue an Order rescheduling the hearing date of Plaintiffs' Motion for Preliminary Injunction.

Plaintiffs' Motion for Preliminary Injunction is currently set for hearing on August 6, 2008. Plaintiffs respectfully request the Court to reset this matter for hearing on August 13, 2008. Plaintiffs do not request any change to the briefing schedule. As set forth in the accompanying Declaration of Joseph V. Mauch, Plaintiffs' lead counsel and PH(X) Glass LLC's general counsel both have pre-existing, prepaid, nonrefundable vacations scheduled for the week of August 6. Plaintiffs' efforts to determine the availability of the defendants on August 13, to obtain a

1  stipulation to the time change, and to provide the defendants with advance notice of this Motion
2  are also set forth in detail in the accompanying Declaration of Joseph V. Mauch.  No previous
3  application for similar relief has been filed by Plaintiffs.

5  DATED:  July 11, 2008                    SHARTSIS FRIESE LLP

7                                           By: /s/ Joseph V. Mauch
8                                               JOSEPH V. MAUCH

9                                           Attorneys for Plaintiffs
                                            PH(X) GLASS, LLC and CHRISTOPHER
                                            CARSTENS

---

Case No.  
C 08-02533 PJH  
7583\004\JMAUCH\1520982.1

MOTION TO CHANGE TIME OF PRELIMINARY INJUNCTION HEARING

- 2 -