SHARTSIS FRIESE LLP
JAMES P. MARTIN (Bar #170044)
JOSEPH V. MAUCH (Bar #253693)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: jmartin@sflaw.com, jmauch@sflaw.com

Attorneys for Plaintiffs
PH(X) GLASS, LLC and CHRISTOPHER CARSTENS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PH(X) GLASS, LLC and CHRISTOPHER CARSTENS,<br><br>Plaintiffs,<br><br>v.<br><br>ROLAND CLARKE, PIC GLASSWARE, INC., JAMN EXACT, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 08-02533 PJH<br><br>**DECLARATION OF JOSEPH V. MAUCH IN SUPPORT OF PLAINTIFFS' MOTION TO CHANGE TIME OF PRELIMINARY INJUNCTION HEARING**<br><br>Date:        August 6, 2008<br>Time:       9:00 a.m.<br>Judge:      Hon. Phyllis J. Hamilton<br>Location:  Courtroom 3, 17th Floor<br>Trial Date: Net Yet Set<br>Amended Complaint Filed: June 12, 2008 |

I, JOSEPH V. MAUCH, declare:

1.   I am an associate at Shartsis Friese LLP and represent Plaintiffs PH(X) GLASS, LLC and CHRISTOPHER CARSTENS (collectively "Plaintiffs") in this case against Defendants ROLAND CLARKE, PIC GLASSWARE, INC., and JAMN EXACT, INC. (collectively "Defendants"). I have personal knowledge of the facts stated herein, except as to matters stated on the basis of information and belief, and I believe such matters to be true. I offer this Declaration in support of Plaintiffs' Motion to Change Time of Preliminary Injunction Hearing. If called as a witness, I would testify as follows:

2.   I am aware that Plaintiffs' lead counsel, James P. Martin ("Martin"), is unavailable on August 6, 2008. Martin has a pre-existing, prepaid, nonrefundable vacation scheduled for the

- 1 -

week of August 4, 2008. I am also aware that PH(X) Glass LLC's general counsel, David Marglin ("Marglin"), is unavailable on August 6, 2008. Marglin has a pre-existing, prepaid, nonrefundable vacation scheduled for the week of August 4, 2008. Both Martin and Marglin have spent considerable time preparing Plaintiffs' Motion for Preliminary Injunction ("the Motion") and have extensive knowledge of the facts at issue. I believe that Plaintiffs would suffer substantial harm and/or prejudice if the hearing were to remain scheduled on August 6, 2008, when Martin and Marglin were unable to attend.

3. On the morning of July 9, 2008, I sent an email to roland.clarke@gmail.com, the email address which Defendant Roland Clarke ("Clarke") had previously used to correspond with me. A true and correct copy of this email is attached hereto as Exhibit A. In the email I informed Clarke that Plaintiffs' counsel were not available on August 6, 2008 and were hoping to reschedule the hearing of the Motion, preferably to August 13, 2008. I requested Clarke to communicate to me his available dates by the close of business on the following day, July 10, 2008. Immediately thereafter, I received an email in response that appeared to have been generated automatically. The email purported that Clarke was "on extended vacation" and that he would "respond to [the] request as soon as possible." A true and correct copy of this email is attached hereto as Exhibit B. I received no other communication from Clarke.

4. On the afternoon of July 9, 2008, I called the Court to inquire about the availability of the Court to hear the Motion on August 13, 2008. A deputy of the Court informed me that the Court was available to hear the Motion on that day.

5. On the evening of July 10, 2008, after receiving no communication from Clarke regarding his availability, I sent another email to roland.clarke@gmail.com. A true and correct copy of this email is attached hereto as Exhibit C. In the email I informed Clarke that Plaintiffs would be filing, on the following day, July 11, 2008, a motion to reschedule the preliminary injunction hearing on August 13, 2008. I also informed him that Plaintiffs would not be requesting a change to the briefing schedule. I received no response from Clarke.

6. Plaintiffs have not filed any previous application for similar relief. I believe that the relief requested in Plaintiffs' Motion to Change Time of Preliminary Injunction Hearing and

- 2 -

Case No.
C 08-02533 PJH
MAUCH DECL ISO PLAINTIFFS' MOTION TO CHANGE TIME
OF PRELIMINARY INJUNCTION HEARING

1  the [Proposed] Order would have a *de minimus* effect on the schedule for the case.

2  I declare under penalty of perjury that the foregoing is true and correct under the laws of
3  the State of California. Executed this Eleventh day of July, 2008, at San Francisco, California.

*[signature]*
JOSEPH V. MAUCH

7583\004\JMAUCH\1521076.1

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

- 3 -

Case No.
C 08-02533 PJH

MAUCH DECL ISO PLAINTIFFS' MOTION TO CHANGE TIME
OF PRELIMINARY INJUNCTION HEARING

Ex. A

## Mauch, Joseph V.

| | |
|---|---|
| From: | Mauch, Joseph V. |
| Sent: | Wednesday, July 09, 2008 8:05 AM |
| To: | 'roland.clarke@gmail.com' |
| Cc: | Martin, James |
| Subject: | PH(X) Glass v. Clarke et al. |

Mr. Clarke,

As you now, the Northern District of California granted our clients' motion and entered the temporary restraining order, which I sent to you previously. The Order also set the date for the preliminary injunction hearing on Wednesday, August 6, 2008. We are not available on that date and would like to reschedule it, preferably to August 13, 2008. Prior to filing an ex parte motion to reschedule the hearing, however, we wanted to inquire about your availability beginning the week of August 11, 2008. If there are any dates that you are not available for a hearing in August, please let us know immediately and we will attempt to request a date that works for all parties. If we do not hear from you by the end of business tomorrow, we will be filing an ex parte motion to reschedule without your input.

As always, if you wish to receive further communications regarding this case in a manner other than by means of this email address, please let us know.

Very truly yours,

Joseph Mauch

**Joseph V. Mauch**
Shartsis Friese LLP
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
jmauch@sflaw.com
415.421.6500

The information contained in this email is confidential and may also be privileged. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please immediately notify us by forwarding the message to info@sflaw.com and deleting the original message. Thank you.

Ex. B

**Mauch, Joseph V.**

| | |
|---|---|
| **From:** | Roland Clarke [roland.clarke@gmail.com] |
| **Sent:** | Wednesday, July 09, 2008 8:13 AM |
| **To:** | Mauch, Joseph V. |
| **Subject:** | Dr. Clarke is on vacation Re: PH(X) Glass v. Clarke et al. |

So sorry to have missed your message. I am now on extended vacation.
Please be patient. I will respond to your request as soon as possible.

Mauch, Joseph V.

Ex. C

## Mauch, Joseph V.

| | |
|---|---|
| **From:** | Mauch, Joseph V. |
| **Sent:** | Thursday, July 10, 2008 5:52 PM |
| **To:** | 'roland.clarke@gmail.com' |
| **Cc:** | Martin, James |
| **Subject:** | PH(X) Glass v. Clarke et al. |

Mr. Clarke,

Since we have not heard from you regarding your availability beginning the week of August 11, 2008, we will be filing, tomorrow, an ex parte application to reschedule the preliminary injunction hearing that was originally scheduled for August 6, 2008. We will be requesting the Court to reschedule the hearing for August 13, 2008. We will not be requesting a change to the briefing schedule.

As always, if you wish to receive further communications regarding this case in a manner other than by means of this email address, please let us know.

Very truly yours,

Joseph Mauch

**Joseph V. Mauch**
Shartsis Friese LLP
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
jmauch@sflaw.com
415.421.6500

The information contained in this email is confidential and may also be privileged. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please immediately notify us by forwarding the message to info@sflaw.com and deleting the original message. Thank you.