SHARTSIS FRIESE LLP
JAMES P. MARTIN (Bar #170044)
JOSEPH V. MAUCH (Bar #253693)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: jmartin@sflaw.com; jmauch@sflaw.com

Attorneys for Plaintiffs
PH(X) GLASS, LLC and
CHRISTOPHER CARSTENS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PH(X) GLASS, LLC and CHRISTOPHER CARSTENS,<br><br>            Plaintiffs,<br><br>     v.<br><br>ROLAND CLARKE; PIC GLASSWARE, INC.; JAMN EXACT, INC.; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No.  C 08-02533 PJH<br><br>**[PROPOSED] ORDER CHANGING TIME OF PRELIMINARY INJUNCTION HEARING**<br><br>Date:         August 6, 2008<br>Time:        9:00 a.m.<br>Courtroom: 3, 17th Floor<br>Trial Date:  Not Set<br>Amended Complaint Filed: June 12, 2008 |

IT IS HEREBY ORDERED that Plaintiffs' Motion for Preliminary Injunction shall be heard on August 13, 2008 at 9:00 a.m.; all papers in opposition to Plaintiffs' Motion for Preliminary Injunction shall be filed by no later than July 16, 2008; all papers in reply shall be filed by no later than July 23, 2008.

DATED: July ____, 2008.

_____
PHYLLIS J. HAMILTON
Judge of the U.S. District Court
Northern District of California