SHARTSIS FRIESE LLP
JAMES P. MARTIN (Bar #170044)
JOSEPH V. MAUCH (Bar #253693)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: jmartin@sflaw.com

Attorneys for Plaintiff
PH(X) GLASS, LLC and CHRISTOPHER CARSTENS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PH(X) GLASS, LLC and CHRISTOPHER CARSTENS, <br><br> Plaintiff, <br><br> v. <br><br> ROLAND CLARKE, PIC GLASSWARE, LLC and DOES 1 through 10, inlcusive, <br><br> Defendant. | Case No. C 08-02533 PJH <br><br> **CERTIFICATE OF SERVICE OF PLAINTIFFS' MOTION TO CHANGE TIME OF PRELIMINARY INJUNCTION HEARING** <br><br> Date: August 6, 2008 <br> Time: 9:00 a.m. <br> Judge: Hon. Phyllis J. Hamilton <br> Location: Courtroom 3, 17th Flr. <br><br> Trial Date: Not Yet Set <br> Amended Complaint filed: June 12, 2008 |
|---|---|

I, Linda M. Rodrigues, declare:

I am a citizen of the United States and employed in the City and County of San Francisco, California by Shartsis Friese LLP at One Maritime Plaza, Eighteenth Floor, San Francisco, California 94111. I am over the age of eighteen years and am not a party to the within-entitled action.

On July 11, 2008, at Shartsis Friese LLP located at the above-referenced address, and, pursuant to California Rules of Court, Federal Rules of Civil Procedure, and local rules, I served on the interested parties in said cause a copy of the within document(s):

1.     **Plaintiffs' Motion to Change Time of Preliminary Injunction Hearing;**

2.     **Declaration of Joseph V. Mauch in Support of Plaintiffs' Motion to Change Time of Preliminary Injunction Hearing;**

3.     **[Proposed] Order Changing Time of Preliminary Injunction Hearing; and**

4.     **Certificate of Service.**

X     by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid in accordance with the firm's practice, of which I am familiar, of collection and processing correspondence for mailing on the same day to the person(s) at the address(es) set forth below:

☐     by consigning the document(s) listed above to an express delivery service for guaranteed delivery on the next business day to the person(s) at the address(es) set forth below:

☐     by personal delivery by messenger service of the document(s) above to the person(s) at the address(es) set forth below:

☐     by facsimile transmission on this date before 5:00 p.m. (PST) of the document(s) listed above from sending facsimile machine main telephone number (415) 421-2922, and which transmission was reported as complete and without error (copy of which is attached), to facsimile number(s) set forth below: (☐ by agreement / ☐ not by agreement)

☐     by electronically delivering the document(s) listed above on this date from electronic address sflaw.com, and after which transmission I did not receive within a reasonable time any electronic message or other indication that the transmission was unsuccessful, to electronic mail address(es) set forth below: (☐ by agreement / ☐ not by agreement)

Roland Clarke
P. O. Box 909
Marina Village Parkway, Unite 249
Alameda, CA  94501

*Defendant*
ROLAND CLARKE

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

- 2 -

| Case No. | CERTIF. SRVC. PLTFS' MTN. CHANGE TIME |
| C 08-02533 PJH | OF PRELIM. INJ. HEARING |

Roland Clarke
On behalf of PIC Glassware, Inc.
P. O. Box 909
Marina Village Parkway, Unit 249
Alameda, CA 94501

*On Behalf of Defendant*
*PIC GLASSWARE, INC.*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.. Executed on July 11, 2008, in San Francisco, California.

*/s/ Linda M. Rodrigues*
Linda M. Rodrigues

7583\004\JMAUCH\1521179.1

- 3 -

Case No.
C 08-02533 PJH

CERTIF. SRVC. PLTFS' MTN. CHANGE TIME OF PRELIM. INJ. HEARING