SHARTSIS FRIESE LLP
JAMES P. MARTIN (Bar #170044)
JOSEPH V. MAUCH (Bar #253693)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: jmauch@sflaw.com

Attorneys for Plaintiffs
PH(X) GLASS, LLC and CHRISTOPHER CARSTENS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PH(X) GLASS, LLC and CHRISTOPHER CARSTENS,<br><br>   Plaintiffs,<br><br>v.<br><br>ROLAND CLARKE; PIC GLASSWARE, INC.; JAMN EXACT, INC.; and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No. C 08-02533 PJH<br><br>**AMENDED CERTIFICATE OF SERVICE OF PLAINTIFFS' MOTION TO CHANGE TIME OF PRELIMINARY INJUNCTION HEARING**<br><br>Date:     August 6, 2008<br>Time:    9:00 a.m.<br>Judge:   Hon. Phyllis J. Hamilton<br>Courtroom: 3, 17th Flr.<br><br>Trial Date: Not Set<br>Amended Complaint Filed: June 12, 2008 |

I, Linda M. Rodrigues, declare:

I am a citizen of the United States and employed in the City and County of San Francisco, California by Shartsis Friese LLP at One Maritime Plaza, Eighteenth Floor, San Francisco, California 94111. I am over the age of eighteen years and am not a party to the within-entitled action.

On July 11, 2008, at Shartsis Friese LLP located at the above-referenced address, and, pursuant to California Rules of Court, Federal Rules of Civil Procedure, and local rules, I served on the interested parties in said cause a copy of the within document(s):

1. **Plaintiffs' Motion to Change Time of Preliminary Injunction Hearing;**

2. **Declaration of Joseph V. Mauch in Support of Plaintiffs' Motion to Change Time of Preliminary Injunction Hearing;**

3. **[Proposed] Order Changing Time of Preliminary Injunction Hearing; and**

4. **Certificate of Service; and**

5. **Amended Certificate of Service.**

X  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid in accordance with the firm's practice, of which I am familiar, of collection and processing correspondence for mailing on the same day to the person(s) at the address(es) set forth below:

☐ by consigning the document(s) listed above to an express delivery service for guaranteed delivery on the next business day to the person(s) at the address(es) set forth below:

☐ by personal delivery by messenger service of the document(s) above to the person(s) at the address(es) set forth below:

☐ by facsimile transmission on this date before 5:00 p.m. (PST) of the document(s) listed above from sending facsimile machine main telephone number (415) 421-2922, and which transmission was reported as complete and without error (copy of which is attached), to facsimile number(s) set forth below:  (☐ by agreement / ☐ not by agreement)

☐ by electronically delivering the document(s) listed above on this date from electronic address sflaw.com, and after which transmission I did not receive within a reasonable time any electronic message or other indication that the transmission was unsuccessful, to electronic mail address(es) set forth below: (☐ by agreement / ☐ not by agreement)

Roland Clarke
909 Marina Village Parkway, Unite 249
Alameda, CA  94501

*Defendant*
ROLAND CLARKE

- 2 -

| Case No.<br>C 08-02533 PJH | AMENDED CERTIF. OF SRVC OF PLTFS' MOTION TO<br>CHANGE TIME OF PRELIMINARY INJUNCTION HEARING |
|---|---|

1  
2  Roland Clarke  
   On behalf of PIC Glassware, Inc.  
3  909 Marina Village Parkway, Unit 249  
   Alameda, CA 94501  
4  
   *On Behalf of Defendant*  
5  *PIC GLASSWARE, INC.*  

6  

7  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.. Executed on July 11, 2008, in San Francisco, California.

_____  
Linda M. Rodrigues

7583\004\LRODRIGUES\1521249.1

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

- 3 -

Case No.  
C 08-02533 PJH

AMENDED CERTIF. OF SRVC OF PLTFS' MOTION TO CHANGE TIME OF PRELIMINARY INJUNCTION HEARING