SHARTSIS FRIESE LLP
JAMES P. MARTIN (Bar #170044)
JOSEPH V. MAUCH (Bar #253693)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: jmauch@sflaw.com

Attorneys for Plaintiffs
PH(X) GLASS, LLC and CHRISTOPHER CARSTENS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PH(X) GLASS, LLC and CHRISTOPHER CARSTENS,<br><br>          Plaintiffs,<br><br>     v.<br><br>ROLAND CLARKE; PIC GLASSWARE, INC.; JAMN EXACT, INC.; and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No. C 08-02533 PJH<br><br>**NOTICE OF ENTRY OF ORDER CHANGING TIME OF PRELIMINARY INJUNCTION HEARING**<br><br>Date:      New: August 13, 2008<br>                Old: August 6, 2008<br>Time:      9:00 a.m.<br>Judge:     Hon. Phyllis J. Hamilton<br>Location: Courtroom 3, 17th Flr.<br>Trial Date: Not Yet Set<br>Amended Complaint Filed: June 12, 2008 |

PLEASE TAKE NOTICE that an Order Changing Time of Preliminary Injunction Hearing, attached hereto as Exhibit A, was entered on July 15, 2008.

DATED: July 15, 2008                    SHARTSIS FRIESE LLP

                                        By: /s/ Joseph V. Mauch
                                             JOSEPH V. MAUCH

                                        Attorneys for Plaintiffs
                                        PH(X) GLASS, LLC and CHRISTOPHER CARSTENS

Ex. A

SHARTSIS FRIESE LLP
JAMES P. MARTIN (Bar #170044)
JOSEPH V. MAUCH (Bar #253693)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: jmartin@sflaw.com; jmauch@sflaw.com

Attorneys for Plaintiffs
PH(X) GLASS, LLC and
CHRISTOPHER CARSTENS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PH(X) GLASS, LLC and CHRISTOPHER CARSTENS,<br><br>Plaintiffs,<br><br>v.<br><br>ROLAND CLARKE; PIC GLASSWARE, INC.; JAMN EXACT, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 08-02533 PJH<br><br>**[PROPOSED] ORDER CHANGING TIME OF PRELIMINARY INJUNCTION HEARING**<br><br>Date: August 6, 2008<br>Time: 9:00 a.m.<br>Courtroom: 3, 17th Floor<br>Trial Date: Not Set<br>Amended Complaint Filed: June 12, 2008 |

IT IS HEREBY ORDERED that Plaintiffs' Motion for Preliminary Injunction shall be heard on August 13, 2008 at 9:00 a.m.; all papers in opposition to Plaintiffs' Motion for Preliminary Injunction shall be filed by no later than July 16, 2008; all papers in reply shall be filed by no later than July 23, 2008.

DATED: July ___, 2008.



_____
PHYLLIS J. HAMILTON
Judge of the U.S. District Court
Northern District of California

IT IS SO ORDERED
Judge Phyllis J. Hamilton

- 1 -

Case No.
C 08-02533 PJH

[PROPOSED] ORDER CHANGING TIME OF PRELIMINARY
INJUNCTION HEARING

7583\004\JMAUCH\1521075.1

DOCKET
JUL 1 5 2008

# CERTIFICATE OF SERVICE

I, Linda M. Rodrigues, declare:

I am a citizen of the United States and employed in the City and County of San Francisco, California by Shartsis Friese LLP at One Maritime Plaza, Eighteenth Floor, San Francisco, California 94111. I am over the age of eighteen years and am not a party to the within-entitled action.

On July 15, 2008, at Shartsis Friese LLP located at the above-referenced address, and, pursuant to California Rules of Court, Federal Rules of Civil Procedure, and local rules, I served on the interested parties in said cause a copy of the within document(s):

**NOTICE OF ENTRY OF ORDER CHANGING TIME OF PRELIMINARY INJUNCTION HEARING**

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid in accordance with the firm's practice, of which I am familiar, of collection and processing correspondence for mailing on the same day to the person(s) at the address(es) set forth below:

[ ] by consigning the document(s) listed above to an express delivery service for guaranteed delivery on the next business day to the person(s) at the address(es) set forth below:

[ ] by personal delivery by messenger service of the document(s) above to the person(s) at the address(es) set forth below:

[ ] by facsimile transmission on this date before 5:00 p.m. (PST) of the document(s) listed above from sending facsimile machine main telephone number (415) 421-2922, and which transmission was reported as complete and without error (copy of which is attached), to facsimile number(s) set forth below: ([ ] by agreement / [ ] not by agreement)

[ ] by electronically delivering the document(s) listed above on this date from electronic address sflaw.com, and after which transmission I did not receive within a reasonable time any electronic message or other indication that the transmission was unsuccessful, to electronic mail address(es) set forth below: ([ ] by agreement / [ ] not by agreement)

- 1 -

Case No.
C 08-02533 PJH

NOTICE OF ENTRY OF ORDER CHANGING TIME OF PRELIMINARY INJUNCTION HEARING

7583\004\JMAUCH\1521822.1

Roland Clarke
909 Marina Village Parkway, Unit 249
Alameda, CA  94501

*Defendant*
ROLAND CLARKE

Roland Clarke
On behalf of PIC Glassware, Inc.
909 Marina Village Parkway, Unit 249
Alameda, CA  94501

*On Behalf of Defendant*
PIC GLASSWARE, INC.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.. Executed on July 15, 2008, in San Francisco, California.

_____
Linda M. Rodrigues

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111