SHARTSIS FRIESE LLP
JAMES P. MARTIN (Bar #170044)
JOSEPH V. MAUCH (Bar #253693)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: jmauch@sflaw.com

Attorneys for Plaintiffs
PH(X) GLASS, LLC and CHRISTOPHER CARSTENS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PH(X) GLASS, LLC and CHRISTOPHER CARSTENS,<br><br>Plaintiffs,<br><br>v.<br><br>ROLAND CLARKE; PIC GLASSWARE, INC.; JAMN EXACT, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 08-02533 PJH<br><br>**NOTICE OF FURNISHING OF SECURITY BOND**<br><br>Date:        August 6, 2008<br>Time:       9:00 a.m.<br>Judge:     Hon. Phyllis J. Hamilton<br>Location:  Courtroom 3, 17th Flr.<br>Trial Date: Not Yet Set<br>Amended Complaint Filed: June 12, 2008 |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 65(c), Northern District of California Civil Local Rule 65.1, and the Court's Order dated July 2, 2008, attached as Exhibit A is the Surety Bond No. 57BSBFC8357 underwritten by Hartford Fire Insurance Company.

DATED: July 15, 2008            SHARTSIS FRIESE LLP

                                By: /s/ Joseph V. Mauch
                                        JOSEPH V. MAUCH

                                Attorneys for Plaintiffs
                                PH(X) GLASS, LLC and CHRISTOPHER CARSTENS

Ex. A

**Bond** 57BSBFC8357

PH(X)GLASS, LLC and CHRISTOPHER CARSTENS

_____ Plaintiff

vs.                                                TEMPORARY RESTRAINING ORDER

ROLAND CLARKE, PIC GLASSWARE, INC., JAMN
EXACT, INC., and DOES 1 through 10, inclusive

_____ Defendants

WHEREAS, by Order of the above entitled Court, Plaintiff (S)___, was required to file an undertaking in the sum of _____
Five Thousand , $5,000_____DOLLARS
as a condition for a Temporary Restraining Order to be in effect restraining and enjoining the above named Defendant (S)__, from the commission of certain acts as more fully set forth in said order.

NOW, THEREFORE, _Hartford Fire Insurance Company_____, a corporation organized and existing under the laws of the State of _Connecticut_____ and authorized to transact the business of Surety, as Surety, in consideration of the premises and issuance of said Temporary Restraining Order does hereby undertake to pay all costs and disbursements that may be decreed to the Defendant (S)___ and such damages not exceeding the amount of _____
Five Thousand , $5,000
DOLLARS as the Defendant (S)___ may sustain by reason of said Temporary Restraining Order if the same be wrongfully obtained and without sufficient cause.

IN WITNESS WHEREOF, we have set our hand and seal the ___14th___ day of __July_____, _2008___.

PH(X)GLASS, LLC

Hartford Fire Insurance Company
BY: _____
Brenna C. Page, Attorney-in-Fact



## This is an informational endorsement to the policy/bond

## CALIFORNIA PREMIUM RIDER

This rider applies to the bond or policy detailed below:

POLICY NO: 57BSBFC8357

NAMED INSURED: PH(X) GLASS, LLC

It is agreed that:

1. In compliance with the ruling of the Commissioner of Insurance of the State of California and the Opinion of the Attorney – General of that State requiring that the premium for all policies be endorsed thereon, the basic premium charged for the attached policy for the period:

From: July 14, 2008

To: July 14, 2009

Is:        100

2. This endorsement is effective as of 12:01 a.m. on July 14, 2008

Hartford Fire Insurance Company

Accepted: _____

Brenna C. Page    , Authorized Representative

# ACKNOWLEDGMENT

State of California
County of _____Sacramento_____)

On __7/14/08__ before me, _____Kim Stinson, Notary Public_____
(insert name and title of the officer)

personally appeared _____Brenna C. Page_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____   (Seal)

KIM STINSON
COMM. # 1672895
NOTARY PUBLIC - CALIFORNIA
SACRAMENTO COUNTY
MY COMM. EXP. JUNE 6, 2010

# POWER OF ATTORNEY

Direct Inquiries/Claims to:

**THE HARTFORD**
BOND, T-4
P.O. BOX 2103, 690 ASYLUM AVENUE
HARTFORD, CONNECTICUT 06115
call: 888-266-3488 or fax: 860-757-5835)

Agency Code: 57  129341

KNOW ALL PERSONS BY THESE PRESENTS THAT:

| X | **Hartford Fire Insurance Company**, a corporation duly organized under the laws of the State of Connecticut |
| | **Hartford Casualty Insurance Company**, a corporation duly organized under the laws of the State of Indiana |
| | **Hartford Accident and Indemnity Company**, a corporation duly organized under the laws of the State of Connecticut |
| | **Hartford Underwriters Insurance Company**, a corporation duly organized under the laws of the State of Connecticut |
| | **Twin City Fire Insurance Company**, a corporation duly organized under the laws of the State of Indiana |
| | **Hartford Insurance Company of Illinois**, a corporation duly organized under the laws of the State of Illinois |
| | **Hartford Insurance Company of the Midwest**, a corporation duly organized under the laws of the State of Indiana |
| | **Hartford Insurance Company of the Southeast**, a corporation duly organized under the laws of the State of Florida |

having their home office in Hartford, Connecticut (hereinafter collectively referred to as the "Companies"), do hereby make, constitute and appoint, **up to the amount of** UNLIMITED :
JOHN T. PAGE, BARRY R. PAGE, BRENNA C. PAGE OF FOLSOM, CALIFORNIA

their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign its name as surety(ies) only as delineated above by ☒, and to execute, seal and acknowledge any and all bonds, undertakings, contracts and other written instruments in the nature thereof, on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**In Witness Whereof**, and as authorized by a Resolution of the Board of Directors of the Companies on January 22, 2004, the Companies have caused these presents to be signed by its Assistant Vice President and its corporate seals to be hereto affixed, duly attested by its Assistant Secretary. Further, pursuant to Resolution of the Board of Directors of the Companies, the Companies hereby unambiguously affirm that they are and will be bound by any mechanically applied signatures applied to this Power of Attorney.



Paul A. Bergenholtz, Assistant Secretary       M. Ross Fisher, Assistant Vice President

STATE OF CONNECTICUT } ss. Hartford
COUNTY OF HARTFORD }

On this 3rd day of March, 2008, before me personally came M. Ross Fisher, to me known, who being by me duly sworn, did depose and say: that he resides in the County of Hartford, State of Connecticut; that he is the Assistant Vice President of the Companies, the corporations described in and which executed the above instrument; that he knows the seals of the said corporations; that the seals affixed to the said instrument are such corporate seals; that they were so affixed by authority of the Boards of Directors of said corporations and that he signed his name thereto by like authority.



Scott E. Paseka
Notary Public
CERTIFICATE    My Commission Expires October 31, 2012

I, the undersigned, Assistant Vice President of the Companies, DO HEREBY CERTIFY that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is still in full force effective as of July 14, 2008
Signed and sealed at the City of Hartford.



Gary W. Stumper, Assistant Vice President

POA 2008

CERTIFICATE OF SERVICE

I, Linda M. Rodrigues, declare:

I am a citizen of the United States and employed in the City and County of San Francisco, California by Shartsis Friese LLP at One Maritime Plaza, Eighteenth Floor, San Francisco, California 94111. I am over the age of eighteen years and am not a party to the within-entitled action.

On July 15, 2008, at Shartsis Friese LLP located at the above-referenced address, and, pursuant to California Rules of Court, Federal Rules of Civil Procedure, and local rules, I served on the interested parties in said cause a copy of the within document(s):

**NOTICE OF FURNISHING SECURITY BOND**
**(W/BOND  57BSBFC8357 attached)**

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid in accordance with the firm's practice, of which I am familiar, of collection and processing correspondence for mailing on the same day to the person(s) at the address(es) set forth below:

[ ] by consigning the document(s) listed above to an express delivery service for guaranteed delivery on the next business day to the person(s) at the address(es) set forth below:

[ ] by personal delivery by messenger service of the document(s) above to the person(s) at the address(es) set forth below:

[ ] by facsimile transmission on this date before 5:00 p.m. (PST) of the document(s) listed above from sending facsimile machine main telephone number (415) 421-2922, and which transmission was reported as complete and without error (copy of which is attached), to facsimile number(s) set forth below:  ([ ] by agreement / [ ] not by agreement)

[ ] by electronically delivering the document(s) listed above on this date from electronic address sflaw.com, and after which transmission I did not receive within a reasonable time any electronic message or other indication that the transmission was unsuccessful, to electronic mail address(es) set forth below: ([ ] by agreement / [ ] not by agreement)

- 1 -

Case No.
C 08-02533 PJH

NOTICE OF FURNISHING OF SECURITY BOND

7583\004\JMAUCH\1521691.1

Roland Clarke
909 Marina Village Parkway, Unit 249
Alameda, CA 94501

*Defendant*
ROLAND CLARKE

Roland Clarke
On behalf of PIC Glassware, Inc.
909 Marina Village Parkway, Unit 249
Alameda, CA 94501

*On Behalf of Defendant*
PIC GLASSWARE, INC.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.. Executed on July 15, 2008, in San Francisco, California.

_____
Linda M. Rodrigues