SHARTSIS FRIESE LLP
JAMES P. MARTIN (Bar #170044)
JOSEPH V. MAUCH (Bar #253693)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: jmartin@sflaw.com
Email: jmauch@sflaw.com

Attorneys for Plaintiffs
PH(X) GLASS, LLC and CHRISTOPHER CARSTENS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PH(X) GLASS, LLC and CHRISTOPHER CARSTENS,<br><br>Plaintiffs,<br><br>v.<br><br>ROLAND CLARKE; PIC GLASSWARE, INC.; JAMN EXACT, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 08-02533 PJH<br><br>**PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: August 13, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. Phyllis J. Hamilton<br>Courtroom: 3, 17th Floor<br>Trial Date: Not Set<br>Amended Complaint Filed: June 12, 2008 |

Defendants ROLAND CLARKE, PIC GLASSWARE, INC, and JAMN EXACT, INC. (collectively "Defendants") have completely ignored this lawsuit and the consequences of their infringement of trademarks owned by Plaintiffs PH(X) GLASS, LLC and CHRISTOPHER CARSTENS ("Plaintiffs"). After failing to oppose or appear at the hearing regarding Plaintiffs' Motion for Temporary Restraining Order, Defendants have now failed to oppose this Motion for Preliminary Injunction, despite being aware of the proceeding. Plaintiffs submit this Supplemental Brief to inform the Court of the current status of the proceeding.

Plaintiffs originally brought a Motion for Temporary Restraining Order against Defendants on June 24, 2008. Defendants were properly served and given notice of the Temporary Restraining Order hearing, but they failed to attend. On July 2, 2008, this Court granted Plaintiffs' Motion for Temporary Restraining Order, issued an order prohibiting Defendants from infringing on Plaintiffs' trademarks, and set a hearing for Plaintiffs' Motion for Preliminary Injunction.

Defendants continue to refuse to appear before this Court or to communicate with Plaintiffs. As set forth in the accompanying Declaration of Joseph V. Mauch in Support of Plaintiffs' Supplemental Brief, since the entry of the temporary restraining order, Plaintiffs have served Defendants with all of the filings in this case. Plaintiffs' counsel has also made every effort to notify Defendants of all the developments in the case. Defendants, however, have failed to respond to Plaintiffs' Amended Complaint. Defendants have also failed to communicate with Plaintiffs about the entry of the Temporary Restraining Order and hearing dates. Defendants have now likewise failed to oppose this Motion for Preliminary Injunction.

No justification exists for Defendants' willful trademark infringement. As set forth in detail in Plaintiffs' Memorandum of Points and Authorities in Support of Ex Parte Motion for Temporary Restraining Order, Defendants have caused and will continue to cause Plaintiffs irreparable harm in the absence of injunctive relief. Plaintiffs thus request this Court to grant this Motion and to enjoin Defendants in accordance with the Proposed Order Granting Plaintiffs' Motion for Preliminary Injunction.

DATED:   July 23, 2008                    SHARTSIS FRIESE LLP


                                          By: /s/ Joseph V. Mauch
                                              JOSEPH V. MAUCH

                                          Attorneys for Plaintiffs
                                          PH(X) GLASS, LLC and CHRISTOPHER CARSTENS

7583\004\JMAUCH\1523195.1