1   SHARTSIS FRIESE LLP
    JAMES P. MARTIN (Bar #170044)
2   JOSEPH V. MAUCH (Bar #253693)
    One Maritime Plaza, Eighteenth Floor
3   San Francisco, CA 94111
    Telephone: (415) 421-6500
4   Facsimile: (415) 421-2922
    Email: jmauch@sflaw.com

5
    Attorneys for Plaintiffs
6   PH(X) GLASS, LLC and CHRISTOPHER
    CARSTENS
7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11

12  PH(X) GLASS, LLC and CHRISTOPHER          Case No. C 08-02533 PJH
    CARSTENS,
13                                            **DECLARATION OF JOSEPH V. MAUCH
                   Plaintiffs,                IN SUPPORT OF PLAINTIFFS'
14                                            SUPPLEMENTAL BRIEF**
            v.
15                                            Date:      August 13, 2008
    ROLAND CLARKE, PIC GLASSWARE,             Time:      9:00 a.m.
16  INC., and DOES 1 through 10, inclusive,   Judge:     Hon. Phyllis J. Hamilton
                                              Location:  Courtroom 3, 17th Floor
17                 Defendants.                Trial Date: Net yet set
                                              Amended Complaint Filed:June 12, 2008
18

19       I, JOSEPH V. MAUCH, declare:

20       1.      I am an associate at Shartsis Friese LLP and represent Plaintiffs PH(X) GLASS,

21  LLC and CHRISTOPHER CARSTENS (collectively "Plaintiffs") in this case against Defendants

22  ROLAND CLARKE, PIC GLASSWARE, INC., and JAMN EXACT, INC. (collectively

23  "Defendants"). I have personal knowledge of the facts stated herein, except as to matters stated

24  on the basis of information and belief, and I believe such matters to be true. I offer this

25  Declaration in support of Plaintiffs' Supplemental Brief. If called as a witness, I would testify as

26  follows:

27       2.      Since the entry of the Temporary Restraining Order, Plaintiffs have served

28  Defendants with all of the filings in this case. On July 3, 2008, the day after this Court issued the

*(left margin, vertical)* SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

1   Temporary Restraining Order against Defendants, I filed a Notice of Entry of Temporary

2   Restraining Order with this Court. I served the Notice of Entry on the registered agent for service

3   of process for Defendant Jamn Exact, Inc. ("Jamn Exact"). I served Defendant Roland Clarke

4   ("Clarke") and Defendant PIC Glassware, Inc. ("PIC Glassware"), by mailing two copies of the

5   Notice of Entry to the last known address used by both parties: 909 Marina Village Parkway, Unit

6   249, Alameda, California 94501.

7       3.    Since the entry of the Temporary Restraining Order, I have made every effort to

8   notify Defendants of all the developments in the case. On July 3, 2008, I sent an email to

9   roland.clarke@gmail.com, the email address which Clarke had previously used to correspond

10  with me. In the email I informed Clarke that the Court had entered a Temporary Restraining

11  Order against him and the other Defendants. I also attached the Notice to the email and informed

12  Clarke that the Notice had been served on him and the other Defendants. A true and correct copy

13  of this email, excluding the attachment, is attached hereto as Exhibit A. I received no response to

14  this email.

15      4.    July 3, 2008, was Jamn Exact's last day to respond to Plaintiffs' Amended

16  Complaint. Jamn Exact did not file or serve any response.

17      5.    On the morning of July 9, 2008, I sent another email to roland.clarke@gmail.com.

18  In the email I informed Clarke that Plaintiffs' counsel were not available on August 6, 2008, the

19  date on which the Motion for Preliminary Injunction was currently scheduled, and were hoping to

20  reschedule the hearing, preferably to August 13, 2008. I requested Clarke to communicate to me

21  his available dates by the close of business on the following day, July 10, 2008. A true and

22  correct copy of this email is attached hereto as Exhibit B. Immediately thereafter, I received an

23  email in response that appeared to have been generated automatically. The email purported that

24  Clarke was "on extended vacation" and that he would "respond to [the] request as soon as

25  possible." A true and correct copy of this email is attached hereto as Exhibit C. I received no

26  other communication from Clarke.

27      6.    On the evening of July 10, 2008, after receiving no communication from Clarke

28  regarding his availability, I sent another email to roland.clarke@gmail.com. In the email I

Case No.
C 08-02533 PJH
DECLARATION OF JOSEPH V. MAUCH IN SUPPORT OF
PLAINTIFFS' SUPPLEMENTAL BRIEF

1    informed Clarke that Plaintiffs would be filing, on the following day, July 11, 2008, a motion to

2    reschedule the preliminary injunction hearing to August 13, 2008. I also informed him that

3    Plaintiffs would not be requesting a change to the briefing schedule. A true and correct copy of

4    this email is attached hereto as Exhibit D. I received no response from Clarke.

5        7.    On July 11, 2008, I filed a Motion to Change Time of Preliminary Injunction

6    Hearing with this Court. On the same day, I served the Motion on all three Defendants in the

7    same manner that I had served the Notice of Entry of Temporary Restraining Order.

8        8.    On July 13, 2008, I sent yet another email to roland.clarke@gmail.com. In the

9    email I informed Clarke that Plaintiffs had filed a Motion to Change Time of Preliminary

10    Injunction Hearing, requesting the hearing to be rescheduled to August 13, 2008. I also attached

11    the Motion and underlying documents to the email and informed Clarke that it had been served on

12    him and the other Defendants. A true and correct copy of this email, excluding attachments, is

13    attached hereto as Exhibit E. Immediately thereafter, I received the same response email,

14    purporting that Clarke was "on extended vacation" and that he would "respond to [the] request as

15    soon as possible." A true and correct copy of this email is attached hereto as Exhibit F. I

16    received no other communication from Clarke.

17        9.    On July 15, 2008, this Court granted Plaintiffs' Motion to Change Time of

18    Preliminary Injunction Hearing and issued an order re-setting the hearing for August 13, 2008. I

19    filed with this Court and served on Defendants, again in the same manner, a Notice of Entry of

20    Order Changing Time of Preliminary Injunction Hearing. On July 15, 2008, I also filed with this

21    Court and served on Defendants a Notice of Furnishing of Security Bond.

22        10.    On July 16, 2008, I sent an another email to roland.clarke@gmail.com. In the

23    email I informed Clarke that this Court had granted Plaintiffs' Motion to Change Time of

24    Preliminary Injunction Hearing and that the hearing was now scheduled for August 13, 2008. I

25    also reminded Clarke that July 16 was Defendants' last day to file an opposition to Plaintiffs'

26    Motion for Preliminary Injunction. I also attached the Notice of Entry of Order Changing Time

27    and the Notice of Furnishing of Security Bond to the email and informed Clarke that they had

28    been served on him and the other Defendants. A true and correct copy of this email, excluding

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

Case No.
C 08-02533 PJH

DECLARATION OF JOSEPH V. MAUCH IN SUPPORT OF
PLAINTIFFS' SUPPLEMENTAL BRIEF

1   attachments, is attached hereto as Exhibit G. I received no response from Clarke and Defendants

2   did not serve on Plaintiffs any opposition to Plaintiffs' Motion for Preliminary Injunction.

3       11.    July 18, 2008, was PIC Glassware and Clarke's last day to respond to Plaintiffs'

4   Amended Complaint. PIC Glassware and Clarke did not file and serve any response.

5       I declare under penalty of perjury under the laws of the United States that the foregoing is

6   true and correct. Executed this 23rd day of July, 2008, at San Francisco, California.

7

8                                             JOSEPH V. MAUCH

9

10  7583\004\JMAUCH\1523200.1

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.                    DECLARATION OF JOSEPH V. MAUCH IN SUPPORT OF
C 08-02533 PJH                      PLAINTIFFS' SUPPLEMENTAL BRIEF

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

Ex. A

**Mauch, Joseph V.**

| | |
|---|---|
| **From:** | Mauch, Joseph V. |
| **Sent:** | Thursday, July 03, 2008 5:06 PM |
| **To:** | 'roland.clarke@gmail.com' |
| **Cc:** | Martin, James |
| **Subject:** | PH(X) Glass v. Clarke et al. |
| **Attachments:** | PH(X) Glass.Clarke.ntc.entryTRO.PDF |

Mr. Clarke,

As you now, our clients Christopher Carstens and PH(X) Glass, LLC, filed an ex parte motion for a temporary restraining order in the United States District Court for the Northern District of California against you, PIC Glassware Inc., and Jamn Exact Inc. on June 24, 2008. After a hearing yesterday, the Court granted our motion and entered the temporary restraining order. As you will see, the Order, among other things, states:

Defendants Jamn Exact, Inc., PIC Glassware, Inc., and Roland Clarke (collectively "Defendants"), their officers, agents and employees, and all others in active concert or participation with them, and each of them, are hereby preliminarily enjoined and restrained from:
- falsely representing himself, herself, or itself to be Christopher Carstens or a representative of PH(X) Glass, LLC;
- manufacturing, selling, offering for sale, marketing, or distributing any glass water pipes or other products with the marks "PH(X)" or "PH(X) GLASS," or any logos incorporating the letters "PHX".
- engaging in any other acts or conduct that is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendants with Plaintiffs, or as to the origin, sponsorship, or approval of Defendants' goods, services, or commercial activities by Plaintiffs.

A true and correct copy of our Notice of Entry of the Order, including the Order itself, is attached to this email. We are serving this order on Jamn Exact through your registered agent for service of process in Sacramento. We are also sending this order to you at 909 Marina Village Parkway, Unit 249, Alameda, California 94501, which we believe to be a post office box at which you receive mail on behalf of PIC Glassware.

If you no longer receive mail at the address listed above, please let us know where we can send correspondence to you. Also, as always, if you wish to receive further communications regarding this case in a manner other than by means of this email address, please let us know.

Very truly yours,

Joseph Mauch

**Joseph V. Mauch**
Shartsis Friese LLP
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
jmauch@sflaw.com
415.421.6500



PH(X)
ss.Clarke.ntc.entryT

The information contained in this email is confidential and may also be privileged. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please immediately notify us by forwarding the message to info@sflaw.com and deleting the original message. Thank you.

Ex. B

**Mauch, Joseph V.**

| | |
|---|---|
| **From:** | Mauch, Joseph V. |
| **Sent:** | Wednesday, July 09, 2008 8:05 AM |
| **To:** | 'roland.clarke@gmail.com' |
| **Cc:** | Martin, James |
| **Subject:** | PH(X) Glass v. Clarke et al. |

Mr. Clarke,

As you now, the Northern District of California granted our clients' motion and entered the temporary restraining order, which I sent to you previously. The Order also set the date for the preliminary injunction hearing on Wednesday, August 6, 2008. We are not available on that date and would like to reschedule it, preferably to August 13, 2008. Prior to filing an ex parte motion to reschedule the hearing, however, we wanted to inquire about your availability beginning the week of August 11, 2008. If there are any dates that you are not available for a hearing in August, please let us know immediately and we will attempt to request a date that works for all parties. If we do not hear from you by the end of business tomorrow, we will be filing an ex parte motion to reschedule without your input.

As always, if you wish to receive further communications regarding this case in a manner other than by means of this email address, please let us know.

Very truly yours,

Joseph Mauch

**Joseph V. Mauch**
Shartsis Friese LLP
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
jmauch@sflaw.com
415.421.6500

The information contained in this email is confidential and may also be privileged. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please immediately notify us by forwarding the message to info@sflaw.com and deleting the original message. Thank you.

Ex. C

**Mauch, Joseph V.**

| | |
|---|---|
| **From:** | Roland Clarke [roland.clarke@gmail.com] |
| **Sent:** | Wednesday, July 09, 2008 8:13 AM |
| **To:** | Mauch, Joseph V. |
| **Subject:** | Dr. Clarke is on vacation Re: PH(X) Glass v. Clarke et al. |

So sorry to have missed your message. I am now on extended vacation.
Please be patient. I will respond to your request as soon as possible.

Ex. D

**Mauch, Joseph V.**

| | |
|---|---|
| **From:** | Mauch, Joseph V. |
| **Sent:** | Thursday, July 10, 2008 5:52 PM |
| **To:** | 'roland.clarke@gmail.com' |
| **Cc:** | Martin, James |
| **Subject:** | PH(X) Glass v. Clarke et al. |

Mr. Clarke,

Since we have not heard from you regarding your availability beginning the week of August 11, 2008, we will be filing, tomorrow, an ex parte application to reschedule the preliminary injunction hearing that was originally scheduled for August 6, 2008. We will be requesting the Court to reschedule the hearing for August 13, 2008. We will not be requesting a change to the briefing schedule.

As always, if you wish to receive further communications regarding this case in a manner other than by means of this email address, please let us know.

Very truly yours,

Joseph Mauch

**Joseph V. Mauch**
Shartsis Friese LLP
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
jmauch@sflaw.com
415.421.6500

The information contained in this email is confidential and may also be privileged. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please immediately notify us by forwarding the message to info@sflaw.com and deleting the original message. Thank you.

Ex. E

**Mauch, Joseph V.**

| | |
|---|---|
| **From:** | Mauch, Joseph V. |
| **Sent:** | Sunday, July 13, 2008 12:36 PM |
| **To:** | 'roland.clarke@gmail.com' |
| **Cc:** | Martin, James |
| **Subject:** | PH(X) Glass v. Clarke et al. |

**Attachments:**    PH(X) Glass.Clarke.MtnContHrg.pdf; PH(X) Glass.Clarke.PropOrCntHrg.pdf; PH(X) Glass.Clarke.DeclJVM.MTnCntHrg.pdf; PH(X) Glass.Clark.AmdCertSrvClkPIC.pdf

Mr. Clarke,

Per my email to you on July 10, 2008, our clients Christopher Carstens and PH(X) Glass, LLC, filed on July 11, 2008, a Motion to Change Time of Preliminary Injunction Hearing. In the Motion and underlying documents, we asked the Court to reschedule the date of the hearing to August 13, 2008. Per Northern District Civil Local Rule 6-3(c), if wish to file an opposition to this Motion, you must do so no later than three court days after it was filed (i.e. July 16, 2008).

We have served the motion and underlying documents on Jamn Exact through your registered agent for service of process in Sacramento. We have also served these documents on you and PIC Glassware by sending two copies of them to 909 Marina Village Parkway, Unit 249, Alameda, California 94501. We have also attached these same documents to this email, including the Certificate of Service on you and PIC Glassware.

As always, if you wish to receive further communications regarding this case in a manner other than by means of this email address, please let us know.

Very truly yours,

Joseph Mauch

**Joseph V. Mauch**
Shartsis Friese LLP
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
jmauch@sflaw.com
415.421.6500

      

PH(X)            PH(X)            PH(X)            PH(X)
s.Clarke.MtnContHrs.Clarke.PropOrCntls.Clarke.DeclJVM.Mis.Clark.AmdCertSrv

The information contained in this email is confidential and may also be privileged. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please immediately notify us by forwarding the message to info@sflaw.com and deleting the original message. Thank you.

Ex. F

**Mauch, Joseph V.**

| | |
|---|---|
| **From:** | Roland Clarke [roland.clarke@gmail.com] |
| **Sent:** | Sunday, July 13, 2008 12:36 PM |
| **To:** | Mauch, Joseph V. |
| **Subject:** | Dr. Clarke is on vacation Re: PH(X) Glass v. Clarke et al. |

So sorry to have missed your message. I am now on extended vacation.
Please be patient. I will respond to your request as soon as possible.

Ex. G

**Mauch, Joseph V.**

| | |
|---|---|
| **From:** | Mauch, Joseph V. |
| **Sent:** | Wednesday, July 16, 2008 9:52 AM |
| **To:** | 'roland.clarke@gmail.com' |
| **Cc:** | Martin, James |
| **Subject:** | PH(X) Glass v. Clarke et al. |
| **Attachments:** | PH(X) Glass.Clarke.Ntc.OrderChangingPrelimInjHrg.pdf; PH(X) Glass.Clarke.NtcFurnishingBond.pdf |

Mr. Clarke,

The Court has granted our clients' Motion to Change Time of Preliminary Injunction Hearing.  The Preliminary Injunction hearing is **now scheduled for August 13, 2008**.  Your last day to file an opposition to our Motion for Preliminary Injunction remains today, July 16, 2008.

We have served the Court's order granting our Motion to Change Time, as well as our Notice of Furnishing Security Bond, on Jamn Exact through your registered agent for service of process in Sacramento.  We have also served these documents on you and PIC Glassware by sending two copies of them to 909 Marina Village Parkway, Unit 249, Alameda, California 94501.  We have also attached these same documents to this email.

As always, if you wish to receive further communications regarding this case in a manner other than by means of this email address, please let us know.

Very truly yours,

Joseph Mauch

**Joseph V. Mauch**
Shartsis Friese LLP
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
jmauch@sflaw.com
415.421.6500


PH(X)
ss.Clarke.Ntc.OrderC


PH(X)
ss.Clarke.NtcFurnish

The information contained in this email is confidential and may also be privileged.  The information is intended only for the use of the individual or entity to whom it is addressed.  If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this email in error, please immediately notify us by forwarding the message to info@sflaw.com and deleting the original message.  Thank you.