SHARTSIS FRIESE LLP
JAMES P. MARTIN (Bar #170044)
JOSEPH V. MAUCH (Bar #253693)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: jmartin@sflaw.com
Email: jmauch@sflaw.com

Attorneys for Plaintiffs
PH(X) GLASS, LLC and CHRISTOPHER CARSTENS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PH(X) GLASS, LLC and CHRISTOPHER CARSTENS,<br><br>Plaintiffs,<br><br>v.<br><br>ROLAND CLARKE, PIC GLASSWARE, INC., JAMN EXACT, INC, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 08-02533 PJH<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:      August 13, 2008<br>Time:      9:00 a.m.<br>Judge:     Hon. Phyllis J. Hamilton<br>Location:  Courtroom 3, 17th Floor<br>Trial Date: Net Yet Set<br>Amended Complaint Filed: June 12, 2008 |

Plaintiffs PH(X) GLASS, LLC and CHRISTOPHER CARSTENS having filed an Amended Complaint ("Complaint") for breach of contract, patent infringement, trademark infringement, false advertising, unfair competition, unfair business practices, constructive trust, and declaratory relief, and having further brought a Motion for Preliminary Injunction on its trademark infringement and unfair competition claims, and such Preliminary Injunction Motion having been supported by the Complaint, a Memorandum of Points and Authorities, the Declaration of Christopher Carstens, the Declaration of Heather Gillette; the Declaration of James P. Martin, the Supplemental Declaration of Joseph V. Mauch, the Second Supplemental

Declaration of Joseph V. Mauch, and Declaration of Joseph V. Mauch in Support of Plaintiff's Supplemental Brief, this Court, having reviewed and considered the pleadings, the supporting declarations, the other evidence submitted, and the arguments of counsel, in accordance with Rule of Civil Procedure 65(b), hereby ADJUDGES AND ORDERS:

1. Plaintiffs have demonstrated the following: (1) a sufficient likelihood of success on the merits of its trademark infringement and unfair competition claims; (2) irreparable harm if they are not granted a temporary restraining order pending hearing on its motion for preliminary injunction; (3) the balance of hardships tips in Plaintiffs' favor; and (4) no public interest factors militate against the interim relief sough in Plaintiffs' application.

Plaintiffs are likely to succeed on the merits in proving trademark infringement and unfair competition against Defendants Roland Clark, PIC Glassware, Inc., and Jamn Exact, Inc. (collectively "Defendants") based on the likelihood of confusion resulting from Defendants' unauthorized use of Plaintiffs' common law trademarks.

IT IS THEREFORE OFFERED that Plaintiffs' Motion for Preliminary Injunction is GRANTED.

IT IS FURTHER ORDERED that Defendants Jamn Exact, Inc., PIC Glassware, Inc., and Roland Clarke, their officers, agents and employees, and all others in active concert or participation with them, and each of them, are hereby preliminarily enjoined and restrained from:

    a. falsely representing himself, herself, or itself to be Christopher Carstens or a representative of PH(X) Glass, LLC;

    b. manufacturing, selling, offering for sale, marketing, or distributing any glass water pipes or other products with the marks "PH(X)" or "PH(X) GLASS," or any logos incorporating the letters "PHX".

    c. engaging in any other acts or conduct that is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendants with Plaintiffs, or as to the origin, sponsorship, or approval of Defendants' goods, services, or commercial activities by Plaintiffs.

2. The bond posted by Plaintiffs shall remain at $5,000.

IT IS SO ORDERED.

DATED: _____, 2008

_____
Hon. Phyllis J. Hamilton
UNITED STATES DISTRICT JUDGE

7583\004\JMAUCH\1516880.2