SHARTSIS FRIESE LLP
JAMES P. MARTIN (Bar #170044)
JOSEPH V. MAUCH (Bar #253693)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: jmartin@sflaw.com
Email: jmauch@sflaw.com

Attorneys for Plaintiffs
PH(X) GLASS, LLC and CHRISTOPHER CARSTENS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PH(X) GLASS, LLC and CHRISTOPHER CARSTENS,<br><br>Plaintiffs,<br><br>v.<br><br>ROLAND CLARKE; PIC GLASSWARE, INC.; JAMN EXACT, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 08-02533 PJH<br><br>**CERTIFICATE OF SERVICE OF PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:     August 13, 2008<br>Time:     9:00 a.m.<br>Location: Courtroom 3, 17th Floor<br>Judge:    Hon. Phyllis J. Hamilton<br><br>Amended Complaint Filed: June 12, 2008<br>Trial Date:  Not Set |

I, Linda M. Rodrigues, declare:

I am a citizen of the United States and employed in the City and County of San Francisco, California by Shartsis Friese LLP at One Maritime Plaza, Eighteenth Floor, San Francisco, California 94111. I am over the age of eighteen years and am not a party to the within-entitled action.

1   On July 23, 2008, at Shartsis Friese LLP located at the above-referenced address, and, pursuant to California Rules of Court, Federal Rules of Civil Procedure, and local rules, I served on the interested parties in said cause a copy of the within document(s):

1.  **Plaintiffs' Supplemental Brief in Support of Preliminary Injunction;**

2.  **Declaration of Joseph V. Mauch in Support of Plaintiffs' Supplemental Brief;**

3.  **[Proposed] Order Granting Plaintiffs' Motion for Preliminary Injunction;** and

4.  **Certificate of Service.**

X   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid in accordance with the firm's practice, of which I am familiar, of collection and processing correspondence for mailing on the same day to the person(s) at the address(es) set forth below:

☐   by consigning the document(s) listed above to an express delivery service for guaranteed delivery on the next business day to the person(s) at the address(es) set forth below:

☐   by personal delivery by messenger service of the document(s) above to the person(s) at the address(es) set forth below:

☐   by facsimile transmission on this date before 5:00 p.m. (PST) of the document(s) listed above from sending facsimile machine main telephone number (415) 421-2922, and which transmission was reported as complete and without error (copy of which is attached), to facsimile number(s) set forth below:  (☐ by agreement / ☐ not by agreement)

☐   by electronically delivering the document(s) listed above on this date from electronic address sflaw.com, and after which transmission I did not receive within a reasonable time any electronic message or other indication that the transmission was unsuccessful, to electronic mail address(es) set forth below: (☐ by agreement / ☐ not by agreement)

Roland Clarke
909 Marina Village Parkway, Unit 249
Alameda, CA  94501

*Defendant*
ROLAND CLARKE

1
2  Roland Clarke
   On behalf of PIC Glassware, Inc.
3  909 Marina Village Parkway, Unit 249
   Alameda, CA 94501
4
5  *On Behalf of Defendant*
   *PIC GLASSWARE, INC.*
6
7  I declare under penalty of perjury under the laws of the United States that the foregoing is
8  true and correct and that I am employed in the office of a member of the bar of this court at whose
9  direction the service was made.. Executed on July 23, 2008, in San Francisco, California.
10
11                                              _____
12                                                    Linda M. Rodrigues
13
14  7583\004\JMAUCH\1524037.1