SHARTSIS FRIESE LLP
JAMES P. MARTIN (Bar #170044)
JOSEPH V. MAUCH (Bar #253693)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: jmartin@sflaw.com

Attorneys for Plaintiff
PH(X) GLASS, LLC and CHRISTOPHER CARSTENS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PH(X) GLASS, LLC and CHRISTOPHER CARSTENS,<br><br>Plaintiff,<br><br>v.<br><br>PIC GLASSWARE, LLC, ROLAND CLARKE and JAMN EXACT, INC. and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. C 08-02533 PJH<br><br>**MESSENGER'S PROOF OF SERVICE of JAMN EXACT, INC. RE MOTION TO CHANGE TIME OF PRELIMINARY INJUNCTION HEARING AND RELATED PAPERS**<br><br>Date:    **New: August 13, 2008**<br>          Old: August 6, 2008<br>Time:    9:00 a.m.<br>Judge:   Hon. Phyllis J. Hamilton<br>Location: Courtroom 3, 17th Flr.<br><br>Trial Date: Not Yet Set<br>Amended Complaint filed: June 12, 2008 |

PLEASE SE ATTACHED.

DATED: July 28, 2008

SHARTSIS FRIESE LLP

By: /s/ Joseph V. Mauch
JOSEPH V. MAUCH

Attorneys for Plaintiff
PH(X) GLASS, LLC AND CHRISTOPHER CARSTENS

- 1 -

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | | | FOR COURT USE ONLY |
|---|---|---|---|---|
| SHARTSIS FRIESE LLP<br>JAMES P. MARTIN (BAR NO. 170044)<br>JOSEPH V. MAUCH (BAR NO. 253693)<br>ONE MARITIME PLAZA, 18TH FLOOR<br>SAN FRANCISCO, CA 94111<br>**Attorney(s) for:** PLAINTIFFS, PH(X) GLASS, LLC and CHRISTOPHER CARSTENS<br>Ref: 3025161 | | (415) 421-6500 | | |
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN FRANCISCO DIVISION | | | | |
| PH(X) GLASS, LLC and CHRISTOPHER CARSTENS<br>vs. ROLAND CLARKE; PIC GLASSWARE, INC., JAMN EXACT, INC., et al. | | | | |
| **PROOF OF SERVICE** | DATE: | TIME: | DEPT | CASE NUMBER:<br>C08-02533 PJH |

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the: [PROPOSED] ORDER CHANGING TIME OF PRELIMINARY INJUNCTION HEARING; CERTIFICATE OF SERVICE OF PLAINTIFFS' MOTION TO CHANGE TIME OF PRELIMINARY INJUNCTION HEARING; DECLARATION OF JOSEPH V. MAUCH IN SUPPORT OF PLAINTIFFS' MOTION TO CHANGE TIME OF PRELIMINARY INJUNCTION HEARING; PLAINTIFFS' MOTION TO CHANGE TIME OF PRELIMINARY INJUNCTION HEARING

2. a. Party served:    JAMN EXACT, INC.

   b. Witness served:  ROCHELLE REVES, FULFILLMENT SPECIALIST MANAGER, ACCEPTED SERVICE OF PROCESS ON BEHALF OF JAMN EXACT, INC.

   c. Address:         1232 "Q" STREET, 1ST FLOOR
                       SACRAMENTO, CA 94230

3. I served the party named in item 2a. by personally delivering the copies to the person served as follows:

   (1) on:    07-11-08            (2) at:    3:50PM

4. I received this documents for service on *(date):* JULY 11, 2008

5. Person serving:
   LAVE MAZZIER
   NATIONWIDE LEGAL, INC,
   1255 POST STREET, SUITE #500
   SAN FRANCISCO, CALIFORNIA 94109
   (415) 351-0400

   a. Fee for service $

   d. Registered California process server
      (1) Employee or independent contractor
      (2) Registration No.: 39
      (3) County :  SACRAMENTO

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Date: July 22, 2008                                        *s/ Lave Mazzier*

Rule 982(a)(23) Judicial Council of California

PROOF OF SERVICE

# PROOF OF SERVICE

I, Linda M. Rodrigues, declare:

I am a citizen of the United States and employed in the City and County of San Francisco, California by Shartsis Friese LLP at One Maritime Plaza, Eighteenth Floor, San Francisco, California 94111. I am over the age of eighteen years and am not a party to the within-entitled action.

On July 28, 2008, at Shartsis Friese LLP located at the above-referenced address, and, pursuant to California Rules of Court, Federal Rules of Civil Procedure, and local rules, I served on the interested parties in said cause a copy of the within document(s):

**MESSENGER'S PROOF ON JAMN EXACT OF MOTION TO CHANGE TIME OF PRELIM. INJUNCTION HEARING AND RELATED PAPERS**

X   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid in accordance with the firm's practice, of which I am familiar, of collection and processing correspondence for mailing on the same day to the person(s) at the address(es) set forth below:

☐   by consigning the document(s) listed above to an express delivery service for guaranteed delivery on the next business day to the person(s) at the address(es) set forth below:

☐   by personal delivery by messenger service of the document(s) above to the person(s) at the address(es) set forth below:

☐   by facsimile transmission on this date before 5:00 p.m. (PST) of the document(s) listed above from sending facsimile machine main telephone number (415) 421-2922, and which transmission was reported as complete and without error (copy of which is attached), to facsimile number(s) set forth below:  (☐ by agreement / ☐ not by agreement)

☐   by electronically delivering the document(s) listed above on this date from electronic address sflaw.com, and after which transmission I did not receive within a reasonable time any electronic message or other indication that the transmission was unsuccessful, to electronic mail address(es) set forth below: (☐ by agreement / ☐ not by agreement)

1  Roland Clarke
2  909 Marina Village Parkway, Unit 249
   Alameda, CA 94501

3  *Defendant*
4  ROLAND CLARKE

5  Roland Clarke
   On behalf of PIC Glassware, Inc.
6  909 Marina Village Parkway, Unit 249
   Alameda, CA 94501
7
   *On Behalf of Defendant*
8  PIC GLASSWARE, INC.

9

10  I declare under penalty of perjury under the laws of the United States that the foregoing is
11  true and correct and that I am employed in the office of a member of the bar of this court at whose
12  direction the service was made.. Executed on July 28, 2008, in San Francisco, California.

            _____
                    Linda M. Rodrigues

16  7583\004\JMAUCH\1519956.1

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111