UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

**Date: August 13, 2008**             **JUDGE:** Phyllis J. Hamilton

**Case No:** C-08-2533 PJH

**Case Name:** PH(X) Glass, LLC, et al. v. Roland Clarke, et al.

**Attorney(s) for Plaintiff:**     James P. Martin
**Attorney(s) for Defendant:**    No Appearance

**Deputy Clerk:** Nichole Heuerman      **Court Reporter:** Debra Pas

PROCEEDINGS

    Plaintiffs' Motion for Preliminary Injunction-GRANTED as stated on the record. Counsel requests that the court include in the order a daily fine of $2,500 for each day that the defendant continues to infringe. The court informs counsel that he needs to submit evidentiary support for a finding that the defendant has violated the temporary restraining order. Counsel to submit a new proposed order including the fine amount along with the evidentiary support as stated on the record.

**Order to be prepared by:** [x] Pl [] Def [] Court

**Notes:**

**cc:** file