UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PH(X) GLASS, LLC, et al.,

    Plaintiffs,                                    No. C 08-2533 PJH

    v.                                        **ORDER**

ROLAND CLARKE, et al.,

    Defendants.
_____/

    Plaintiffs' motion for preliminary injunction came on for hearing before this court on August 13, 2008. Plaintiffs appeared by their counsel James P. Martin. Defendants did not appear, and filed no written opposition to the motion. At the hearing, the court indicated that the motion would be granted.

    The court issued a temporary restraining order and order to show cause re preliminary injunction on July 2 , 2008. At the hearing on the present motion, plaintiffs' counsel stated that defendants had violated the restraining order in the interim, and requested that a provision be added to the preliminary injunction imposing a penalty of $2500 per day for any subsequent violation of the injunction. In support of this request, he cited Aradia Women's Health Center v. Operation Rescue, 929 F.2d 530 (9th Cir. 1991). The court requested that plaintiffs' counsel submit evidence supporting his claim that the restraining order has been violated.

1   Upon further reflection, however, and having reviewed the case cited by plaintiffs in support of the request, the court declines to grant the additional relief requested as part of the preliminary injunction.

Defendants are directed to file a proof of service showing service on plaintiffs of copies of this order and the order granting the motion for preliminary injunction.

**IT IS SO ORDERED.**

Dated:  August 13, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge