SHARTSIS FRIESE LLP
JAMES P. MARTIN (Bar #170044)
JOSEPH V. MAUCH (Bar #253693)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA  94111
Telephone:  (415) 421-6500
Facsimile:  (415) 421-2922
Email:  jmauch@sflaw.com

Attorneys for Plaintiffs
PH(X) GLASS, LLC and CHRISTOPHER
CARSTENS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PH(X) GLASS, LLC and CHRISTOPHER CARSTENS,<br><br>                    Plaintiffs,<br><br>        v.<br><br>ROLAND CLARKE; PIC GLASSWARE, INC.; JAMN EXACT, INC.; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No.  C 08-02533 PJH<br><br>**NOTICE OF ENTRY OF ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:          August 13, 2008<br>Time:          9:00 a.m.<br>Judge:         Hon. Phyllis J. Hamilton<br>Location:      Courtroom 3, 17th Floor<br>Trial Date:    Not Yet Set<br>Amended Complaint Filed: June 12, 2008 |

**PLEASE TAKE NOTICE** that an Order Granting Plaintiffs' Motion for Preliminary Injunction, attached hereto as Exhibit A, was entered on August 13, 2008.

DATED:        August 15, 2008

SHARTSIS FRIESE LLP

By: _____
         JOSEPH V. MAUCH

Attorneys for Plaintiffs
PH(X) GLASS, LLC and CHRISTOPHER
CARSTENS

Case No.
C 08-02533 PJH

NOTICE OF ENTRY OF ORDER GRANTING PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

Ex. A

SHARTSIS FRIESE LLP
JAMES P. MARTIN (Bar #170044)
JOSEPH V. MAUCH (Bar #253693)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: jmartin@sflaw.com
Email: jmauch@sflaw.com

Attorneys for Plaintiffs
PH(X) GLASS, LLC and CHRISTOPHER
CARSTENS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PH(X) GLASS, LLC and CHRISTOPHER CARSTENS,<br><br>Plaintiffs,<br><br>v.<br><br>ROLAND CLARKE, PIC GLASSWARE, INC., JAMN EXACT, INC, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 08-02533 PJH<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION<br><br>Date: August 13, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. Phyllis J. Hamilton<br>Location: Courtroom 3, 17th Floor<br>Trial Date: Net Yet Set<br>Amended Complaint Filed: June 12, 2008 |

Plaintiffs PH(X) GLASS, LLC and CHRISTOPHER CARSTENS having filed an Amended Complaint ("Complaint") for breach of contract, patent infringement, trademark infringement, false advertising, unfair competition, unfair business practices, constructive trust, and declaratory relief, and having further brought a Motion for Preliminary Injunction on its trademark infringement and unfair competition claims, and such Preliminary Injunction Motion having been supported by the Complaint, a Memorandum of Points and Authorities, the Declaration of Christopher Carstens, the Declaration of Heather Gillette; the Declaration of James P. Martin, the Supplemental Declaration of Joseph V. Mauch, the Second Supplemental

- 1 -

1    Declaration of Joseph V. Mauch, and Declaration of Joseph V. Mauch in Support of Plaintiff's

2    Supplemental Brief, this Court, having reviewed and considered the pleadings, the supporting

3    declarations, the other evidence submitted, and the arguments of counsel, in accordance with Rule

4    of Civil Procedure 65(b), hereby ADJUDGES AND ORDERS:

5        1.    Plaintiffs have demonstrated the following: (1) a sufficient likelihood of success

6    on the merits of its trademark infringement and unfair competition claims; (2) irreparable harm if

7    they are not granted a temporary restraining order pending hearing on its motion for preliminary

8    injunction; (3) the balance of hardships tips in Plaintiffs' favor; and (4) no public interest factors

9    militate against the interim relief sough in Plaintiffs' application.

10       Plaintiffs are likely to succeed on the merits in proving trademark infringement and unfair

11   competition against Defendants Roland Clark, PIC Glassware, Inc., and Jamn Exact, Inc.

12   (collectively "Defendants") based on the likelihood of confusion resulting from Defendants'

13   unauthorized use of Plaintiffs' common law trademarks.

14       IT IS THEREFORE OFFERED that Plaintiffs' Motion for Preliminary Injunction is

15   GRANTED.

16       IT IS FURTHER ORDERED that Defendants Jamn Exact, Inc., PIC Glassware, Inc., and

17   Roland Clarke, their officers, agents and employees, and all others in active concert or

18   participation with them, and each of them, are hereby preliminarily enjoined and restrained from:

19       a.    falsely representing himself, herself, or itself to be Christopher Carstens or

20   a representative of PH(X) Glass, LLC;

21       b.    manufacturing, selling, offering for sale, marketing, or distributing any

22   glass water pipes or other products with the marks "PH(X)" or "PH(X) GLASS," or any

23   logos incorporating the letters "PHX".

24       c.    engaging in any other acts or conduct that is likely to cause confusion, or to

25   cause mistake, or to deceive as to the affiliation, connection, or association of Defendants

26   with Plaintiffs, or as to the origin, sponsorship, or approval of Defendants' goods,

27   services, or commercial activities by Plaintiffs.

28

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

Case No.
C 08-02533 PJH

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION

Case3:08-cv-02533-PJH Document 50 Filed 08/15/2008 Page 3 of 5

1        2.      The bond posted by Plaintiffs shall remain at $5,000.

2        IT IS SO ORDERED.

3

4    DATED:   August 13     , 2008

5

       7583\004\JMAUCH\1516880.2

Hon. Phyllis J. Hamilton
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

- 3 -

1    CERTIFICATE OF SERVICE

2        I, Linda M. Rodrigues, declare:

3        I am a citizen of the United States and employed in the City and County of San Francisco,

4    California by Shartsis Friese LLP at One Maritime Plaza, Eighteenth Floor, San Francisco,

5    California 94111. I am over the age of eighteen years and am not a party to the within-entitled

6    action.

7        On August 15, 2008, at Shartsis Friese LLP located at the above-referenced address, and,

8    pursuant to California Rules of Court, Federal Rules of Civil Procedure, and local rules, I served

9    on the interested parties in said cause a copy of the within document(s):

10

11    **NOTICE OF ENTRY OF ORDER GRANTING PLAINTIFFS' MOTION FOR
     PRELIMINARY INJUNCTION**

12

13    X    by placing the document(s) listed above in a sealed envelope with postage thereon
          fully prepaid in accordance with the firm's practice, of which I am familiar, of
14        collection and processing correspondence for mailing on the same day to the
          person(s) at the address(es) set forth below:

15

16    ☐    by consigning the document(s) listed above to an express delivery service for
          guaranteed delivery on the next business day to the person(s) at the address(es) set
17        forth below:

18    ☐    by personal delivery by messenger service of the document(s) above to the
          person(s) at the address(es) set forth below:

19

20    ☐    by facsimile transmission on this date before 5:00 p.m. (PST) of the document(s)
          listed above from sending facsimile machine main telephone number (415) 421-
21        2922, and which transmission was reported as complete and without error (copy of
          which is attached), to facsimile number(s) set forth below: (☐ by agreement / ☐
22        not by agreement)

23    ☐    by electronically delivering the document(s) listed above on this date from
          electronic address sflaw.com, and after which transmission I did not receive within
24        a reasonable time any electronic message or other indication that the transmission
          was unsuccessful, to electronic mail address(es) set forth below: (☐ by agreement /
25        ☐ not by agreement)

26

27

28

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

- 1 -
Case No.                NOTICE OF ENTRY OF ORDER GRANTING PLAINTIFFS'
C 08-02533 PJH                 MOTION FOR PRELIMINARY INJUNCTION

Roland Clarke
909 Marina Village Parkway, Unit 249
Alameda, CA  94501

*Defendant*
*ROLAND CLARKE*


Roland Clarke
On behalf of PIC Glassware, Inc.
909 Marina Village Parkway, Unit 249
Alameda, CA  94501

*On Behalf of Defendant*
*PIC GLASSWARE, INC.*


     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.. Executed on August 15, 2008, in San Francisco, California.

                                   _____
                                      Linda M. Rodrigues

7583\004\JMAUCH\1529186.1

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA  94111

Case No.
C 08-02533 PJH

NOTICE OF ENTRY OF ORDER GRANTING PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION