SHARTSIS FRIESE LLP
JAMES P. MARTIN (Bar #170044)
JOSEPH V. MAUCH (Bar #253693)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: jmauch@sflaw.com

Attorneys for Plaintiffs
PH(X) GLASS, LLC and CHRISTOPHER CARSTENS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PH(X) GLASS, LLC and CHRISTOPHER CARSTENS,<br><br>Plaintiffs,<br><br>v.<br><br>ROLAND CLARKE, PIC GLASSWARE, INC., JAMN EXACT, INC, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 08-02533 PJH<br><br>**DECLARATION OF JOSEPH V. MAUCH IN SUPPORT OF PLAINTIFFS' REQUEST TO CLERK TO ENTER DEFAULT**<br><br>Judge: Hon. Phyllis J. Hamilton<br>Trial Date: Not Set<br>Amended Complaint Filed: June 12, 2008 |

I, JOSEPH V. MAUCH, declare:

1. I am an associate at Shartsis Friese LLP and represent Plaintiffs PH(X) GLASS, LLC and CHRISTOPHER CARSTENS (collectively "Plaintiffs") in this case against Defendants ROLAND CLARKE, PIC GLASSWARE, INC., and JAMN EXACT, INC. (collectively "Defendants"). I have personal knowledge of the facts stated herein, and I believe such matters to be true. I offer this Declaration in support of Plaintiffs' Request to Clerk to Enter Default. If called as a witness, I would testify as follows:

2. Plaintiffs filed an Amended Complaint against Defendants on June 12, 2008. On June 13, 2008, service of process was effectuated on Jamn Exact, Inc. ("Jamn Exact"). Proof of

1  such service was filed with this Court. On June 28, 2008, service of process was effectuated on
2  Defendants Roland Clarke ("Clarke") and PIC Glassware, Inc. ("PIC Glassware"). Proof of such
3  service was filed with this Court.

4     3.    July 3, 2008, was Jamn Exact's last day to respond to Plaintiffs' Amended
Complaint. Jamn Exact has not appeared in this action, nor filed or served any response to Plaintiffs' Amended Complaint. July 18, 2008, was Clarke and PIC Glassware's last day to respond to Plaintiffs' Amended Complaint. Clarke and PIC Glassware have not appeared in this action, nor filed or served any response to Plaintiffs' Amended Complaint.

     4.    Defendant Jamn Exact is neither a minor nor incompetent person. Defendant Clarke is neither a minor nor incompetent person. Defendant PIC Glassware is neither a minor nor incompetent person.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 4th day of September, 2008, at San Francisco, California.

_____
JOSEPH V. MAUCH

7583\004\JMAUCH\1532384.1

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

**CERTIFICATE OF SERVICE**

I, Linda M. Rodrigues, declare:

I am a citizen of the United States and employed in the City and County of San Francisco, California by Shartsis Friese LLP at One Maritime Plaza, Eighteenth Floor, San Francisco, California 94111. I am over the age of eighteen years and am not a party to the within-entitled action.

On September 4, 2008, at Shartsis Friese LLP located at the above-referenced address, and, pursuant to California Rules of Court, Federal Rules of Civil Procedure, and local rules, I served on the interested parties in said cause a copy of the within document(s):

**DECLARATION OF JOSEPH V. MAUCH IN SUPPORT OF PLAINTIFFS' REQUEST TO CLERK TO ENTER DEFAULT**

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid in accordance with the firm's practice, of which I am familiar, of collection and processing correspondence for mailing on the same day to the person(s) at the address(es) set forth below:

[ ] by consigning the document(s) listed above to an express delivery service for guaranteed delivery on the next business day to the person(s) at the address(es) set forth below:

[ ] by personal delivery by messenger service of the document(s) above to the person(s) at the address(es) set forth below:

[ ] by facsimile transmission on this date before 5:00 p.m. (PST) of the document(s) listed above from sending facsimile machine main telephone number (415) 421-2922, and which transmission was reported as complete and without error (copy of which is attached), to facsimile number(s) set forth below: ([ ] by agreement / [ ] not by agreement)

[ ] by electronically delivering the document(s) listed above on this date from electronic address sflaw.com, and after which transmission I did not receive within a reasonable time any electronic message or other indication that the transmission was unsuccessful, to electronic mail address(es) set forth below: ([ ] by agreement / [ ] not by agreement)

- 1 -

| Case No. C 08-02533 PJH | DECLARATION OF JOSEPH V. MAUCH IN SUPPORT OF PLAINTIFFS' REQUEST TO CLERK TO ENTER DEFAULT |

- 2 -

Roland Clarke
909 Marina Village Parkway, Unit 249
Alameda, CA 94501

*Defendant*
ROLAND CLARKE

Roland Clarke
On behalf of PIC Glassware, Inc.
909 Marina Village Parkway, Unit 249
Alameda, CA 94501

*On Behalf of Defendant*
PIC GLASSWARE, INC.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on September 4, 2008, in San Francisco, California.

_____
Linda M. Rodrigues

Case No.
C 08-02533 PJH

DECLARATION OF JOSEPH V. MAUCH IN SUPPORT OF
PLAINTIFFS' REQUEST TO CLERK TO ENTER DEFAULT