SHARTSIS FRIESE LLP
JAMES P. MARTIN (Bar #170044)
JOSEPH V. MAUCH (Bar #253693)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: jmauch@sflaw.com

Attorneys for Plaintiffs
PH(X) GLASS, LLC and CHRISTOPHER CARSTENS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PH(X) GLASS, LLC and CHRISTOPHER CARSTENS,<br><br>Plaintiffs,<br><br>v.<br><br>ROLAND CLARKE; PIC GLASSWARE, INC.; JAMN EXACT, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 08-02533 PJH<br><br>**PLAINTIFFS' CASE MANAGEMENT STATEMENT**<br><br>Date: September 11, 2008<br>Time: 2:30 p.m.<br>Judge: Hon. Phyllis J. Hamilton<br>Location: Courtroom 2, 17th Floor<br>Trial Date: Not Yet Set<br>Amended Complaint Filed: June 12, 2008 |

Plaintiffs PH(X) GLASS, LLC and CHRISTOPHER CARSTENS (collectively "Plaintiffs") submit this Case Management Statement in advance of the September 11, 2008, case management conference.

1. Jurisdiction and Service

This Court has jurisdiction over the federal claims pursuant to 15 U.S.C. § 1121 (action arising under the Lanham Act); 28 U.S.C. § 1331 (federal question); 28 U.S.C. § 1338(a) (any Act of Congress relating to trademarks); and 28 U.S.C. §§ 2201-2202 (declaratory judgment). The Court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. §§ 1338(b) and 1367 because the state law claims are joined with substantial and related claims

under federal law, according to the principles of supplemental jurisdiction, and because they form part of the same case and controversy under Article III of the United States Constitution.

Plaintiffs have served Defendants ROLAND CLARKE, and PIC GLASSWARE, INC., through personal service of process, and have served Defendant JAMN EXACT, INC., (collectively "Defendants") through its registered agent for service of process. None of the Defendants have answered or otherwise responded to the Amended Complaint filed on June 12, 2008. Nor have any of the Defendants appeared in this case. Plaintiffs continue to serve Defendants with all documents filed with the Court. Plaintiffs serve Defendant Jamn Exact, Inc. ("Jamn Exact") by means of its registered agent for service, and serve Defendants PIC Glassware, Inc. ("PIC Glassware") and Roland Clarke ("Clarke") by means of their last known address.

2.  Facts

Plaintiffs filed an Amended Complaint against Defendants on June 12, 2008. On June 13, 2008, service of process was effectuated on Defendant Jamn Exact. Plaintiffs brought a Motion for Temporary Restraining Order against Defendants on June 24, 2008. On June 28, 2008, service of process was effectuated on Defendants Clarke and PIC Glassware. Defendants were given notice of the Temporary Restraining Order hearing, but they failed to appear or respond. On July 2, 2008, this Court granted Plaintiffs' Motion for Temporary Restraining Order, issued an order prohibiting Defendants from infringing on Plaintiffs' trademarks, and set a hearing for Plaintiffs' Motion for Preliminary Injunction. Defendants again failed to appear or file any papers in connection with the Preliminary Injunction motion. On August 13, 2008, this Court granted Plaintiffs' Motion for Preliminary Injunction.

All three of the Defendants are now in default. Jamn Exact's last day to respond was July 3, 2008, and Clarke and PIC Glassware's last day to respond was July 18, 2008. Plaintiffs have filed a Notice of Default. Plaintiffs also intend to apply to this Court for an entry of default judgment against Defendants.

3.  Legal Issues

Plaintiffs know of no legal issues in question.

### 4. Amendment of Pleadings

Plaintiffs do not anticipate the potential for any amendments to the pleadings at this juncture.

### 5. Evidence Preservation

Plaintiffs have taken steps to prevent the erasure or loss of potentially relevant materials, including electronic data.

### 6. Disclosures

Defendants are no longer represented by counsel and have not responded to any attempts to communicate by Plaintiffs' counsel. Plaintiffs have thus been unable to meet and confer with Defendants regarding initial disclosures and/or a discovery plan.

### 7. Discovery

No discovery is necessary given that Defendants are in default and Plaintiffs will be applying for entry of default judgment.

### 8. Class Actions

This case is not a class action.

### 9. Related Cases

There are no related cases.

### 10. Relief

In their Application for Default Judgment, Plaintiffs will seek all relief requested in their Amended Complaint.

### 11. Settlement and ADR

Settlement and ADR are not feasible because Defendants have failed and refused to appear in this action and to communicate with Plaintiffs.

### 12. Consent to Magistrate for All Purposes

Plaintiffs have declined to have a magistrate judge conduct proceedings.

### 13. Other References

This case is not suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

14. <u>Narrowing of Issues</u>

Not applicable.

15. <u>Expedited Schedule</u>

Not applicable.

16. <u>Scheduling</u>

The only possible event requiring scheduling will be a hearing related to the Application for Entry of Default Judgment, if required by the Court.

17. <u>Trial</u>

No trial is necessary given that Defendants are in default and Plaintiffs will be moving for entry of default judgment.

18. <u>Other Matters</u>

Plaintiffs are not aware of any other matters to be addressed at this time.

DATED: September 4, 2008

SHARTSIS FRIESE LLP

By: /s/ Joseph V. Mauch
JOSEPH V. MAUCH

Attorneys for Plaintiffs
PH(X) GLASS, LLC and CHRISTOPHER CARSTENS

---

Case No.
C 08-02533 PJH

PLAINTIFFS' CASE MANAGEMENT STATEMENT

- 4 -

# CERTIFICATE OF SERVICE

I, Linda M. Rodrigues, declare:

I am a citizen of the United States and employed in the City and County of San Francisco, California by Shartsis Friese LLP at One Maritime Plaza, Eighteenth Floor, San Francisco, California 94111. I am over the age of eighteen years and am not a party to the within-entitled action.

On September 4, 2008, at Shartsis Friese LLP located at the above-referenced address, and, pursuant to California Rules of Court, Federal Rules of Civil Procedure, and local rules, I served on the interested parties in said cause a copy of the within document(s):

**CASE MANAGEMENT STATEMENT**

X    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid in accordance with the firm's practice, of which I am familiar, of collection and processing correspondence for mailing on the same day to the person(s) at the address(es) set forth below:

☐    by consigning the document(s) listed above to an express delivery service for guaranteed delivery on the next business day to the person(s) at the address(es) set forth below:

☐    by personal delivery by messenger service of the document(s) above to the person(s) at the address(es) set forth below:

☐    by facsimile transmission on this date before 5:00 p.m. (PST) of the document(s) listed above from sending facsimile machine main telephone number (415) 421-2922, and which transmission was reported as complete and without error (copy of which is attached), to facsimile number(s) set forth below: (☐ by agreement / ☐ not by agreement)

☐    by electronically delivering the document(s) listed above on this date from electronic address sflaw.com, and after which transmission I did not receive within a reasonable time any electronic message or other indication that the transmission was unsuccessful, to electronic mail address(es) set forth below: (☐ by agreement / ☐ not by agreement)

Shartsis Friese LLP
One Maritime Plaza
Eighteenth Floor
San Francisco, CA 94111

Case No.
C 08-02533 PJH

PLAINTIFFS' CASE MANAGEMENT STATEMENT

- 1 -

Roland Clarke
909 Marina Village Parkway, Unit 249
Alameda, CA 94501

*Defendant*
ROLAND CLARKE

Roland Clarke
On behalf of PIC Glassware, Inc.
909 Marina Village Parkway, Unit 249
Alameda, CA 94501

*On Behalf of Defendant*
PIC GLASSWARE, INC.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on September 4, 2008, in San Francisco, California.

_____
Linda M. Rodrigues

7583\004\JMAUCH\1531891.2

- 2 -

Case No.
C 08-02533 PJH

PLAINTIFFS' CASE MANAGEMENT STATEMENT