SHARTSIS FRIESE LLP
JAMES P. MARTIN (Bar #170044)
JOSEPH V. MAUCH (Bar #253693)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: jmauch@sflaw.com

Attorneys for Plaintiffs
PH(X) GLASS, LLC and CHRISTOPHER CARSTENS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PH(X) GLASS, LLC and CHRISTOPHER CARSTENS,<br><br>Plaintiffs,<br><br>v.<br><br>ROLAND CLARKE; PIC GLASSWARE, INC.; JAMN EXACT, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 08-02533 PJH<br><br>**DECLARATION OF JAMES P. MARTIN IN SUPPORT OF PLAINTIFFS' APPLICATION FOR DEFAULT JUDGMENT**<br><br>Date:    December 3, 2008<br>Judge:   Hon. Phyllis J. Hamilton<br>Courtroom: 3, 17th Floor<br><br>Amended Complaint Filed: June 12, 2008<br>Default Entered:   September 10, 2008 |

I, JAMES P. MARTIN, declare:

1.  I am a partner at Shartsis Friese LLP ("Shartsis Friese"), and am one of the attorneys representing Plaintiffs PH(X) GLASS, LLC and CHRISTOPHER CARSTENS (collectively "Plaintiffs") in this case against Defendants ROLAND CLARKE, PIC GLASSWARE, INC., and JAMN EXACT, INC. I have personal knowledge of the facts stated herein, except as to matters stated on the basis of information and belief, and I believe such matters to be true. I offer this Declaration in support of Plaintiffs' Application for Court-Entry Default Judgment. If called as a witness, I would testify as follows:

- 2 -

2.	In Plaintiffs' efforts to execute service of process on Clarke and PIC Glassware, I communicated with John C. Kirke ("Kirke") of Donahue Gallagher Woods LLP, who had previously represented Clarke with respect to this dispute. Among other things, I asked Kirke whether his client would authorize him to accept service of process on behalf of Clarke and PIC Glassware. Kirke informed me that he would not be representing Clarke or PIC Glassware in the litigation, but said that he would speak with Clarke about service of process. Subsequently, on June 2, 2008, Kirke sent an email to me stating that he was not authorized to accept service on behalf of Roland Clarke or his company, and informing me that neither Kirke nor his law firm represents Clarke or his company. It is my belief that Clarke subsequently went to great lengths to avoid service of process, and that Clarke's conduct increased the costs of serving the Defendants in this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on October 24, 2008, at San Francisco, California.

_____
JAMES P. MARTIN

7583\004\JMAUCH\1536112.1

| Case No.<br>C 08-02533 PJH | DECLARATION OF JAMES P. MARTIN IN SUPPORT OF<br>PLAINTIFFS' APPLICATION FOR DEFAULT JUDGMENT |