UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PH(X) GLASS, LLC, et al.,

    Plaintiffs,

v.

ROLAND CLARKE, et al.,

    Defendants.
_____/

No. C 08-2533 PJH

**ORDER OF REFERENCE
TO MAGISTRATE JUDGE**

    Pursuant to Civil Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation on the motion of plaintiffs PH(X) Galss, LLC and Christopher Carstens for default judgment against defendants PIC Glassware, Inc., Roland Clarke, and Jamn Exact, Inc.

    The parties will be advised of the date, time and place of any appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: October 30, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge