UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PH(X) GLASS, LLC, et al.,

       Plaintiffs,

  v.

ROLAND CLARKE, et al.,

       Defendants.

No. C 08-2533 PJH (BZ)

**ORDER SCHEDULING DEFAULT JUDGMENT HEARING**

It is **HEREBY ORDERED** that a hearing on plaintiffs' application for default judgment is scheduled for **Wednesday, January 21, 2009 at 10:00 a.m.** in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, 94102.

Plaintiffs should attend and be prepared to prove their damages by competent testimony or other admissible evidence. If plaintiffs intend to prove damages by affidavits or declarations, the affiant or declarant should have personal knowledge of all matters to which she testifies.  For all evidence, proper foundations must be established.  For an explanation of the evidentiary requirements for proving damages in a default case, the parties are encouraged to

1

consult Chapter Six of *Civil Procedure Before Trial* by William W. Schwarzer, A. Wallace Tashima, and James M. Wagstaffe.

Defendants should attend the hearing if they contest the validity or amount of plaintiffs' claim.

Seven days before the hearing, on **Wednesday, January 14, 2009**, plaintiffs shall file a declaration setting forth in detail all steps taken to serve defendants with this order. If defendants actually received this Order, plaintiff's declaration should so state, including plaintiff's basis for this knowledge.

Dated: November 20, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\PH(X) GLASS v. CLARKE\ORDER SCHEDULING DEFAULT JUDGMENT HEARING.wpd