1   SHARTSIS FRIESE LLP
    JAMES P. MARTIN (Bar #170044)
2   JOSEPH V. MAUCH (Bar #253693)
    One Maritime Plaza, Eighteenth Floor
3   San Francisco, CA 94111
    Telephone: (415) 421-6500
4   Facsimile: (415) 421-2922
    Email: jmauch@sflaw.com
5
    Attorneys for Plaintiffs
6   PH(X) GLASS, LLC and CHRISTOPHER
    CARSTENS
7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11

12  PH(X) GLASS, LLC and CHRISTOPHER          Case No.  C 08-02533 PJH
    CARSTENS,
13                                            **SUPPLEMENTAL DECLARATION OF**
                 Plaintiffs,                  **JOSEPH V. MAUCH IN SUPPORT OF**
14                                            **PLAINTIFFS' APPLICATION FOR**
         v.                                   **DEFAULT JUDGMENT**
15
    ROLAND CLARKE; PIC GLASSWARE,             Date:        January 21, 2009
16  INC.; JAMN EXACT, INC.; and DOES 1        Mag. Judge: Hon. Bernard Zimmerman
    through 10, inclusive,                    Courtroom: G, 15th Floor
17
                 Defendants.                  Amended Complaint Filed: June 12, 2008
18                                            Default Entered:    September 10, 2008

19

20

21      I, JOSEPH V. MAUCH, declare:

22      1.      I am an associate at Shartsis Friese LLP ("Shartsis Friese"), and am one of the

23  attorneys representing Plaintiffs PH(X) GLASS LLC and CHRISTOPHER CARSTENS

24  (collectively "Plaintiffs") in this case against Defendants ROLAND CLARKE, PIC

25  GLASSWARE INC., and JAMN EXACT INC. (collectively "Defendants"). I have personal

26  knowledge of the facts stated herein, except as to matters stated on the basis of information and

27  belief, and I believe such matters to be true.  I offer this Supplemental Declaration in support of

28  Plaintiffs' Application for Default Judgment.  If called as a witness, I would testify as follows:

                                          - 1 -

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

**Defendants' Eligibility for Default Judgment**

2.     On December 11, 2008, I conducted a search through the Department of Defense Manpower Data Center and determined that Defendant Roland Clarke ("Clarke") is not serving in the military.   On December 11, 2008, a legal assistant at Shartsis Friese conducted a search through Merlin Information Systems and determined that Clarke's birth date was April 24, 1969. Thus, Clarke is not a minor.  Defendants PIC Glassware Inc. ("PIC Glassware") and Jamn Exact Inc. ("Jamn Exact") are corporations and thus these eligibility requirements do not apply to them.

**Defendants' Conduct and Its Consequences**

3.     Defendants' conduct prior to and after the filing of this case – and, indeed, Defendants' continuing conduct right up to the present – has rendered the adjudication of Plaintiffs' rights considerably more difficult and more expensive.  Defendants' conduct and the nature of this case have changed numerous times during the course of litigation, requiring Plaintiffs to change legal strategies and to work vigorously to protect their interests in the face of Defendants' unconventional response to the Complaint.   Plaintiffs did not envision this case culminating in default judgment until Defendants' conduct necessitated this result.    After Plaintiffs sent cease-and-desist letters and prior to the filing of the Complaint, Defendants sought representation and, through their counsel, engaged in settlement negotiations with Plaintiffs. Defendants then terminated their relationship with their counsel and refused to engage in discussion of reasonable settlement terms.   After Plaintiffs filed suit, Defendants continued to market and sell infringing products and Defendant Clarke began to pass himself off as Plaintiff Christopher Carstens ("Carstens") and/or as a representative of PH(X) Glass, as described in the papers submitted in support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction.  Defendants also attempted to evade service — with Clarke going so far as to move out of his home.  Defendants' unconventional conduct thus resulted in an atypical case in which Plaintiffs had to take considerable efforts to protect their interests — especially the good will of their business — and to assert their rights.

Case No.
C 08-02533 PJH

SUPPL. DECL. JOSEPH V. MAUCH IN SUPPORT OF
PLAINTIFFS' REQUEST FOR ATTORNEYS' FEES

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA  94111

**Plaintiffs' Request for Attorneys' Fees**

4.    Attached hereto as **Exhibit A** is a true and correct copy of the monthly statement submitted by Shartsis Friese to Plaintiffs for work performed in December of 2007.

5.    Attached hereto as **Exhibit B** is a true and correct copy of the monthly statement submitted by Shartsis Friese to Plaintiffs for work performed in January of 2008.

6.    Attached hereto as **Exhibit C** is a true and correct copy of the monthly statement submitted by Shartsis Friese to Plaintiffs for work performed in February of 2008.

7.    Attached hereto as **Exhibit D** is a true and correct copy of the monthly statement submitted by Shartsis Friese to Plaintiffs for work performed in March of 2008.

8.    Attached hereto as **Exhibit E** is a true and correct copy of the monthly statement submitted by Shartsis Friese to Plaintiffs for work performed in April of 2008.

9.    Attached hereto as **Exhibit F** is a true and correct copy of the monthly statement submitted by Shartsis Friese to Plaintiffs for work performed in May of 2008.

10.    Attached hereto as **Exhibit G** is a true and correct copy of the monthly statement submitted by Shartsis Friese to Plaintiffs for work performed in June of 2008.

11.    Attached hereto as **Exhibit H** is a true and correct copy of the monthly statement submitted by Shartsis Friese to Plaintiffs for work performed in July of 2008.

12.    Attached hereto as **Exhibit I** is a true and correct copy of the monthly statement submitted by Shartsis Friese to Plaintiffs for work performed in August of 2008.

13.    Attached hereto as **Exhibit J** is a true and correct copy of the monthly statement submitted by Shartsis Friese to Plaintiffs for work performed in September of 2008.

14.    Attached hereto as **Exhibit K** is a true and correct copy of the monthly statement submitted by Shartsis Friese to Plaintiffs for work performed in October of 2008.

15.    Attached hereto as **Exhibit L** is a true and correct copy of the monthly statement submitted by Shartsis Friese to Plaintiffs for work performed in November of 2008.

16.    Each statement attached as Exhibits A-L reflects the number of hours and billing rate of each attorney and legal assistant who provided services during each billing period. All attorney and legal assistant time was billed in six-minute increments at standard hourly rates

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

Case No.
C 08-02533 PJH

SUPPL. DECL. JOSEPH V. MAUCH IN SUPPORT OF
PLAINTIFFS' REQUEST FOR ATTORNEYS' FEES

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

1   applicable to all clients.  The hours and rates of each attorney and legal assistant are detailed, and

2   the costs incurred are itemized, in each of the monthly statements.  Plaintiffs' counsels' hourly

3   rates, as reflected in Exhibits A-L, were reasonable.   The hourly rates for James P. Martin

4   ("Martin") were between $475 and $510 per hour.  My hourly rates were between $250 and $275

5   per hour.  The hourly rate for Phil A. Blandino, a paralegal, was $200 per hour.  Other legal

6   assistants performed a *de minimus* amount of work on the case, totaling less than 15 hours.  The

7   hourly rate of Joseph C. Wanzala, a paralegal, was $230. The hourly rate of Amanda Colie,

8   another paralegal, was $230 per hour.  The hourly rate of David Goussev, a technology specialist,

9   was $165 per hour.  The hourly rate of John A. Lyddan, a case clerk, was $125 per hour.  The

10  hourly rate of Fernando Marinez, Information Services Manager, was $200 per hour.   Each

11  statement attached as Exhibits A-L has been redacted to remove irrelevant and/or privileged

12  information.

13      17.    All of the legal services described in the billing statements attached as Exhibits A-

14  L were actually performed and were reasonably necessary to the litigation.  Although the amount

15  of attorneys' fees requested may be above average for an action culminating in a default

16  judgment, Defendants' intentional misconduct necessitated all the work performed by Plaintiffs'

17  counsel, as discussed above and described in detail below.

18      18.    Plaintiffs and Plaintiffs' counsel made a conscious effort to minimize the cost of

19  the necessary and reasonable work performed.  Whenever possible, work was performed by

20  persons with a lower hourly billing rate, including myself, with supervision from Martin where

21  necessary.  Although Martin performed a considerable percentage of the work at the start of the

22  case, as Defendants' conduct necessitated more work and as I became more knowledgeable about

23  the case, I began to — and continue to — perform the majority of the work at my lower billing

24  rate.  Moreover, Plaintiffs do not seek recovery of all the fees incurred and actually charged to

25  Plaintiffs.  The amount of $106,661.00 that Plaintiffs request represents a reduction from the

26  amount actually charged to Plaintiffs, as reflected in Exhibits A-L.   Moreover, substantial

27  amounts were written off of the invoices throughout the case before sending the invoices to

28  account for training, duplication of effort or any inefficiency.

| Case No. | SUPPL. DECL. JOSEPH V. MAUCH IN SUPPORT OF |
|---|---|
| C 08-02533 PJH | PLAINTIFFS' REQUEST FOR ATTORNEYS' FEES |

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

19.     In December of 2007, Plaintiffs hired Shartsis Friese to assist them in protecting their interests from Defendants' infringing conduct.  Between December of 2007 and March of 2008, I undertook a number of activities to gather and organize the facts of the dispute.  Among other things, I interviewed and corresponded with Carstens, reviewed documents provided by Carstens, and analyzed the key events and documents related to the dispute.  During this period, I also researched relevant legal issues, as evidenced by the detailed billing entries.  I performed these tasks in order to comprehend the facts and the law necessary to (1) draft a cease-and-desist letter to Defendants; (2) engage in settlement negotiations; and (3) file a complaint against Defendants, if necessary.  This initial fact-gathering and legal research needed to be especially thorough because the Northern District Local Rules of Practice for Patent Cases require a plaintiff asserting patent infringement to follow special rules pertaining to early disclosure, verification of served documents, and pre-trial hearings regarding construction of the patent claims.  I billed 39.4 hours, totaling $9,947.50, for work related to fact gathering and initial legal research for which Plaintiffs seek recovery.  Martin billed 21.2 hours, totaling $10,105.00 for work related to fact gathering and initial legal research for which Plaintiffs seek recovery.  Legal assistants also billed a total of 2.4 hours, totaling $435.00, for such work.  In sum, Plaintiffs seek recovery of $20,487.50 for work related to fact gathering and initial legal research.  The total work performed, hours billed, and amounts charged to Plaintiff relating to initial fact gathering and legal research are set forth in detail in Exhibits A, B, C, and D.

20.     Plaintiffs sent multiple cease-and-desist letters to Defendants in February and March of 2008.  Defendant Roland Clarke responded to the initial letter and communicated with myself and Martin.  After we repeatedly urged him to seek representation, he did hire an attorney.  Martin then began communications with Defendants' counsel, John Kirke, in the hopes of reaching a settlement.  In April of 2008, Martin and I attended a meeting with Defendants' counsel in order to inspect some of Defendants' infringing products and to discuss possible settlement terms.  In preparation for this meeting, we prepared a claim construction chart detailing Plaintiffs' patent.  Defendants ultimately refused to settle the dispute and cease marketing and selling infringing products.  Defendants also terminated their representation by an

- 5 -

1    attorney.  I billed 10.7 hours, totaling $2,942.50, for work related to the preparation of claims

2    charts, cease-and-desist letters, and settlement negotiations for which Plaintiffs seek recovery.

3    Martin billed 24.1 hours, totaling $12,200.00, for work related to the preparation of claims charts,

4    cease-and-desist letters, and settlement negotiations for which Plaintiffs seek recovery.  A legal

5    assistant also billed 6 hours, totaling $1,380.00, for such work.  In sum, Plaintiffs seek recovery

6    of $16,522.50 for work related to the preparation of claims charts, cease-and-desist letters, and

7    settlement negotiations.  The total work performed, hours billed, and amounts charged to Plaintiff

8    relating to the preparation of claims charts, cease-and-desist letters, and settlement negotiations

9    are set forth in detail in Exhibits C and D.

10           21.    Defendants' refusal to cease marketing and selling infringing products and to settle

11   the dispute forced Plaintiffs to file a Complaint against Defendants.  On May 19, 2008, Plaintiffs

12   filed the Complaint against Defendants Clarke and PIC Glassware.  Plaintiffs subsequently

13   learned that (1) Defendants were continuing to actively market and sell infringing products and

14   that (2) Defendant Clarke was attempting to pass himself off as Carstens and/or as a

15   representative of PH(X) Glass in order to market and sell infringing products.  Plaintiffs also

16   discovered the existence of Defendant Jamn Exact.  On June 12, 2008, Plaintiffs filed an

17   Amended Complaint naming Jamn Exact as a defendant and including further facts about

18   Defendants' continued infringement.  My work related to the Complaint and Amended Complaint

19   included legal research and drafting of both complaints.  Martin's work included drafting and

20   revising of both Complaints.  I billed 23.4 hours, totaling $6,852.00, for work related to the filing

21   of the Complaint and the Amended Complaint for which Plaintiffs seek recovery.  Martin billed

22   10.1 hours, totaling $25,140.50, for work related to the filing of the Complaint and the Amended

23   Complaint for which Plaintiffs seek recovery.  A legal assistant also billed 0.4 hours, totaling $80,

24   for such work.  In sum, Plaintiffs seek recovery of $12,072.50 for work related to the drafting and

25   filing of the Complaint and the Amended Complaint.  The total work performed, hours billed, and

26   amounts charged to Plaintiff relating to the filing of the Complaint and the Amended Complaint

27   are set forth in detail in Exhibits B, C, D, E, F, and G.  It is my belief that this work, and all

28

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

- 6 -

subsequent work, could have been avoided if Defendants would have been willing to settle the dispute on reasonable terms.

22. Plaintiffs effectuated service of process of the Amended Complaint on Jamn Exact by means of its registered agent for service of process, but Clarke and PIC Glassware evaded service for weeks. On information and belief, Clarke attempted to evade service by, among other things, (1) refusing to open the door of his home for the process server, (2) moving out of his home, and (3) fleeing Plaintiff Carstens in a car at high speed. Clarke and PIC Glassware's attempts to evade service are set forth in further detail in the Declaration of Joseph V. Mauch in Support of Application for Default Judgment, which is already on file with this Court. My work to effect service on Defendants included communicating with Plaintiffs and the process server and researching alternative means of service. Martin's work included communicating with Defendants' prior counsel in an attempt to arrange for service of Defendants, but Defendants, once again, refused Plaintiff's reasonable terms. To reduce the costs of the time-consuming attempts to serve Clarke and PIC Glassware, Plaintiffs even hired an acquaintance to act as the process server. On June 28, 2008, service of process was finally effectuated on Defendants Clarke and PIC Glassware. I billed 1.7 hours, totaling $731.50 for work related to effecting service of process on Defendants for which Plaintiffs seek recovery. Martin billed 0.4 hours, totaling $204, for work related to effecting service of process on Defendants for which Plaintiffs seek recovery. In sum, Plaintiffs seek recovery of $935.50 for work related to effecting service of process on Defendants. The total work performed, hours billed, and amounts charged to Plaintiff relating to effecting service of process on Defendants are set forth in detail in Exhibits F and G. The costs associated with service of process are set forth in detail in the Application for Default Judgment and the Declaration of Joseph V. Mauch in Support of Application for Default Judgment, which are already on file with this Court. It is my belief that much of this work could have been avoided if Defendants would have accepted, rather than evaded, service.

23. Defendants' continued marketing and selling of infringing products – including Clarke's attempts to pass himself off as Carstens and/or as a representative of PH(X) Glass – forced Plaintiffs to seek a temporary restraining order and preliminary injunction. On June 24,

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

1   2008, Plaintiffs filed a Motion for a Temporary Restraining Order and Preliminary Injunction.

2   On July 2, 2008, Judge Hamilton granted the temporary restraining order against Defendants.  On

3   August 13, Judge Hamilton granted the preliminary injunction.  My work on the temporary

4   restraining order and preliminary injunction included researching outstanding legal issues,

5   drafting all moving papers and supporting declarations, and sending numerous unanswered emails

6   to Clarke in an attempt to keep Defendants apprised of Plaintiffs' actions.  A true and correct

7   copy of one such email, excluding attachments, is attached hereto as **Exhibit M**.  Martin

8   reviewed and revised all moving papers and argued on behalf of Plaintiffs at the two hearings in

9   front of Judge Hamilton.  I billed 73 hours, totaling $20,075.00 for work related to the temporary

10   restraining order and preliminary injunction for which Plaintiffs seek recovery.  Martin billed

11   20.9 hours, totaling $10,659.00, for work related to the temporary restraining order and

12   preliminary injunction for which Plaintiffs seek recovery.  Legal assistants also billed 5.95 hours,

13   totaling $1,190.00, for such work.  In sum, Plaintiffs seek recovery of $31,924.00 for work

14   related to the temporary restraining order and preliminary injunction.  The total work performed,

15   hours billed, and amounts charged to Plaintiff relating to the temporary restraining order and

16   preliminary injunction are set forth in detail in Exhibits G, H, and I.  It is my belief that nearly all

17   of this work could have been avoided if Defendants would have ceased marketing and selling

18   infringing products.

19          24.       After Defendants failed to respond to the Amended Complaint and Plaintiffs

20   secured the preliminary injunction against Defendants, Plaintiffs began the process of securing a

21   default judgment against Defendants.  On September 4, 2008, Plaintiffs filed a Request to Clerk

22   to Enter Default.  On September 10, the Clerk of this Court entered default against Defendants.

23   On October 24, 2008, Plaintiffs filed their Application for Default Judgment.  On October 30,

24   2008, Judge Hamilton referred the Application for Default Judgment to Judge Zimmerman.  My

25   work on the Request to Clerk to Enter Default and the subsequent Application for Default

26   Judgment included researching outstanding legal issues, drafting all moving papers and

27   supporting declarations, and working closely with Plaintiffs to determine the precise damages

28   suffered by Plaintiffs as a result of Defendants' infringing activity.  Martin's work included

- 8 -

| Case No. | SUPPL. DECL. JOSEPH V. MAUCH IN SUPPORT OF |
|----------|---------------------------------------------|
| C 08-02533 PJH | PLAINTIFFS' REQUEST FOR ATTORNEYS' FEES |

1    reviewing and revising all moving papers and conferring with Plaintiffs regarding the default

2    judgment process.  I billed 56.6 hours, totaling $15,565.00, for work related to the securing of

3    default judgment for which Plaintiffs seek recovery.  Martin billed 13.4 hours, totaling $6,834.00,

4    for work related to the securing of default judgment for which Plaintiffs seek recovery.  Legal

5    assistants also billed 11.75 hours, totaling $2,320.00, for such work.  In sum, Plaintiffs seek

6    recovery of $24,719.00 for work related to the securing of default judgment.  The total work

7    performed, hours billed, and amounts charged to Plaintiff relating to the securing of default

8    judgment are set forth in detail in Exhibits I, J, K, and L.

9         25.    Each monthly statement attached as Exhibits A-L also details standard charges for

10   photocopying as well as telephone, postage, facsimiles, messengers and computer legal research

11   services such as Pacer and LEXIS, as well as other charges.  Where these charges represent items

12   passed through from other parties, they are passed through at Shartsis Friese's cost and do not

13   include any premium.  Plaintiffs seek recovery of $3,175.00 for these passed-through fees and

14   charges.  These charges do not include costs for service of process and court filings, for which

15   Plaintiffs already seek recovery in their Application for Default Judgment.

16        26.    In total, Plaintiffs seek recovery of $109,836.00  in attorneys' fees and related

17   charges, as set forth in detail above.

18        I declare under penalty of perjury under the laws of the United States that the foregoing is

19   true and correct.  Executed on January 9, 2009, at San Francisco, California.

20

21                                                  _____

22                                                           JOSEPH V. MAUCH

23   7583\004\JMAUCH\1554407.2

24

25

26

27

28

- 9 -

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA  94111

**EXHIBIT A**

January 15, 2008

ATTORNEY/CLIENT PRIVILEGED INFORMATION

Christopher Carstens                    INVOICE #
Heather Gillette                        CLIENT # ¿

Woodside, CA  94062


                        STATEMENT
                        ---------

For professional services rendered through December 31, 2007


RE:   Roland Clarke Litigation


                Description of Services

12/07/07 DPG   1.80 Webwhack website/investigate proxy access to
                    specific link
12/10/07 JPM   2.20 Emails to clients; draft letter R. Clarke
12/11/07 JPM   1.60 Prepare for meeting; conference with D. Marglin;
                    draft letter
12/13/07 JPM    .30 Conference with JVM
12/13/07 JVM    .30 Discuss research issues with JPM
12/14/07 JPM   3.50 Review client documents; revise Timeline; email
                    clients; conference with JVM
12/14/07 JVM   4.20 Research trademark law regarding use of mark by
                    assignee after termination of assignment; confer
                    with JPM
12/17/07 JPM   1.80 Conference with JVM; review legal authorities;
                    review Timeline

INVOICE #

Description of Services

12/17/07 JVM   1.10  Research trademark law regarding use of mark by
                     assignee after termination of assignment; discuss
                     results with JPM


        Professional Services                              $ 6,162.00



        Summary of Professional Services

Attorney/Paralegal                    Hours      Rate         Amount

James P. Martin                        9.40     475.00       4,465.00
Joseph V. Mauch                        5.60     250.00       1,400.00
David Goussev                          1.80     165.00         297.00

                                      16.80               $ 6,162.00


        Costs Advanced

            Lexis                                             230.34

        Total Costs Advanced                              $ 230.34


        Invoice Total                                     $ 6,392.34

        Retainer Applied                                  $ -2,668.91

        Invoice Balance                                   $ 3,723.43

**EXHIBIT B**

February 14, 2008

ATTORNEY/CLIENT PRIVILEGED INFORMATION

Christopher Carstens                    INVOICE #
Heather Gillette                        CLIENT # :

Woodside, CA  94062


STATEMENT
---------

For professional services rendered through January 31, 2008


RE:   Roland Clarke Litigation


Description of Services

1/08/08 JPM   3.50 Review client documents, including email
                   correspondence and draft agreements
1/08/08 JVM    .90 Confer with JPM; review timeline and damages
                   spreadsheet
1/09/08 JPM   3.90 Conference with C. Carstens and D. Marglin;
                   conference with D. Marglin; review email
                   documents; conferences with JVM
1/09/08 JVM   6.50 Review documents provided by client; conference
                   meeting with client and JPM
1/14/08 JVM   3.80 Review documents provided by client; draft
                   chronology; email client
1/15/08 JVM   6.30 Review documents provided by client; draft
                   chronology
1/16/08 JVM   1.40 Draft questions for client; confer with JPM

                         Description of Services

                         regarding drafting complaint
1/22/08 JVM      .60  Draft action items spreadsheet
1/24/08 JVM     2.20  Review client's response to questions; update
                      fact chronology; review other documents provided
                      by client
1/25/08 JVM      .80  Draft complaint (.8)
1/28/08 JVM     4.50  Draft Complaint; review documents provided by
                      client
1/29/08 JVM     2.10  Draft Complaint
1/30/08 JVM     2.60  Draft Complaint
1/31/08 JVM     3.30  Draft Complaint


        Professional Services                              $ 12,265.00



        Summary of Professional Services

| Attorney/Paralegal | Hours | Rate | Amount |
| --- | --- | --- | --- |
| James P. Martin | 7.40 | 475.00 | 3,515.00 |
| Joseph V. Mauch | 35.00 | 250.00 | 8,750.00 |
| | 42.40 | | $ 12,265.00 |



        Invoice Total                                      $ 12,265.00

**EXHIBIT C**

March 7, 2008

ATTORNEY/CLIENT PRIVILEGED INFORMATION

Christopher Carstens                          INVOICE #
Heather Gillette                              CLIENT #

Woodside, CA  94062


STATEMENT
---------

For professional services rendered through February 29, 2008


RE:    Roland Clarke Litigation


Description of Services

2/01/08 JVM    2.00 Background reading/discussion on patent law
                    (1.0)*; draft Complaint (3.0)
2/04/08 JVM    2.10 Revise Complaint
2/05/08 JVM    2.60 Revise Complaint; draft cover email to JPM
2/08/08 JPM     .30 Conference with JVM; email clients
2/11/08 JPM     .20 Emails JVM and GWH; review agenda; email C.
                    Carstens
2/11/08 JVM     .80 Draft meeting agenda; confer with JPM and GWH
2/12/08 JPM    1.00 Conference with D. Marglin, C. Carstens and JVM
2/12/08 JVM    1.70 Prepare for meeting; meeting with client
2/14/08 JPM     .10 Emails client, JVM and GWH
2/19/08 JVM     .70 Examine documents provided by client
2/22/08 JVM    2.60 Review emails provided by client
2/25/08 JPM     .10 Emails JVM and C. Carstens

PAGE #      2

Description of Services

| Date | Atty | Hours | Description |
|---|---|---|---|
| 2/25/08 | JVM | 1.30 | Review client emails; send email to client regarding follow-up questions |
| 2/26/08 | JPM | .10 | Emails C. Carstens and JVM |
| 2/26/08 | JVM | .40 | Review web site for evidence of infringement |
| 2/28/08 | JPM | .40 | Emails JVM; telephone conversation with C. Carstens; emails D. Marglin; revise Complaint; draft cease and desist letter |
| 2/29/08 | JPM | 5.40 | Emails JVM and client; draft cease and desist letter; review patent; analyze infringement by other embodiments of pipe; conference with JVM; conference with JVM and D. Marglin; telephone conversations with D. Marglin; telephone conversations with C. Carstens; telephone conversation with R. Clarke, draft memo |
| 2/29/08 | JVM | 3.20 | Meeting with JPM regarding Complaint and litigation strategy; meeting with JPM and D. Marglin |

Professional Services                                    $ 7,960.00

Summary of Professional Services

| Attorney/Paralegal | Hours | Rate | Amount |
|---|---|---|---|
| James P. Martin | 7.60 | 475.00 | 3,610.00 |
| Joseph V. Mauch | 17.40 | 250.00 | 4,350.00 |
|  | 25.00 |  | $ 7,960.00 |

Costs Advanced

| | |
|---|---|
| Go! Courier, Inc. | 39.95 |
| Lexis | 165.23 |
| Word Processing | 20.00 |
| Photocopying | 39.10 |

Total Costs Advanced                                      $ 264.28

Invoice Total                                             $ 8,224.28

**EXHIBIT D**

April 7, 2008

ATTORNEY/CLIENT PRIVILEGED INFORMATION

Christopher Carstens                          INVOICE #
Heather Gillette                              CLIENT #

Woodside, CA  94062


STATEMENT
---------

For professional services rendered through March 31, 2008


RE:   Roland Clarke Litigation


Description of Services

3/03/08 JPM   1.00 Review letter from R. Clarke; emails client and
                   JVM
3/03/08 JVM    .40 Review letter from Clarke; email to client
3/04/08 JPM    .50 Draft letter to R. Clarke
3/04/08 JVM   1.40 Read letter from Clarke; draft email to client
3/05/08 JPM    .50 Email JVM and D. Marglin; telephone conversation
                   with JVM, D. Marglin and C. Carstens; conference
                   with JVM
3/05/08 JVM    .70 Prepare for conference call with client; confer
                   with JPM and Marglin
3/06/08 JPM   3.20 Draft letter to R. Clarke; emails client and JVM;
                   research assignment;
3/06/08 JVM    .70 Telephone call with client regarding issues in
                   Clarke letter; revise second letter to Clarke

Description of Services

| 3/07/08 JPM | 1.50 | Draft cease and desist letter; emails JVM |
| 3/07/08 JVM | .10 | Prepare memo regarding calls from Roland Clarke to Shartsis |
| 3/08/08 JPM | .10 | Email C. Carstens |
| 3/10/08 JPM | .60 | Review client documents; conference with JVM; emails client, JVM and SMK; draft cease and desist letters |
| 3/10/08 JVM | .50 | Telephone calls with client regarding Clarke contract; review letters to          Clarke |
| 3/11/08 JPM | .20 | Email D. Marglin; email R. Clarke; email JVM |
| 3/17/08 JPM | .10 | Conference with JVM |
| 3/17/08 JVM | 1.10 | Research reformation; review client documents and draft chronology |
| 3/19/08 JPM | .30 | Email client; telephone conversation with JVM |
| 3/21/08 JVM | .70 | Review local patent rules and prepare calendar of action items |
| 3/24/08 JPM | 1.20 | Review correspondence from opposing counsel |
| 3/25/08 JVM | .60 | Review procedure for patent assignment; prepare documents and facilitate filing |
| 3/26/08 JPM | .20 | Emails client; review letter |
| 3/26/08 JVM | .80 | Read settlement offer; confer with JPM regarding strategy and  claims construction chart |
| 3/27/08 JPM | 2.40 | Review BMC case; prepare for client call; review correspondence; telephone conversation with C. Carstens, H. Gillette and D. Marglin; emails D. Marglin |
| 3/28/08 JPM | 1.40 | Emails C. Carstens and D. Marglin; review legal authorities |
| 3/28/08 FM | .40 | Research cases from table of authorities |
| 3/31/08 JPM | .30 | Emails client; email JVM; conference with JVM |
| 3/31/08 JVM | .20 | Confer with JPM regarding claim chart and settlement negotiations |

Professional Services                                          $ 8,945.00

Summary of Professional Services

| Attorney/Paralegal | Hours | Rate | Amount |
|---|---|---|---|
| James P. Martin | 13.50 | 510.00 | 6,885.00 |
| Joseph V. Mauch | 7.20 | 275.00 | 1,980.00 |
| Fernando Marinez | .40 | 200.00 | 80.00 |
| | 21.10 | | $ 8,945.00 |

Costs Advanced

        Go! Courier, Inc.                                  67.25
        United Parcel Service                              35.97
        Photocopying                                       15.87
        Lexis                                              19.54
        Westlaw                                           127.45
        Word Processing                                    10.00

Total Costs Advanced                                 $ 276.08


Invoice Total                                       $ 9,221.08

**EXHIBIT E**

May 6, 2008

ATTORNEY/CLIENT PRIVILEGED INFORMATION

Christopher Carstens                    INVOICE #
Heather Gillette                        CLIENT # (

Woodside, CA  94062


STATEMENT
---------

For professional services rendered through April 30, 2008


RE:   Roland Clarke Litigation


Description of Services

4/01/08 JPM    2.00 Conference with JVM; email JVM; telephone
                    conversation with D. Marglin; review case
                    authorities
4/01/08 JVM    4.50 Prepare claim chart
4/01/08 JCW    2.50 Prepare Patent Claims Chart; confer with JVM
                    regarding same
4/02/08 JPM     .80 Review case law and secondary sources
4/02/08 JVM     .90 Prepare claims chart
4/02/08 JCW    2.00 Prepare Patent Claims Chart; confer with JVM
                    regarding same
4/03/08 JPM     .70 Prepare for call with J. Kirke; telephone
                    conversations with C. Carstens and D. Marglin;
                    telephone conversation with J. Kirke
4/03/08 JVM     .20 Prepare claim chart

Description of Services

| 4/03/08 JCW | 1.50 | Revise and update patent claims chart; confer with JVM regarding same |
| 4/04/08 JPM | .60 | Review claims chart; email J. Kirke; email C. Carstens; conference with JVM |
| 4/04/08 JVM | .60 | Prepare claim chart; confer with JPM |
| 4/07/08 JPM | .20 | Email J. Kirke; email C. Carstens |
| 4/08/08 JPM | 1.70 | Telephone conversation with J. Kirke; telephone conversation with C. Carstens and D. Marglin; emails clients; draft letter to J. Kirke; email JVM |
| 4/09/08 JPM | .50 | Emails clients; draft letter to J. Kirke |
| 4/09/08 JVM | .20 | Confer with JPM |
| 4/11/08 JPM | .50 | Telephone conversation with J. Kirke; emails C. Carstens and D. Marglin; telephone conversation with C. Carstens |
| 4/15/08 JPM | .40 | Emails J. Kirke; email client; email JVM; conference with JVM |
| 4/16/08 JPM | .70 | Emails J. Kirke; telephone conversation with J. Kirke; conference with JVM; email clients; telephone conversation with C. Carstens |
| 4/18/08 JPM | .10 | Email J. Kirke |
| 4/21/08 JPM | .10 | Emails J. Kirke |
| 4/23/08 JPM | 2.60 | Emails C. Carstens; prepare for meeting; meeting with J. Kirke; telephone conversation with C. Carstens and D. Marglin; telephone conversation with D. Marglin |
| 4/25/08 JPM | .40 | Email J. Kirke; emails client |
| 4/28/08 JPM | 1.00 | Email C. Carstens; prepare for call; email J. Kirke; telephone conversation with C. Carstens, H. Gillette & D. Marglin |
| 4/29/08 JPM | .30 | Email J. Kirke; emails client |

Professional Services                                    $ 9,566.00


Summary of Professional Services

| Attorney/Paralegal | Hours | Rate | Amount |
| --- | --- | --- | --- |
| James P. Martin | 12.60 | 510.00 | 6,426.00 |
| Joseph V. Mauch | 6.40 | 275.00 | 1,760.00 |
| Joseph C. Wanzala | 6.00 | 230.00 | 1,380.00 |
| | 25.00 | | $ 9,566.00 |

```
        Less Costs Absorbed                                    -1,375.00

        Net Professional Services                            $ 8,191.00


        Costs Advanced

4/03/08   US Patent and Trademark Office                          40.00
4/03/08   Thomson West                                            50.00
          Pacer Service Center                                      .48
          Genesys Conferencing                                    74.75
          Facsimiles                                               7.20
          Photocopying                                             4.60
          Lexis                                                   37.24
          Word Processing                                         50.00

        Total Costs Advanced                                   $ 264.27


        Invoice Total                                         $ 8,455.27
```

**EXHIBIT F**

June 17, 2008

ATTORNEY/CLIENT PRIVILEGED INFORMATION

e
Christopher Carstens                          INVOICE #
Heather Gillette                              CLIENT #

Woodside, CA  94062


STATEMENT
---------

For professional services rendered through May 31, 2008


RE:   Roland Clarke Litigation


                Description of Services

5/01/08 JPM     .50  Telephone conversation with C. Carstens; draft
                     Complaint
5/02/08 ARC     .60  Research regarding PIC Glassware, Inc.; Order
                     Corporation Profile Report; email to JPM
5/05/08 JPM     .50  Draft Complaint; telephone conversation with
                     clients
5/06/08 JPM    2.50  Draft Complaint; emails D. Marglin
5/07/08 JPM     .10  Telephone conversation with D. Marglin; telephone
                     conversation with C. Carstens; draft Complaint
5/16/08 JPM     .60  Revise Complaint; conferences with JVM
5/16/08 JVM     .50  Research residence requirement for filing; confer
                     with JPM
5/19/08 JPM     .40  Emails client; revise Complaint; prepare Civil
                     Cover Sheet

                    Description of Services

5/20/08 JPM    .10 Email client
5/20/08 JVM    .30 Prepare Declination of Magistrate Judge for
                   filing
5/21/08 JVM    .10 Prepare Declination of Magistrate Judge for
                   filing
5/22/08 JPM    .10 Email client; email JVM
5/22/08 JVM    .60 Research patent cases decided by Judge Hamilton
5/28/08 JPM    .10 Telephone conversation with C. Carstens; email
                   client; voicemail to J. Kirke
5/28/08 JVM   1.00 Review Judge Hamilton's prior patent cases
5/30/08 JPM    .30 Email J. Kirke; email clients; telephone
                   conversation with C. Carstens and H. Gillette;
                   telephone conversation with C. Carstens
5/30/08 JVM    .10 Confer with JPM regarding service


     Professional Services                          $ 3,505.00



         Summary of Professional Services

| Attorney/Paralegal | Hours | Rate | Amount |
|---|---|---|---|
| James P. Martin | 5.20 | 510.00 | 2,652.00 |
| Joseph V. Mauch | 2.60 | 275.00 | 715.00 |
| Amanda Colie | .60 | 230.00 | 138.00 |
| | 8.40 | | $ 3,505.00 |


     Costs Advanced

|  |  |  |
|---|---|---|
| | Telephone | 4.60 |
| 5/06/08 | Miscellaneous | 8.01 |
| 5/06/08 | Oncorp Direct (Canada) | 54.79 |
| 5/07/08 | Clerk, U.S. District Court for Northern District of California | 350.00 |
| | Photocopying | 16.25 |
| | Photocopying | 64.86 |
| | Go! Courier, Inc. | 76.95 |
| | Lexis | 49.46 |
| | Taxis | 11.40 |

     Total Costs Advanced                           $ 636.32

Invoice Total                                         $ 4,141.32

Retainer Applied                                      $ -352.60

Invoice Balance                                       $ 3,788.72

**EXHIBIT G**

July 11, 2008

ATTORNEY/CLIENT PRIVILEGED INFORMATION

Christopher Carstens                          INVOICE #
Heather Gillette                              CLIENT # :

Woodside, CA  94062


STATEMENT
---------

For professional services rendered through June 30, 2008


RE:   Roland Clarke Litigation


Description of Services

6/02/08 JPM     .50 Email J. Kirke; email client; telephone
                    conversations with C. Carstens; conference with
                    JVM
6/02/08 JVM     .30 Research service issues
6/03/08 JPM

6/04/08 JVM    1.30 Research prior decisions by J. Hamilton regarding
                    trademark and preliminary injunction
6/05/08 JPM


6/05/08 JVM    1.00 Research service rules; prepare documents for D.
                    Marglin; meeting with D. Marglin; email to C.

Description of Services

```
                     Carstens
6/06/08 JPM    .10 Email JVM
6/06/08 JVM   1.00 Review preliminary injunction decisions by J.
                   Hamilton
6/10/08 JPM

6/11/08 JPM    .30 Telephone conversations with C. Carstens
6/11/08 JVM   1.80 Telephone calls with C. Carstens; email to C.
                   Carstens; confer with JPM; draft Amended
                   Complaint
6/12/08 JVM   2.70 Draft amended complaint; telephone call with C.
                   Carstens and H. Gillette; email to C. Carstens
6/13/08 JVM    .30 Email to C. Carstens; confer with SMB regarding
                   service of Jamn Exact
6/16/08 JPM    .50 Conference with JVM; review Amended Complaint;
                   emails clients
6/16/08 JVM    .70 Confer with JPM regarding case strategy and TRO
6/17/08 JPM   2.00 Prepare for telephone call; telephone
                   conversation with JVM and clients; emails J.
                   Kirke; conferences with JVM; review authorities
                   regarding TRO
6/17/08 JVM   6.10 Conference call with C. Carstens, H. Gillette, D.
                   Marglin, and JPM; confer with JPM; prepare TRO
6/18/08 JPM   3.20 Conferences with SMK; conference with D. Marglin
                   and C. Carstens; conference with D. Schnapf,
                   Firelight Glass and clients; conferences with
                   JVM; emails JVM
6/18/08 JVM   8.90 Prepare Temporary Restraining Order; confer with
                   JPM; telephone calls and emails with C. Carstens
6/19/08 JPM

6/19/08 JVM   8.80 Prepare Temporary Restraining Order; emails with
                   C. Carstens
6/20/08 JPM
6/20/08 JVM   8.10 Prepare Temporary Restraining Order; confer with
                   JPM; telephone calls and emails with C. Carstens
6/23/08 JPM   4.80 Revise memorandum of points and authorities in
                   support of temporary restraining order, Carstens
                   declaration and temporary restraining order;
                   conferences with JVM; telephone conversation with
                   D. Marglin; telephone conversation with C.
                   Carstens; emails clients and JVM
6/23/08 JVM  10.00 Prepare Temporary Restraining Order; confer with
                   JPM; telephone calls and emails with C. Carstens
                   and H. Gillette
6/23/08 FM    1.25 Information on Canadian company - PIC Glassware
```

Description of Services

Inc. for JVM

| Date | Atty | Hours | Description |
|---|---|---|---|
| 6/24/08 | JPM | 3.80 | Revise temporary restraining order papers; conferences with JVM; research unfair competition; draft memorandum of points and authorities; emails D. Schnapf |
| 6/24/08 | JVM | 4.60 | Prepare Temporary Restraining Order; confer with JPM; emails to C. Carstens, H. Gillette, D. Marglin, and R. Clarke |
| 6/24/08 | PAB | 4.70 | Review memorandum of points and authorities; review declarations to same; review citations; cite check same |
| 6/25/08 | JPM | .30 | Conferences with JVM; emails JVM and client |
| 6/25/08 | JVM | 1.30 | Confer with JPM; emails to C. Carstens, H. Gillette, D. Marglin, and R. Clarke |
| 6/26/08 | JPM | .40 | Conference with JVM; revise declaration; emails JVM and clients |
| 6/26/08 | JVM | 2.90 | Prepare Supplemental Declaration; email to R. Clarke; confer with JPM |
| 6/27/08 | JVM | .20 | Telephone call with C. Carstens |
| 6/28/08 | JVM | .30 | Telephone calls and emails with C. Carstens |
| 6/30/08 | JPM | .40 | Emails clients; telephone conferences JVM |
| 6/30/08 | JVM | 1.50 | Telephone calls with C. Carstens; emails to C. Carstens, H. Gillette, and D. Marglin; telephone call with D. Schnapf; prepare second supplemental declaration; confer with JPM |

Professional Services                              $ 28,079.00


Summary of Professional Services

| Attorney/Paralegal | Hours | Rate | Amount |
|---|---|---|---|
| James P. Martin | 19.40 | 510.00 | 9,894.00 |
| Joseph V. Mauch | 61.80 | 275.00 | 16,995.00 |
| Phil Blandino | 4.70 | 200.00 | 940.00 |
| Fernando Marinez | 1.25 | 200.00 | 250.00 |
| | 87.15 | | $ 28,079.00 |

PAGE #    4

Costs Advanced

    Go! Courier, Inc.                              70.67
    Nationwide Legal, Inc.                        147.00
    Specialized Legal Services, Inc.               80.00
    United Parcel Service                           9.19
    Telephone                                       1.00
    Photocopying                                  327.52
    Lexis                                         434.67
    Word Processing                                75.00

Total Costs Advanced                             $ 1,145.05


Invoice Total                                    $ 29,224.05

**EXHIBIT H**

August 13, 2008

ATTORNEY/CLIENT PRIVILEGED INFORMATION

Christopher Carstens                    INVOICE #
Heather Gillette                        CLIENT #

Woodside, CA  94062


STATEMENT
---------

For professional services rendered through July 31, 2008


RE:   Roland Clarke Litigation


                    Description of Services

7/01/08 JPM   3.10 Conferences with JVM; emails clients and JVM;
                   telephone conversation with C. Carstens and D.
                   Marglin; review Hamilton cases and prepare for
                   hearing
7/01/08 JVM   2.00 Emails and telephone calls to C. Carstens and H.
                   Gillette regarding proofs of service; prepare
                   Second Supplemental Declaration; confer with JPM
7/02/08 JPM   1.00 Meetings with client and attendance at hearing
                   regarding temporary restraining order; telephone
                   conversations with JVM; email JVM; review court
                   order
7/02/08 JVM    .60 Prepare proofs of service for filing; confer with
                   JPM; email to C. Carstens, H. Gillette, and D.
                   Marglin regarding TRO

Description of Services

| | | | |
|---|---|---|---|
| 7/03/08 | JVM | .40 | Prepare order for service; email to R. Clarke |
| 7/07/08 | JPM | | |
| | | | |
| 7/07/08 | JVM | .40 | Research bond pricing; confer with JPM; email to C. Carstens |
| 7/08/08 | JPM | | |
| | | | |
| 7/08/08 | JVM | .70 | Prepare bond application; confer with JPM; telephone calls with C. Carstens; email to C. Carstens, H. Gillette, and D. Marglin |
| 7/09/08 | JPM | .10 | Emails JVM |
| 7/09/08 | JVM | .30 | Email to R. Clarke; bond application |
| 7/10/08 | JPM | .10 | Conferences with JVM; email client |
| 7/10/08 | JVM | 1.10 | Telephone calls to court regarding rescheduling; prepare motion to change time; conference with JPM; email to C. Carstens, H. Gillette, and D. Marglin |
| 7/11/08 | JVM | 2.30 | Prepare motion to change time |
| 7/13/08 | JVM | .30 | Email to R. Clarke |
| 7/14/08 | JVM | .30 | Confer with JPM |
| 7/15/08 | JPM | .40 | Review court orders; emails JVM and client; telephone conversation with C. Carstens |
| 7/15/08 | JVM | 1.00 | Emails to C. Carstens, H. Gillette, and D. Marglin; prepare bond for filing; confer with JPM |
| 7/16/08 | JPM | .40 | Emails clients; conference with JVM; email JVM |
| 7/16/08 | JVM | .40 | Email to R. Clarke; confer with JPM |
| 7/18/08 | JVM | .10 | Telephone call with C. Carstens |
| 7/20/08 | JVM | 3.10 | Prepare Reply Brief and Declaration |
| 7/21/08 | JPM | .40 | Conferences with JVM; revise Reply Brief and Declaration |
| 7/21/08 | JVM | 2.40 | Revise Reply; draft declaration of customer; email to C. Carstens, H. Gillette, and D. Marglin; telephone calls with C. Carstens; confer with JPM |
| 7/22/08 | JVM | .20 | Email to C. Carstens; prepare Reply |
| 7/23/08 | JVM | .90 | Revise R. Bank Declaration; telephone call with C. Carstens; email with C. Carstens; email to R. Clarke |
| 7/25/08 | JPM | .20 | Telephone conversation with C. Carstens; email JVM; email SMK; conference with SMK |


Professional Services                                    $ 8,005.50

INVOICE #
PROJ #   3

Summary of Professional Services

| Attorney/Paralegal | Hours | Rate | Amount |
|---|---|---|---|
| James P. Martin | 6.80 | 510.00 | 3,468.00 |
| Joseph V. Mauch | 16.50 | 275.00 | 4,537.50 |
| | 23.30 | | $ 8,005.50 |

Costs Advanced

| | |
|---|---|
| Nationwide Legal, Inc. | 3,776.72 |
| Pacer Service Center | 2.08 |
| Facsimiles | 8.40 |
| United Parcel Service | 4.68 |
| Postage | 12.72 |
| Telephone | 1.40 |
| Photocopying | 152.72 |
| Specialized Legal Services, Inc. | 377.00 |

| Total Costs Advanced | $ 4,335.72 |
|---|---|

| Invoice Total | $ 12,341.22 |
|---|---|

**EXHIBIT I**

September 9, 2008

ATTORNEY/CLIENT PRIVILEGED INFORMATION

Christopher Carstens                    INVOICE #
Heather Gillette                        CLIENT #

Woodside, CA  94062


                     STATEMENT
                     ---------

For professional services rendered through August 31, 2008


RE:   Roland Clarke Litigation


                Description of Services

8/08/08 JVM    .20 Prepare documents for hearing
8/11/08 JPM    .70 Emails client; telephone conversations with C.
                   Carstens; review contempt authorities; telephone
                   conversation with D. Marglin
8/13/08 JPM   2.80 Prepare for Preliminary Injunction hearing;
                   attend hearing; conferences with clients; draft
                   Order; emails JVM
8/14/08 JVM    .30 Review Order and ruling; confer with JPM
8/15/08 JVM    .30 Prepare filing of Notice of Entry of Order; email
                   to R. Clarke
8/20/08 JVM    .40 Confer with JPM regarding next steps; research
                   notice of default
8/21/08 JPM    .30 Emails clients; conference with JVM; review
                   authorities regarding default and default

Description of Services

```
                      judgment
8/21/08 JVM    .60 Confer with JPM; research application for default
                      judgment
8/25/08 JPM    .10 Emails C. Carstens et al; telephone conversation
                      with C. Carstens; email JVM; conference with JVM
8/26/08 JPM    .30 Emails client; telephone conversation with D.
                      Marglin; email JVM; conference with JVM
8/26/08 JVM    .10 Confer with JPM regarding default
8/28/08 JPM    .20 Emails JVM; conference with JVM
```

Professional Services                                    $ 2,766.50


Summary of Professional Services

| Attorney/Paralegal | Hours | Rate | Amount |
|---|---|---|---|
| James P. Martin | 4.40 | 510.00 | 2,244.00 |
| Joseph V. Mauch | 1.90 | 275.00 | 522.50 |
| | 6.30 | | $ 2,766.50 |


Costs Advanced

| | | |
|---|---|---|
| 7/14/08 | Surety Solutions Insurance Services, Inc. (Bond) | 120.00 |
| | Nationwide Legal, Inc. | 1,048.75 |
| | Photocopying | 23.00 |
| | Specialized Legal Services, Inc. | 70.00 |

Total Costs Advanced                                     $ 1,268.35


Invoice Total                                            $ 4,034.85

**EXHIBIT J**

October 8, 2008

ATTORNEY/CLIENT PRIVILEGED INFORMATION

Christopher Carstens                    INVOICE #
Heather Gillette                        CLIENT # (

Woodside, CA  94062


STATEMENT
---------

For professional services rendered through September 30, 2008


RE:   Roland Clarke Litigation                    07583-00004


Description of Services

| | | | |
|---|---|---|---|
| 9/02/08 | JPM | .10 | Conference with JVM |
| 9/02/08 | JVM | 1.90 | Prepare Case Management Statement |
| 9/03/08 | JPM | .70 | Conference with JVM; telephone conversation with JVM and C. Carstens; emails clients; revise CMC statement |
| 9/03/08 | JVM | .40 | Conference call with JPM and C. Carstens; telephone call with C. Carstens |
| 9/04/08 | JPM | .30 | Emails JVM; review Notice of Default and Declaration |
| 9/04/08 | JVM | 1.40 | Prepare Case Management Statement and Request for Default |
| 9/05/08 | JVM | .20 | Email to R. Clarke regarding Notice of Default |
| 9/08/08 | JPM | .40 | Review Court Order; conference with JVM; emails JVM and client |

Description of Services

| Date | Atty | Hours | Description |
|---|---|---|---|
| 9/18/08 | JVM | 1.10 | Review documents and pleadings in preparation for Application for Default Judgment; research |
| 9/24/08 | JPM | .20 | Email C. Carstens and JVM |
| 9/24/08 | JVM | .10 | Email to C. Carstens |
| 9/25/08 | JVM | 2.10 | Prepare Application for Default Judgment |
| 9/26/08 | JVM | 3.10 | Research regarding default judgment; prepare Application for Default Judgment |
| 9/27/08 | JVM | .60 | Prepare Application for Default Judgment |
| 9/29/08 | JPM | .40 | Email JVM; conference with JVM; email C. Carstens |
| 9/29/08 | JVM | 5.80 | Research default judgment; prepare Application for Default Judgment; confer with JPM regarding same; telephone call with C. Carstens |
| 9/30/08 | JPM | 2.00 | Conferences with JVM; revise memorandum of points and authorities in support of default judgment |
| 9/30/08 | JVM | 6.00 | Prepare Application for Default Judgment; prepare declarations; confer with JPM regarding application; research regarding injunction; revise application |

Professional Services                                $ 8,333.50

Summary of Professional Services

| Attorney/Paralegal | Hours | Rate | Amount |
|---|---|---|---|
| James P. Martin | 4.10 | 510.00 | 2,091.00 |
| Joseph V. Mauch | 22.70 | 275.00 | 6,242.50 |
|  | 26.80 |  | $ 8,333.50 |

Costs Advanced

| | |
|---|---|
| Postage | 2.34 |
| Specialized Legal Services, Inc. | 90.00 |
| Photocopying | 24.84 |
| Nationwide Legal, Inc. | 265.00 |
| Lexis | 102.76 |
| Word Processing | 65.00 |

Total Costs Advanced                                 $ 549.94

PAGE #      3

Invoice Total                                                    $ 8,883.44

November 10, 2008

ATTORNEY/CLIENT PRIVILEGED INFORMATION

Christopher Carstens                      INVOICE #
Heather Gillette                          CLIENT #

Woodside, CA · 94062


STATEMENT
---------

For professional services rendered through October 31, 2008


RE:   Roland Clarke Litigation                    07583-00004


Description of Services

10/01/08 JVM    2.60 Revise Application for Default Judgment; review
                     and analyze case law regarding discretion to
                     enter default and permanent injunctions
10/02/08 JVM    3.10 Revise Application for Default Judgment; review
                     Declarations; email and telephone call with C.
                     Carstens regarding lost profit analysis and
                     Canadian law firm contact
10/03/08 JVM    6.40 Revise Application for Default Judgment; revise
                     Declarations; telephone call and email with C.
                     Carstens regarding lost profits analysis
10/06/08 JPM    2.20 Revise motion papers; conferences with JVM
10/06/08 JVM     .60 Confer with JPM regarding Application for Default
                     Judgment
10/07/08 JPM     .10 Email JVM

PAGE #     2

Description of Services

| Date | Initials | Hours | Description |
|------|----------|-------|-------------|
| 10/07/08 | JVM | 2.70 | Revise Application for Default Judgment and Declarations; email to C. Carstens regarding lost profits analysis; further research regarding J. Hamilton default cases; confer with FMM regarding J. Hamilton default cases |
| 10/08/08 | JVM | 2.40 | Review and analyze default judgments by J. Hamilton; research lost profit and reasonable royalty calculation; review Application for Default Judgment and Declarations |
| 10/08/08 | PAB | .40 | Meeting with JVM regarding filing |
| 10/09/08 | JPM | .10 | Emails JVM |
| 10/10/08 | JPM | .10 | Emails JVM |
| 10/10/08 | JVM | 1.40 | Research reasonable royalty calculation; emails with C. Carstens; revise Application |
| 10/13/08 | JPM | .90 | Email JVM; revise Declarations on Memorandum of Points and Authorities in Support of Default Judgment |
| 10/14/08 | JPM | 1.80 | Review draft memorandum of points and authorities and declarations in support of default judgment; conference with JVM; email JVM and clients; email clients |
| 10/14/08 | JVM | 3.80 | Revise Proposed Judgment and Notice; confer with JPM regarding Application for Default Judgment; revise Application; email to C. Carstens, D. Marglin, and H. Gillette regarding same; research case law regarding disgorgement |
| 10/14/08 | PAB | 1.10 | Prepare documents regarding declaration ISO application for default judgment |
| 10/14/08 | JAL | .40 | Compile exhibits to declaration to be filed per PAB |
| 10/15/08 | JPM | .20 | Emails clients |
| 10/15/08 | JVM | 1.40 | Revise Application and Declarations; review and analyze Hamilton default judgments |
| 10/16/08 | JPM | .30 | Conference with clients; telephone conversation with clients and JVM |
| 10/16/08 | JVM | .30 | Conference call with JPM, C. Carstens, D. Marglin, and H. Gillette; confer with JPM |
| 10/20/08 | JPM | .10 | Emails C. Carstens and JVM |
| 10/21/08 | JPM | .20 | Conferences with JVM |
| 10/21/08 | JVM | 3.50 | Email and telephone call with C. Carstens; revise Declarations and Application for Default Judgment; revise lost profit calculations; confer with PAB regarding exhibits |
| 10/21/08 | PAB | .80 | Meeting with JVM regarding filing |
| 10/22/08 | JPM | .90 | Revise Carstens Declaration; conferences with JVM; revise memorandum of points and authorities in support of default judgment |

PAGE #    3

Description of Services

| | | | |
|---|---|---|---|
| 10/22/08 | JVM | 1.80 | Telephone call with Clerk of J. Hamilton regarding filing; revisions to Application for Default Judgment; confer with JPM regarding all the above; email to clients regarding filing |
| 10/23/08 | JPM | .50 | Conferences with JVM; revise memorandum of points and authorities and declarations in support of default judgment; draft JPM declaration |
| 10/23/08 | JVM | 1.30 | Revise Application and Declarations; prepare documents for filing; confer with PAB regarding preparing documents for filing; confer with JPM regarding all the above; emails to C. Carstens |
| 10/23/08 | PAB | 4.30 | Cite check regarding filing |
| 10/24/08 | JVM | 1.30 | Final revisions to Application and Declarations; facilitate filing |
| 10/27/08 | JVM | .10 | Email to C. Carstens, H. Gillette, and D. Marglin |
| 10/28/08 | JPM | .20 | Emails H. Gillette |
| 10/30/08 | JPM | .10 | Review order; emails JVM |
| 10/31/08 | JPM | .10 | Review Court Order; email JVM |

Professional Services                                          $ 14,340.50

Summary of Professional Services

| Attorney/Paralegal | Hours | Rate | Amount |
|---|---|---|---|
| James P. Martin | 7.80 | 510.00 | 3,978.00 |
| Joseph V. Mauch | 32.70 | 275.00 | 8,992.50 |
| Phil Blandino | 6.60 | 200.00 | 1,320.00 |
| John A. Lyddan | .40 | 125.00 | 50.00 |
| | 47.50 | | $ 14,340.50 |

Costs Advanced

| | |
|---|---|
| Pacer Service Center | 2.56 |
| Postage | 9.60 |
| Specialized Legal Services, Inc. | 115.00 |
| Lexis | 106.18 |
| Word Processing | 55.00 |
| Telephone | .40 |
| Photocopying | 66.70 |

Total Costs Advanced                                          $ 355.44

Invoice Total                                                $ 14,695.94

**EXHIBIT L**

December 8, 2008

ATTORNEY/CLIENT PRIVILEGED INFORMATION

Christopher Carstens                    INVOICE #
Heather Gillette                        CLIENT #
17287 Skyline Boulevard
Woodside, CA  94062


                        STATEMENT
                        ---------

For professional services rendered through November 30, 2008


RE:   Roland Clarke Litigation


                 Description of Services

10/07/08 FM    .75 Research default judgment procedures
10/08/08 FM   2.00 Research default judgment procedures
10/15/08 FM   2.00 Research default judgment issues related to
                   damages
11/07/08 JPM   .20 Conference with JVM; email D. Marglin
11/11/08 JPM   .10 Conference with D. Marglin
11/18/08 JPM   .10 Email D. Marglin; email JVM
11/20/08 JPM   .20 Emails JVM; review Court Order; conference with
                   JVM
11/20/08 JVM   .10 Email to C. Carstens, H. Gillette, and D. Marglin
                   regarding hearing date; confer with JPM regarding
                   same

Professional Services                                           $ 1,283.50


      Summary of Professional Services

| Attorney/Paralegal | Hours | Rate | Amount |
|---|---|---|---|
| James P. Martin | .60 | 510.00 | 306.00 |
| Joseph V. Mauch | .10 | 275.00 | 27.50 |
| Fernando Marinez | 4.75 | 200.00 | 950.00 |
|  | 5.45 |  | $ 1,283.50 |


      Costs Advanced

         Genesys Conferencing                                 19.75
         Nationwide Legal, Inc.                              115.00

      Total Costs Advanced                                $ 134.75


      Invoice Total                                        $ 1,418.25

**EXHIBIT M**

**Mauch, Joseph V.**

| | |
|---|---|
| **From:** | Mauch, Joseph V. |
| **Sent:** | Tuesday, June 24, 2008 3:42 PM |
| **To:** | 'roland.clarke@gmail.com' |
| **Cc:** | Martin, James |
| **Subject:** | PH(X) Glass v. Clarke et al. |
| | |
| **Attachments:** | Notice of Ex Parte Motion.pdf.TXT; MPA ISO TRO.pdf.TXT; Carstens Decl.pdf.TXT; Gillette Decl..pdf.TXT; JPM Decl ISO TRO .pdf.TXT; Proposed TRO.pdf.TXT; Proposed Order Granting Prelim Injunc.pdf.TXT; Amended Complaint.pdf.TXT |

Mr. Clarke,

Per our emails to you on June 17 and June 20, 2008, our clients Christopher Carstens and PH(X) Glass, LLC, today filed an ex parte motion for a temporary restraining order against you and the other defendants. In the motion and underlying documents, we asked the Court to (1) enjoin you and the other defendants from passing yourself off as Christopher Carstens and/or as a representative of PH(X) Glass and (2) enjoin you and the other defendants from selling, marketing, or distributing all products that infringe upon the PH(X) mark.

We have served the motion and underlying documents on Jamn Exact through your registered agent for service of process in Sacramento. We have also sent these documents to you at 909 Marina Village Parkway, Unite 249, Alameda, California 94501. We have also attached these same documents to this email.

We are now awaiting the Court's selection of a time and date for the hearing. When we receive notice from the Court regarding the time and date of the ex parte hearing, we will send notice of that information by the same three means by which we sent notice of the motion to you. As always, if you wish to receive further communications regarding this case in a manner other than by means of this email address, please let us know.

Very truly yours,

Joseph Mauch

**Joseph V. Mauch**
Shartsis Friese LLP
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
jmauch@sflaw.com
415.421.6500

      

Notice of Ex Parte Motion.pdf....  MPA ISO TRO.pdf.TXT (75 KB;cl.pdf.TXT (649 KB);cl..pdf.TXT (75 KB)RO.pdf.TXT (1 MB.TRO.pdf.TXT (15 KB  Proposed Order Granting Prelim...



Amended nplaint.pdf.TXT (69;

The information contained in this email is confidential and may also be privileged. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please immediately notify us by forwarding the message to info@sflaw.com and deleting the original message. Thank you.

1