1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7

8

PH(X) GLASS, LLC, et al.,

9

Plaintiffs,                                    No. C 08-2533 PJH

10

v.                                             **NOTICE OF ERRATA**

11

ROLAND CLARKE, et al.,

12

Defendants.

13    _____/

14         The order granting plaintiffs' motion for default judgment in the above-entitled action,

15    filed February 25, 2009, is hereby amended as follows.  The name "Roland Clark" on page

16    1 at line 25 is amended to read "Roland Clarke."

17         The judgment in the above-entitled action, filed and entered February 25, 2009, is

18    hereby amended as follows.  The name "Roland Clark" on page 1 at line 17 and on page 2

19    at line 6 is amended to read "Roland Clarke."

20

21    **IT IS SO ORDERED.**

22    Dated:  March 3, 2009

23                                                     _____
                                                       PHYLLIS J. HAMILTON
24                                                     United States District Judge

25

26

27

28

*United States District Court*
*For the Northern District of California*