# Open Letter Pleading to Judge Phyllis Hamilton regarding Case No. 08-02533-PJH

As a reasonable lay person (non lawyer) involved in this lawsuit before the federal courts, I am writing you to beg and plead for you to use your common sense when reviewing the details of this case. This letter may be rejected from the official docket process because I do not know the proper procedure for such things. I also can not afford a lawyer, and have not yet found a lawyer to take up this case on my behalf. Nevertheless I implore you to read this letter as a rational and compassionate human being. This case should never have come before the US federal court. The reasons for this are described below:

1- Drug paraphernalia is illegal in the United States
2- PHX GLASS, LLC is a drug paraphernalia company. PHX GLASS, LLC and Christopher Carstens manufactures, traffics, transports, sells, and promotes the sale of drug paraphernalia
3- Contracts for illegal purposes are illegal contracts

1. Drug paraphernalia is illegal in the United States according to the Drug Enforcement Agency. Below is a picture of a bong from the DEA website (www.justice.gov/dea/images_drug_paraphernalia.html). According to the Controlled Substances Act (21 USC 863) it is illegal to sell, transport through mail, transport across state lines, import or export drug paraphernalia. Listed in section (d) (2) of this act is "water pipes" (or bongs) specifically and categorically defined as "Drug paraphernalia".

2. PHX GLASS, LLC manufactures, sells, traffics, transports, and promotes illegal drug paraphernalia. Next to the image from the DEA website (left: DEA example "Bong"), I have placed an advertisement that PHX GLASS, LLC ran in Head Quest magazine in 2002. The device depicted in the Head Quest ad labeled "PHX" is clearly a "bong" or "water pipe" and is illegal drug paraphernalia. The only difference between the two items is the cost and target market. PHX markets to "upscale" marijuana smokers.




DEA example "Bong"                              2002 Magazine Ad for PHX

The Drug Enforcement Administration was contacted in order to be absolutely sure that the "PHX" labeled items were in fact illegal drug paraphernalia. Here is a copy of the email that was sent back to me regarding the "PHX" device depicted above.

> Roland,
>
> Per our conversation and a review of the attachment that you provided, the glassware depicted in the attachment appear to be bongs (drug paraphernalia) which are commonly used to smoke marijuana.
>
> Christopher A. Jakim
> Staff Coordinator
> DEA HQ Public Affairs
> (O) 202-307-7353

Below, I have included an advertisement that PHX GLASS, LLC placed in High Times Magazine in 2010. The devices depicted in the advertisement can be seen clearly to be illegal drug paraphernalia. High Times Magazine is a leading publication promoting marijuana culture. PHX GLASS, LLC ships these drug paraphernalia devices all over the United States and internationally to Canada. Here is the list of states and provinces where one may obtain one of these drug devices (as listed on the PHX GLASS website):AL,AR,AZ,CA,CO,CT,DC,FL,GA,IL,IN,LA,MA,MD,MI, MN,MO,MT,NC,NE,NH,NJ,NM,NV,NY,OH,OK,ONT,OR,TN,TX,UT,VA,VT,WA. www.phxglass.com lists stores in 34 US States and one Canadian Province.



Examples of the store names to which PHX GLASS, LLC sells its paraphernalia are "Hi Times", "Blaze N Js", "High Life", and "Lazy Daze". These are not tobacco shops.

3. An illegal contract, as I understand it, is where the purpose of the agreement is to achieve an illegal end. If the purpose of the contract between PHX GLASS, LLC and Roland Clarke was to promote and sell illegal drug paraphernalia, then that contract would necessarily be illegal. I found a precedent in *Bovard v. American Horse Enterprises*, 247 Cal. Rptr. 340 (1988). According to what I have read, the factors favoring a public policy against manufacturing paraphernalia to facilitate the use of marijuana were strong. Such an argument seems similarly strong in this Case No. 08-02533-PJH.

In conclusion, I humbly implore you, Honorable Phyllis Hamilton, as a reasonable citizen and US federal judge to cease to allow the federal court system to be further manipulated by a drug paraphernalia kingpin. If the contract between PHX GLASS, LLC and ROLAND CLARKE was for the sale of "PHX" brand cocaine or heroin, would the federal courts have heard the case? I think not, and I hope you would agree. The US patent and trademark system is designed to protect ownership rights of legitimate originators and inventors. Should federal tax dollars and federal resources be utilized to protect the privileges of a particular brand of drug paraphernalia? I think not, and I hope that you would agree. If Christopher Carstens had filed a trademark for "PHX" brand heroin, or "PHX" brand cocaine would the federal courts hear his case and allow him to sue other illegal drug dealers, thus commanding greater profits for his own illegal drug sales? I think not and I hope that you would agree. If Christopher Carstens had patented a novel method for the production or packaging of Heroin or Cocaine, could he sue other illegal drug dealers in federal court to protect the high profit margins on the illegal sale of his illegal product? I think not and I hope that you would agree.

Your informed consideration on the essential merits of this lawsuit would be greatly appreciated. My goal is to have the default judgment in this case overturned. Without the money to afford a lawyer and without the ability to travel to California to defend myself, I know that this may be extremely difficult. I can only hope that in time justice will be done. Any help or advice in this regard would be greatly appreciated.

Thank you,

Roland M. Clarke
1957 W 1st Ave, Vancouver BC V6J1G6
roland.clarke@gmail.com