ORIGINAL

Dr. Roland M. Clarke
1957 W. 1st Ave #3
Vancouver BC V6J1G6

Pro Se Defendant

FILED

MAY 2 0 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PHX GLASS, LLC and CHRISTOPHER CARSTENS,<br><br>Plaintiffs,<br><br>vs.<br><br>Roland Clarke et al.,<br><br>Defendant. | Case No.: C 08-02533-PJH<br><br>**DEFENDANT DEMANDS RIGHT TO COUNSEL**<br><br>Judge: Hon. Phyllis Hamilton<br>Court: Oakland Courthouse, room#3 |

**Background**

Roland Clarke (Pro Se Defendant) was, and is being, sued in US Federal Court by famous drug paraphernalia company PHX Glass, LLC and drug paraphernalia kingpin Christopher Carstens (Plaintiff) for allegedly selling bongs that look like "PH(X)" bongs. Defendant is currently in forma pauperis and lives in Vancouver, BC Canada and has severed all ties with the nefarious world of illegal drug paraphernalia trafficking. Defendant has now learned that Plaintiff has motioned to find Defendant in contempt of US Federal Court at a hearing scheduled to take place on May 25th, 2011. Pro Se Defendant does not possess funds to travel to Oakland so is unable to defend himself at said hearing. Dr. Clarke continues to hope and plead that Plaintiff will cease and desist the abuse and manipulation of the US Federal Court System into aiding and abetting the trafficking of illegal drug paraphernalia. Dr. Clarke also continues to hope and plead that the US Federal Court System will cease to allow this abuse and manipulation.

### Discussion

Plaintiffs discuss possible court powers in DOC#80 ("PLAINTIFFS' EX PARTE APPLICATION FOR ORDER TO SHOW CAUSE WHY DEFENDANT ROLAND CLARKE SHOULD NOT BE HELD IN CONTEMPT OF COURT") Section III, A. "Legal Standard", including imprisonment. Plaintiffs even go so far as to argue that "imprisonment may be proper remedies".

Imprisonment may not be considered unless Defendant was afforded right to counsel at a contempt proceeding. Appropriate arguments with regard to this right may be found (Among other places) in:

- Argersinger v. Hamlin, 407 U.S. 25 (1972)
- Di Bella, 518 F.2d 955 (2nd Cir. 1975)
- Henkel v. Bradshaw, 483 F.2d 1386 (9th Cir. 1973)
- 768 F. 2d 1181 - Walker v. McLain (10th Cir. 1985)

Since Plaintiffs clearly maintain that imprisonment "may be proper", Defendant hereby demands counsel be provided. In addition, federal courts have long considered contempt proceedings growing out of civil actions criminal or quasi-criminal in nature.

- Ridgway v. Baker, 720 F.2d 1409, 1413 (5th Cir. 1983).

The Second Circuit has also affirmed the right to counsel in civil contempt proceedings:

- United States v. Bobart Travel Agency, Inc., 699 F.2d 618 (2d Cir. 1983)

Defendant has never waived right to counsel, in fact, from the beginning, Defendant has demanded advice and counsel and received none from the courts. Indeed, before allowing a defendant to proceed Pro Se, the District Judge must ensure and establish on the record that Defendant "knows what he is doing and [that] his choice is made with eyes open."

- Faretta v. California, 422 U.S. 806, 835 (1975) - quoting:
- Adams v. United States ex rel. McCann, 317 U.S. 269, 279 (1942).

The federal courts have reiterated that the factors articulated must be conveyed to the defendant by the trial judge and must appear on the record so that appellate review may be conducted without speculation.

- United States v. Padilla, 819 F.2d 952 (10th Cir. 1987);
- United States v. Mitchell, 788 F.2d 1232, 1235 (7th Cir. 1986);
- United States v. Martin, 790 F.2d 1215, 1218 (5th Cir. 1986).

**Demand**

Defendant demands that his fifth and sixth amendment rights be respected. Defendant demands that counsel be appointed immediately.

Dated this 16th day of May, 2011

_____
Pro Se Defendant
Dr. Roland M. Clarke

ROLAND CLARKE
1857 W. 1st Ave, #3
VANCOUVER BC V6J 1G6
CANADA

JUST SAY NO TO ILLEGAL DRUG PARAPHERNALIA

JUDGE HON. PHYLLIS HAMILTON
UNITED STATES DISTRICT COURT
NORTHERN CALIFORNIA DISTRICT
1301 Clay Street, Suite 400S
OAKLAND, CA 94612

USA