| | |
|---|---|
| 1 | SHARTSIS FRIESE LLP |
| | JAMES P. MARTIN (Bar #170044) |
| 2 | JOSEPH V. MAUCH (Bar #253693) |
| | One Maritime Plaza, Eighteenth Floor |
| 3 | San Francisco, CA 94111 |
| | Telephone: (415) 421-6500 |
| 4 | Facsimile: (415) 421-2922 |
| | Email: jmauch@sflaw.com |

Attorneys for Plaintiffs
PH(X) GLASS, LLC and
CHRISTOPHER CARSTENS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PH(X) GLASS, LLC and CHRISTOPHER CARSTENS, | Case No. C 08-02533 PJH |
| Plaintiff, | **CERTIFICATE OF PERSONAL SERVICE OF ROLAND CLARKE** |
| v. | Date: May 25, 2011 |
| PIC GLASSWARE, LLC, ROLAND CLARKE and JAMN EXACT, INC. and DOES 1 through 10, inclusive, | Time: 9:00 a.m. |
| | Judge: Hon. Phyllis J. Hamilton |
| | Location: Oakland Courthouse, Courtroom 3 |
| Defendant. | Amended Complaint Filed: June 12, 2008 |
| | Judgment Entered: February 25, 2009 |

I, Gregory Scott Joiner, declare:

I am a process server registered in British Columbia, Canada. I am over the age of eighteen years, and I am not a party to the above-entitled action.

On Wednesday, May 4th, 2011, pursuant to Rule 4 of the Federal Rules of Civil Procedure and the provisions of the Hague Convention, I personally served the documents listed below to Roland Clarke.

1. Plaintiff's *Ex Parte* Application for Order to Show Cause Why Defendant Roland Clarke Should Not Be Held in Contempt of Court;

2. Declaration of Joseph V. Mauch in Support of Plaintiff's *Ex Parte* Application for Order to Show Cause;

3. [Proposed] Order to Show Cause Why Defendant Roland Clarke Should Not Be Held in Contempt of Court; and

4. Order to Show Cause Why Defendant Roland Clarke Should Not Be Held in Contempt of Court.

I declare under penalty of perjury under the laws of the United States and Canada that the foregoing is true and correct. Executed on May 10, 2011, 2011 at New Westminster, British Columbia, Canada.

(Print Name) Gregory Scott Jollimore

7583\004\1718629.1