UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PH(X) GLASS, LLC, et al.,

    Plaintiffs,                                     No. C 08-2533 PJH

    v.                                           **ORDER**

ROLAND CLARKE, et al.,

    Defendants.

_____/

        Before the court are several motions filed by defendant Roland Clarke.

        1.      The motion for an order to delay the May 25, 2011 hearing on plaintiffs' motion to find defendant Roland Clarke in contempt (Docket 90, filed May 13, 2011) is GRANTED.  The hearing date is hereby CONTINUED until June 8, 2011, at 9:00 a.m.

        2.      The motion to request access to references (legal opinions cited by plaintiffs in their motion to find defendant in contempt) (Docket 93, filed May 16, 2011) is DENIED. The court does not provide litigants with copies of materials to enable them to conduct legal research.

        3.      The motion to dismiss the case (Docket 94, filed May 16, 2011) is DENIED. Judgment was entered on February 25, 2009, and there is therefore no case to dismiss.

        4.      The alternative motion to "void the judgment" (Docket 94, filed May 16, 2011) is interpreted as either a motion for relief from judgment pursuant to Federal Rule of Civil Procedure 60(b), or a motion to set aside the default.  Defendant has articulated no ground

under Rule 60(b) which would authorize the court to provide relief from judgment, and no valid basis upon which to set aside the default. Accordingly, the motion is DENIED.

    5.    The request for advice from the court as to "how defendant should proceed with respect to the fact that [he] cannot afford to travel to California for hearings in this case" (Docket 96, filed May 16, 2011) will be considered at the June 8, 2011 hearing.

    6.    The request for appointment of counsel (Docket 98, filed May 20, 2011) will be considered at the June 8, 2011 hearing. Entitlement to counsel will depend on whether the relief being sought by plaintiffs is punitive or simply coercive.

    7.    The court will also reconsider plaintiff's request to register as an e-filer at the June 8, 2011 hearing.

    8.    Finally, plaintiff is ORDERED to cease communicating with court personnel by e-mail, and to cease attempting to file documents by e-mail.

**IT IS SO ORDERED.**

Dated: May 24, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge