

```
 1   Dr. Roland M. Clarke
     1957 W. 1st Ave #3
 2   Vancouver BC V6J1G6

 3   Pro Se Defendant
                              UNITED STATES DISTRICT COURT
 4
                           NORTHERN DISTRICT OF CALIFORNIA
 5
                                    OAKLAND DIVISION
 6
     PHX GLASS, LLC and CHRISTOPHER        )  Case No.: C 08-02533-PJH
 7                                         )
     CARSTENS,                             )  Motion to Delay Contempt Hearing of June
 8                                         )  8th, 2011 until such time as Defendant may
                                           )  find a method of defense while being in
 9              Plaintiffs,                )  forma pauperis and unable to travel to
                                           )  California.
10        vs.                              )
                                           )  Judge: Hon. Phyllis Hamilton
11   Roland Clarke et al.,                 )  Court: Oakland Courthouse, room#3
                                           )
12              Defendant
```

## Background

Roland Clarke (Pro Se Defendant) was, and is being, sued in US Federal Court by famous drug paraphernalia company PH(X) Glass, LLC and drug paraphernalia kingpin Christopher Carstens (Plaintiff) for allegedly selling bongs that look like PH(X) bongs. Defendant is currently in forma pauperis and lives in Vancouver, BC Canada and has severed all ties with the nefarious world of illegal drug paraphernalia trafficking. Defendant has now learned that Plaintiff has motioned to find Defendant in contempt of US Federal Court at a hearing scheduled to take place on June 8th, 2011. Pro Se Defendant does not possess funds to travel to Oakland so is unable to attend said hearing.

## Motion

Defendant moves to delay contempt hearing and any further hearings until such time as Defendant can: 1) understand previous filings in this case, 2) effectively mount a Pro Se defense while being in forma pauperis in Canada and not being able to afford a lawyer or travel to Oakland, and 3) develop a plan to have the judgment voided, vacated, or overturned on the basis that subject and content of Case No. C 08-02533-PJH deals solely with the trafficking of illegal drug paraphernalia.

Dated this 26th day of May, 2011

Pro Se Dr. Roland Clarke