

Dr. Roland M. Clarke
1957 W. 1st Ave #3
Vancouver BC V6J1G6

Pro Se Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PHX GLASS, LLC and CHRISTOPHER CARSTENS,<br><br>    Plaintiffs,<br><br>vs.<br><br>Roland Clarke et al.,<br><br>    Defendant | Case No.: C 08-02533-PJH<br><br>Notice of Motion and Motion and Declaration to void and/or set aside judgment based on Rule 60(b)(3) and/or Rule 60(d)(3) on grounds that Plaintiff fraudulently misrepresented that PH(X) bongs were legal for commerce<br><br>Judge: Hon. Phyllis Hamilton<br>Court: Oakland Courthouse, room#3 |

### Background

Roland Clarke (Pro Se Defendant) was, and is being, sued in US Federal Court by famous Drug Paraphernalia Company PHX Glass, LLC and drug paraphernalia kingpin Christopher Carstens (Plaintiff) for allegedly selling bongs that look like "PH(X)" bongs. Defendant is currently in forma pauperis and lives in Vancouver, BC Canada and has severed all ties with the nefarious world of illegal drug paraphernalia trafficking. Dr. Clarke continues to hope and plead that Plaintiff will cease and desist the abuse and manipulation of the US Federal Court System into aiding and abetting the trafficking of illegal drug paraphernalia. Dr. Clarke also continues to hope beyond all hope that the US Federal Court System will wake up and cease to allow this wanton abuse and manipulation.

### Declaration

Defendant would like the court to consider submitted documents entitled:

- DECLARATION OF ROLAND CLARKE IN RESPONSE TO CLAIM OF CONTEMPT BY PLAINTIFF
- Open Letter Pleading to Judge Phyllis Hamilton regarding Case No. 08-02533-PJH

- Supplemental Declaration of Dr. Roland Clarke to further respond to contempt charge and provide additional illumination in support of the undeniable argument that PH(X) GLASS, LLC and Christopher Carstens traffic in illegal drug paraphernalia and therefore that action on behalf of Plaintiff of Case No. C 08-02533-PJH serves to permit Plaintiffs to abuse and manipulate the US Federal Court System into aiding and abetting the trafficking of illegal drug paraphernalia
- ADDITIONAL SUPPLIMENTAL DECLARATION BY DEFENDANT REGARDING CLEAR FEDERAL ILLEGALITY OF BONGS AND WATER PIPES

These aforementioned documents argue without a shadow of a doubt that "PH(X)" bongs are in fact illegal drug paraphernalia under 21 USC 863 and thus represent contraband products not legal for commerce within the United States. Thus, the *ab initio* implicit representation by Plaintiff that "PH(X)" bongs were legal for US commerce was in fact fraudulent misrepresentation before the court. This therefore constitutes clear grounds for relief under Rule 60(b)(3) and/or Rule 60(d)(3).

**Motion**

Pro Se Defendant motions the court to render judgment void and/or set aside judgment based on the Rule 60(b)(3) and/or Rule 60(d)(3) fraud provisions of the Federal Rules for Civil Procedure. This fraud arises naturally from the undeniable fact that "PH(X)" brand bongs are illegal drug paraphernalia under 21 USC 863 and thus illegal for commerce in the United States. Thus, clear misrepresentation and fraud was perpetrated by Plaintiffs upon the court by their *ab initio* pretense that Plaintiffs' trademarked "PH(X)" bongs were legal for commerce.

Dated this 30th day of May, 2011

_____
Pro Se Dr. Roland Clarke

[Notice of Motion and Motion and Declaration to void judgment and/or set aside judgment based on Rule 60(b)(3) and/or Rule 60(d)(3) on grounds that Plaintiff fraudulently misrepresented that PH(X) bongs were legal for commerce] - 2of2

R CLARKE
1957 W 1st AVE #3
VANCOUVER, BC V6T·1G6
CANADA

CENSUS "COURT"
[illegible Canada Post markings]

JUDGE HAMILTON
U.S. DISTRICT COURT
1301 CLAY ST. SUITE 400S
OAKLAND, CA 94612

USA

BONGS ARE ILLEGAL