**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

<u>CIVIL MINUTES</u>

**Date: June 8, 2011** (Time: 18 minutes)                    **JUDGE:  Phyllis J. Hamilton**


**Case No:  C-08-2533  PJH**

**Case Name: PH(X) Glass, LLC, et al. v. Roland Clarke, et al.**

**Attorney(s) for Plaintiff:**        James P. Martin
**Attorney(s) for Defendant:**        No Appearance

**Deputy Clerk**:  Nichole Heuerman                    **Court Reporter**: Starr Wilson


**PROCEEDINGS**

        Order to Show Cause Re: Contempt-Held.  Counsel shall submit a proposed order for issuance of a subpoena regarding information from Twitter.  Once information is received counsel shall submit a supplemental request for contempt along with additional evidence. Counsel shall contact the court for a hearing date and give notice to the defendant.  Counsel shall also submit a proposed order along with his request for contempt.


**Order to be prepared by:**   [] Pl [] Def  []  Court

**Notes:**

**cc:** file