# CERTIFICATE OF SERVICE



FILED
JUN - 7 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**Case name**: PH(X) Glass v. Clarke
**Case number**: C 08-02533-PJH

**Title**: DOC#85 "Open Letter Pleading to Judge Phyllis Hamilton regarding Case No. 08-02533-PJH"

**How was the document served?**

√ - Placed in Canadian Mail which then naturally routed to the U. S. Mail System

**To whom was the document sent?**

Joseph V. Mauch of Shartsis Friese (Bar#253693)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Email: jmauch@sflaw.com

**When were the documents served?**

Date: The Seventh day in the Roman month of May of the year two thousand and eleven

**Who served the documents?**

Dr. Roland Clarke, PhD
1957 W. 1st Ave, #3 Vancouver, BC V6J1G6

I declare under penalty of perjury under the laws of the United States of America that the information in this certificate of service is true and correct.

Signed: _____
Dr. Roland Clarke, PhD
1957 W 1st Ave #3 Vancouver BC V6J1G6

# CERTIFICATE OF SERVICE

**Case name**: PH(X) Glass v. Clarke
**Case number**: C 08-02533-PJH

**Title: DOC#86 "MOTION TO OBTAIN PREVIOUS FILING DOCUMENTS"**

**How was the document served?**

√ - Placed in Canadian Mail which then naturally routed to the U. S. Mail System

**To whom was the document sent?**

Joseph V. Mauch of Shartsis Friese (Bar#253693)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Email: jmauch@sflaw.com

**When were the documents served?**

Date: The fourth day in the Roman month of May of the year two thousand and eleven

**Who served the documents?**

Dr. Roland Clarke, PhD
1957 W. 1st Ave, #3 Vancouver, BC V6J1G6

I declare under penalty of perjury under the laws of the United States of America that the information in this certificate of service is true and correct.

Signed: _____.
Dr. Roland Clarke, PhD
1957 W 1st Ave #3 Vancouver BC V6J1G6

# CERTIFICATE OF SERVICE

**Case name**: PH(X) Glass v. Clarke
**Case number**: C 08-02533-PJH

**Title**: DOC#87 "DECLARATION OF ROLAND CLARKE IN RESPONSE TO CLAIM OF CONTEMPT BY PLAINTIFF"

**How was the document served?**

√ - Placed in Canadian Mail which then naturally routed to the U. S. Mail System

**To whom was the document sent?**

Joseph V. Mauch of Shartsis Friese (Bar#253693)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Email: jmauch@sflaw.com

**When were the documents served?**

Date: The fourth day in the Roman month of May of the year two thousand and eleven

**Who served the documents?**

Dr. Roland Clarke, PhD
1957 W. 1st Ave, #3 Vancouver, BC V6J1G6

I declare under penalty of perjury under the laws of the United States of America that the information in this certificate of service is true and correct.

Signed: _____
Dr. Roland Clarke, PhD
1957 W 1st Ave #3 Vancouver BC V6J1G6

# CERTIFICATE OF SERVICE

**Case name**: PH(X) Glass v. Clarke
**Case number**: C 08-02533-PJH

**Title**: DOC#89 "**MOTION TO E-FILE**"

**How was the document served?**

√ - Placed in Canadian Mail which then naturally routed to the U. S. Mail System

**To whom was the document sent?**

Joseph V. Mauch of Shartsis Friese (Bar#253693)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Email: jmauch@sflaw.com

**When were the documents served?**

Date: The Seventh day in the Roman month of May of the year two thousand and eleven

**Who served the documents?**

Dr. Roland Clarke, PhD
1957 W. 1st Ave, #3 Vancouver, BC V6J1G6

I declare under penalty of perjury under the laws of the United States of America that the information in this certificate of service is true and correct.

Signed: _____
Dr. Roland Clarke, PhD
1957 W 1st Ave #3 Vancouver BC V6J1G6

# CERTIFICATE OF SERVICE

**Case name**: PH(X) Glass v. Clarke
**Case number**: C 08-02533-PJH

**Title**: DOC#90 "**MOTION TO DELAY CONTEMPT HEARING**"

**How was the document served?**

√ - Placed in Canadian Mail which then naturally routed to the U. S. Mail System

**To whom was the document sent?**

Joseph V. Mauch of Shartsis Friese (Bar#253693)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Email: jmauch@sflaw.com

**When were the documents served?**

Date: The Seventh day in the Roman month of May of the year two thousand and eleven

**Who served the documents?**

Dr. Roland Clarke, PhD
1957 W. 1st Ave, #3 Vancouver, BC V6J1G6

I declare under penalty of perjury under the laws of the United States of America that the information in this certificate of service is true and correct.

Signed: _____
Dr. Roland Clarke, PhD
1957 W 1st Ave #3 Vancouver BC V6J1G6

# CERTIFICATE OF SERVICE

**Case name**: PH(X) Glass v. Clarke
**Case number**: C 08-02533-PJH

**Title**: DOC#91 "Application to Proceed In Forma Pauperis"

**How was the document served?**

√ - Placed in Canadian Mail which then naturally routed to the U. S. Mail System

**To whom was the document sent?**

Joseph V. Mauch of Shartsis Friese (Bar#253693)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Email: jmauch@sflaw.com

**When were the documents served?**

Date: The Seventh day in the Roman month of May of the year two thousand and eleven

**Who served the documents?**

Dr. Roland Clarke, PhD
1957 W. 1st Ave, #3 Vancouver, BC V6J1G6

I declare under penalty of perjury under the laws of the United States of America that the information in this certificate of service is true and correct.

Signed: _____
Dr. Roland Clarke, PhD
1957 W 1st Ave #3 Vancouver BC V6J1G6

# CERTIFICATE OF SERVICE

**Case name**: PH(X) Glass v. Clarke
**Case number**: C 08-02533-PJH

**Title**: DOC#93 "**Notice of Motion and Motion to request access to references mentioned by Plaintiffs in DOC#80**"

**How was the document served?**

√ - Placed in Canadian Mail which then naturally routed to the U. S. Mail System

**To whom was the document sent?**

Joseph V. Mauch of Shartsis Friese (Bar#253693)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Email: jmauch@sflaw.com

**When were the documents served?**

Date: The twelfth day in the Roman month of May of the year two thousand and eleven

**Who served the documents?**

Dr. Roland Clarke, PhD
1957 W. 1st Ave, #3 Vancouver, BC V6J1G6

I declare under penalty of perjury under the laws of the United States of America that the information in this certificate of service is true and correct.

Signed: _____
Dr. Roland Clarke, PhD
1957 W 1st Ave #3 Vancouver BC V6J1G6

# CERTIFICATE OF SERVICE

**Case name**: PH(X) Glass v. Clarke
**Case number**: C 08-02533-PJH

**Title**: DOC#94 "Notice of Motion and Motion to dismiss case and void judgment on grounds that action on behalf of Case No. C 08-02533-PJH serves to aid and abet the illegal trafficking of drug paraphernalia"

**How was the document served?**

√ - Placed in Canadian Mail which then naturally routed to the U. S. Mail System

**To whom was the document sent?**

Joseph V. Mauch of Shartsis Friese (Bar#253693)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Email: jmauch@sflaw.com

**When were the documents served?**

Date: The tenth day in the Roman month of May of the year two thousand and eleven

**Who served the documents?**

Dr. Roland Clarke, PhD
1957 W. 1st Ave, #3 Vancouver, BC V6J1G6

I declare under penalty of perjury under the laws of the United States of America that the information in this certificate of service is true and correct.

Signed: _____
Dr. Roland Clarke, PhD
1957 W 1st Ave #3 Vancouver BC V6J1G6

# CERTIFICATE OF SERVICE

**Case name**: PH(X) Glass v. Clarke
**Case number**: C 08-02533-PJH

**Title: DOC#95 "Proposed order granting dismissal of case and void judgment on grounds that action on behalf of Case No. C 08-02533-PJH serves to aid and abet the illegal trafficking of drug paraphernalia"**

**How was the document served?**

√ - Placed in Canadian Mail which then naturally routed to the U. S. Mail System

**To whom was the document sent?**

Joseph V. Mauch of Shartsis Friese (Bar#253693)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Email: jmauch@sflaw.com

**When were the documents served?**

Date: The tenth day in the Roman month of May of the year two thousand and eleven

**Who served the documents?**

Dr. Roland Clarke, PhD
1957 W. 1st Ave, #3 Vancouver, BC V6J1G6

I declare under penalty of perjury under the laws of the United States of America that the information in this certificate of service is true and correct.

Signed: _____
Dr. Roland Clarke, PhD
1957 W 1st Ave #3 Vancouver BC V6J1G6

# CERTIFICATE OF SERVICE

**Case name**: PH(X) Glass v. Clarke
**Case number**: C 08-02533-PJH

**Title**: DOC#96 "Notice of Motion and Motion to request advice from judge on how Defendant should proceed with respect to the fact that I can not afford to travel to California for hearings in this case"

**How was the document served?**

√ - Placed in Canadian Mail which then naturally routed to the U. S. Mail System

**To whom was the document sent?**

Joseph V. Mauch of Shartsis Friese (Bar#253693)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Email: jmauch@sflaw.com

**When were the documents served?**

Date: The tenth day in the Roman month of May of the year two thousand and eleven

**Who served the documents?**

Dr. Roland Clarke, PhD
1957 W. 1st Ave, #3 Vancouver, BC V6J1G6

I declare under penalty of perjury under the laws of the United States of America that the information in this certificate of service is true and correct.

Signed: _____
Dr. Roland Clarke, PhD
1957 W 1st Ave #3 Vancouver BC V6J1G6

# CERTIFICATE OF SERVICE

**Case name**: PH(X) Glass v. Clarke
**Case number**: C 08-02533-PJH

**Title**: DOC#97 "Supplemental Declaration of Dr. Roland Clarke to further respond to contempt charge and provide additional illumination in support of the undeniable argument that PH(X) Glass, LLC and Christopher Carstens traffic in illegal drug paraphernalia and therefore that action on behalf of Plaintiff of Case No. 08-02533-PJH serves to permit Plaintiffs to abuse and manipulate the US Federal Court System into aiding and abetting the trafficking of illegal drug paraphernalia"

**How was the document served?**

√ - Placed in Canadian Mail which then naturally routed to the U. S. Mail System

**To whom was the document sent?**

Joseph V. Mauch of Shartsis Friese (Bar#253693)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Email: jmauch@sflaw.com

**When were the documents served?**

Date: The tenth day in the Roman month of May of the year two thousand and eleven

**Who served the documents?**

Dr. Roland Clarke, PhD
1957 W. 1st Ave, #3 Vancouver, BC V6J1G6

I declare under penalty of perjury under the laws of the United States of America that the information in this certificate of service is true and correct.

Signed: _____
Dr. Roland Clarke, PhD
1957 W 1st Ave #3 Vancouver BC V6J1G6

# CERTIFICATE OF SERVICE

**Case name**: PH(X) Glass v. Clarke
**Case number**: C 08-02533-PJH

**Title**: DOC#98 "DEFENDANT DEMANDS RIGHT TO COUNSEL"

**How was the document served?**

√ - Placed in Canadian Mail which then naturally routed to the U. S. Mail System

**To whom was the document sent?**

Joseph V. Mauch of Shartsis Friese (Bar#253693)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Email: jmauch@sflaw.com

**When were the documents served?**

Date: The sixteenth day in the Roman month of May of the year two thousand and eleven

**Who served the documents?**

Dr. Roland Clarke, PhD
1957 W. 1st Ave, #3 Vancouver, BC V6J1G6

I declare under penalty of perjury under the laws of the United States of America that the information in this certificate of service is true and correct.

Signed: _____
Dr. Roland Clarke, PhD
1957 W 1st Ave #3 Vancouver BC V6J1G6

# CERTIFICATE OF SERVICE

**Case name**: PH(X) Glass v. Clarke
**Case number**: C 08-02533-PJH

**Title: "Motion to Delay Contempt Hearing of June 8th, 2011 until such time as Defendant may find a method of defense while being in forma pauperis and unable to travel to California"**

**How was the document served?**

√ - Placed in Canadian Mail which then naturally routed to the U. S. Mail System

**To whom was the document sent?**

Joseph V. Mauch of Shartsis Friese (Bar#253693)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Email: jmauch@sflaw.com

**When were the documents served?**

Date: The twenty sixth day in the Roman month of May of the year two thousand and eleven

**Who served the documents?**

Dr. Roland Clarke, PhD
1957 W. 1st Ave, #3 Vancouver, BC V6J1G6

I declare under penalty of perjury under the laws of the United States of America that the information in this certificate of service is true and correct.

Signed: _____
Dr. Roland Clarke, PhD
1957 W 1st Ave #3 Vancouver BC V6J1G6

# CERTIFICATE OF SERVICE

**Case name**: PH(X) Glass v. Clarke
**Case number**: C 08-02533-PJH

**Title**: "ADDITIONAL SUPPLIMENTAL DECLARATION BY DEFENDANT REGARDING CLEAR FEDERAL ILLEGALITY OF BONGS AND WATER PIPES"

**How was the document served?**

√ - Placed in Canadian Mail which then naturally routed to the U. S. Mail System

**To whom was the document sent?**

Joseph V. Mauch of Shartsis Friese (Bar#253693)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Email: jmauch@sflaw.com

**When were the documents served?**

Date: The twenty sixth day in the Roman month of May of the year two thousand and eleven

**Who served the documents?**

Dr. Roland Clarke, PhD
1957 W. 1st Ave, #3 Vancouver, BC V6J1G6

I declare under penalty of perjury under the laws of the United States of America that the information in this certificate of service is true and correct.

Signed: _____
Dr. Roland Clarke, PhD
1957 W 1st Ave #3 Vancouver BC V6J1G6

# CERTIFICATE OF SERVICE

**Case name**: PH(X) Glass v. Clarke
**Case number**: C 08-02533-PJH

**Title**: "Notice of Motion and Motion and Declaration to void and/or set aside judgment based on Rule 60(b)(3) and/or Rule 60(d)(3) on grounds that Plaintiff fraudulently misrepresented that PH(X) bongs were legal for commerce"

**How was the document served?**

√ - Placed in Canadian Mail which then naturally routed to the U. S. Mail System

**To whom was the document sent?**

Joseph V. Mauch of Shartsis Friese (Bar#253693)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Email: jmauch@sflaw.com

**When were the documents served?**

Date: The thirtieth day in the Roman month of May of the year two thousand and eleven

**Who served the documents?**

Dr. Roland Clarke, PhD
1957 W. 1st Ave, #3 Vancouver, BC V6J1G6

I declare under penalty of perjury under the laws of the United States of America that the information in this certificate of service is true and correct.

Signed: _____
Dr. Roland Clarke, PhD
1957 W 1st Ave #3 Vancouver BC V6J1G6