1   Carl D. Ciochon, Bar No. 165963
    **WENDEL, ROSEN, BLACK & DEAN LLP**
2   1111 Broadway, 24th Floor
    Oakland, California  94607
3   Telephone:  (510) 834-6600
    Fax:  (510) 834-1928
4   Email:  cciochon@wendel.com

5   Attorneys for Plaintiffs
    PH(X) Glass, LLC and Christopher Carstens
6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                         OAKLAND DIVISION

11

12   PH(X) GLASS, LLC and CHRISTOPHER    Case No.  C 08-02533 PJH
     CARSTENS,
13                                        **PROOF OF SERVICE**
                  Plaintiffs,
14                                        Judge:        The Honorable Phyllis J. Hamilton
          vs.                             Courtroom:  Oakland Courthouse, Courtroom 3
15
     ROLAND CLARKE; PIC GLASSWARE,        Amended Complaint Filed:  June 12, 2008
16   INC.; JAMN EXACT, INC.; and DOES 1   Judgment Entered:  February 25, 2009
     through 10, inclusive,
17
                  Defendants.
18

19

20

21

22

23

24

25

26

27

28
     017323.0001\1886351.1

     *PROOF OF SERVICE – Case No. C 08-02533 PJH*

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland , CA 94607

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607

1

## PROOF OF SERVICE

2       I, Theresa Gan, declare:

3       I am a citizen of the United States and am employed in Alameda County, California. I am
over the age of eighteen years and not a party to the within-entitled action. My business address
4  is 1111 Broadway, 24th Floor, Oakland, California 94607. On July 5, 2011, I served a copy of
the within document(s):

5

        [Proposed] Order Compelling Twitter to Produce Documents
6

7    at my business address identified above by placing the document(s) listed above in a sealed
envelope with postage thereon fully prepaid, and by placing the envelope, addressed as set
8  forth below, for deposit in the United States Postal Service that same day in the ordinary
course of business. I am readily familiar with the firm's practice of collection and
9  processing correspondence for mailing. Under that practice it would be deposited with the
U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary
10  course of business. I am aware that on motion of the party served, service is presumed
invalid if postal cancellation date or postage meter date is more than one day after date of
11  deposit for mailing in affidavit.

12      Roland Clarke
        1957 W 1st Ave., #3
13      Vancouver, BC V6J1G6

14

15  [X]  **(by electronic notice)** to the following counsel, by Notification of Electronic Filing
pursuant to Local Rule 9013-3(e).

16      James Patrick Martin, Esq.
        Shartsis Friese LLP
17      One Maritime Plaza, 18th Floor
        San Francisco, CA 94111
18      jmartin@sflaw.com

19      Joseph Vincent Mauch, Esq.
        Shartsis Friese LLP
20      One Maritime Plaza, 18th Floor
        San Francisco, CA 94111
21      jmauch@sflaw.com

22      I declare under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct.
23

24      Executed on July 5, 2011, at Oakland, California.

25

26                                              *Theresa Gan*
                                                Theresa Gan

27

28

017323.0001\1886351.1                    - 2 -

*PROOF OF SERVICE – Case No. C 08-02533 PJH*