Carl D. Ciochon, Bar No. 165963
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: cciochon@wendel.com

Attorneys for Plaintiffs
PH(X) Glass, LLC and Christopher Carstens

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PH(X) GLASS, LLC and CHRISTOPHER CARSTENS,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>ROLAND CLARKE; PIC GLASSWARE, INC.; JAMN EXACT, INC.; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.  C 08-02533 PJH<br><br>**PROOF OF SERVICE**<br><br>Judge:　　The Honorable Phyllis J. Hamilton<br>Courtroom:  Oakland Courthouse, Courtroom 3<br><br>Amended Complaint Filed:  June 12, 2008<br>Judgment Entered:  February 25, 2009 |

017323.0001\1886351.1

*PROOF OF SERVICE – Case No. C 08-02533 PJH*

## PROOF OF SERVICE

I, Theresa Gan, declare:

I am a citizen of the United States and am employed in Alameda County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1111 Broadway, 24th Floor, Oakland, California 94607. On July 5, 2011, I served a copy of the within document(s):

[Proposed] Protective Order

☒ at my business address identified above by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, and by placing the envelope, addressed as set forth below, for deposit in the United States Postal Service that same day in the ordinary course of business. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Roland Clarke
1957 W 1st Ave., #3
Vancouver, BC V6J1G6

☒ **(by electronic notice)** to the following counsel, by Notification of Electronic Filing pursuant to Local Rule 9013-3(e).

James Patrick Martin, Esq.
Shartsis Friese LLP
One Maritime Plaza, 18th Floor
San Francisco, CA 94111
jmartin@sflaw.com

Joseph Vincent Mauch, Esq.
Shartsis Friese LLP
One Maritime Plaza, 18th Floor
San Francisco, CA 94111
jmauch@sflaw.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 5, 2011, at Oakland, California.

*Theresa Gan*
Theresa Gan

017323.0001\1886351.1                           - 2 -

*PROOF OF SERVICE – Case No. C 08-02533 PJH*