Carl D. Ciochon, Bar No. 165963
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: cciochon@wendel.com

Attorneys for Plaintiffs
PH(X) Glass, LLC and Christopher Carstens

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PH(X) GLASS, LLC and CHRISTOPHER CARSTENS,<br><br>Plaintiffs,<br><br>vs.<br><br>ROLAND CLARKE; PIC GLASSWARE, INC.; JAMN EXACT, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 08-02533 PJH<br><br>**PROOF OF SERVICE BY PERSONAL DELIVERY**<br><br>Judge:     The Honorable Phyllis J. Hamilton<br>Courtroom: Oakland Courthouse, Courtroom 3<br><br>Amended Complaint Filed: June 12, 2008<br>Judgment Entered: February 25, 2009 |

017323.0001\1890139.1

PROOF OF SERVICE – Case No. C 08-02533 PJH

## PROOF OF PERSONAL SERVICE

Case No.: C 08-02533 PJH
Re: PH(X) Glass, LLC, et al. v Roland Clarke, et al.

I, the undersigned, declare that:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within entitled action. My business address is Western Attorney Services, 75 Columbia Square, San Francisco, CA 94103.

On July 7, 2011, I personally served a copy of the following document(s):

- **ORDER COMPELLING TWITTER, INC. TO PRODUCE DOCUMENTS**

on the interested party in said cause, by hand delivering documents to:

Twitter, Inc.
795 Folsom Street
San Francisco, CA 94103

by personal service on Jeremy Kessel, Legal Policy Lead, at 11:35 AM

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed at San Francisco, California on **July 7, 2011.**

*Larry Tisdall*
Larry Tisdall
San Francisco County Reg. No. 1085